## CERTIFICATE OF SERVICE

I, Thomas D. Walsh, Esquire, hereby certify that two copies of Defendant Audiovox Electronics Corporations Answer to Plaintiffs' Second Amended Complaint and Counterclaim were served on the 3rd day of March 2005 on the following counsel of record via first class mail, postage prepaid.

| | |
|---|---|
| Steven J. Balick, Esquire<br>Ashby & Geddes<br>222 Delaware Avenue<br>Wilmington, DE  19899 | Richard L. Horwitz, Esquire<br>Potter Anderson & Corroon LLP<br>1313 North Market Street<br>Wilmington, DE  19899 |
| William J. Marsden, Jr., Esquire<br>Fish & Richardson, P.C.<br>919 North Market Street, Suite 1100<br>Wilmington, DE  19899-1114 | |

McCARTER & ENGLISH, LLP


/s/ Thomas D. Walsh
Paul A. Bradley (DE Bar ID #2156)
Thomas D. Walsh (DE Bar ID #3783)
919 N. Marker Street, Suite 1800
P.O. Box 111
Wilmington, DE  19899
(302) 984-6300
(302) 984-6399 (fax)

Attorneys for Defendant
Audiovox Electronics Corporation

Date:  March 3, 2005

WL1: 103110.01