## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2005, I electronically filed "Defendant Audiovox Communication Corp.'s Answer To Plaintiffs' Second Amended Complaint, Counterclaim, And Third-Party Complaint" with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

| | |
|---|---|
| Steven J. Balick, Esq.<br>Ashby & Geddes<br>222 Delaware Avenue, 17th Floor<br>Wilmington, DE 19899<br><br>Paul A. Bradley, Esq.<br>McCarter & English<br>919 North Market Street<br>Suite 1800<br>Wilmington, DE 19899 | Richard L. Horwitz, Esq.<br>Potter Anderson & Corroon, LLP<br>1313 North Market Street<br>Hercules Plaza, 6th Floor<br>Wilmington, DE 19899<br><br>William J. Marsden, Jr., Esq.<br>Fish & Richardson, P.C.<br>919 North Market Street<br>Suite 1100<br>Wilmington, DE 19899 |

I hereby certify that March 9, 2005, I have mailed by United States Postal Service, the document to the following non-registered participants:

| | |
|---|---|
| Mark R. Lueck, Esq.<br>Robins, Kaplan, Miller<br>     & Ciresi L.L.P.<br>2800 LaSalle Plaza<br>800 LaSalle Avenue<br>Minneapolis, MN 55402<br><br>Timothy J. Vezeau, Esq.<br>Katten Muchin Zavis Rosenman<br>525 West Monroe Street<br>Chicago, IL 60661 | Barry W. Graham, Esq.<br>Finnegan, Henderson, Farabow,<br>     Garrett & Dunner, L.L.P.<br>901 New York Avenue, NW<br>Washington, DC 20001<br><br>Andrew R. Kopsidas, Esq.<br>Fish & Richardson, P.C.<br>1425 K Street NW, Suite 1100<br>Washington, DC 20005 |

/s/ John L. Reed (Del. I.D. No. 3023)

WLM\206265.1