IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL, INC., and HONEYWELL INTELLECTUAL PROPERTIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> AUDIOVOX COMMUNICATIONS CORP., AUDIOVOX ELECTRONICS CORP., NIKON CORPORATION, NIKON INC., NOKIA CORPORATION, NOKIA INC., SANYO ELECTRIC CO., LTD., and SANYO NORTH AMERICA, <br><br> Defendants. | C.A. No. 04-1337 (KAJ) |

**PROPOSED ORDER**

WHEREAS, Seiko Epson Corporation has moved this Court, pursuant to Federal Rule of Civil Procedure 42, to intervene in the present action as a defendant and counterclaimant; and

WHEREAS, having reviewed the evidence and pleadings before it, having considered oral argument of the parties, and having found that Seiko Epson Corporation satisfies the requirements for intervention under Federal Rule of Civil Procedure 42(a) and (b);

IT IS HEREBY ORDERED that Seiko Epson's Motion to Intervene is GRANTED. Seiko Epson Corporation's Answer and Complaint in Intervention is hereby deemed filed as of this date. Plaintiffs Honeywell International Inc. and Honeywell Intellectual Properties, Inc. are ordered to answer Seiko Epson's counterclaims no later than 20 days from the date of this Order.

Dated _____        _____

                                   UNITED STATES DISTRICT JUDGE