IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC., and HONEYWELL INTELLECTUAL PROPERTIES INC., <br><br>                Plaintiffs, <br><br>        v. <br><br>AUDIOVOX COMMUNICATIONS CORP., AUDIOVOX ELECTRONICS CORPORATION, NIKON CORPORATION, NIKON, INC., NOKIA CORPORATION; NOKIA INC., SANYO ELECTRIC CO., LTD., and SANYO NORTH AMERICA CORPORATION, <br><br>                Defendants. | Civil Action No. 04-1337-KAJ |

**ORDER FOR SCHEDULING CONFERENCE**

At Wilmington, this 17th day of March, 2005

IT IS ORDERED that:

1. A scheduling conference shall be held in open court on **May 16, 2005 at 9:30 a.m.** *See* D. Del. LR 16.2.

2. Prior to the conference scheduled herein, counsel shall confer pursuant to Fed.R.Civ.P. 26(f) and shall submit a joint discovery plan to the undersigned not later than three (3) business days prior to the conference with the Court. The discovery plan shall conform to the form of scheduling order previously issued. Initial disclosures pursuant to Fed.R.Civ.P. 26(a)(1) need not be made prior to the conference with the Court.

3. At the conference with the Court, all parties shall be represented by counsel who shall have full authority to bind their clients in all pretrial matters.

4. If any party enters an appearance after the date of this order and before the conference set by this order, counsel for plaintiff shall notify said party of the conference and forward to that party a copy of these materials.

5. The parties shall advise the undersigned immediately if this matter has been settled or terminated so that the scheduled conference may be canceled.

*[signature: Kent A. Jordan]*
UNITED STATES DISTRICT JUDGE