IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

HONEYWELL INTERNATIONAL INC., et al.   )
                                        )
           Plaintiffs,                  )
                                        )
    v.                                  )    C.A. No. 04-1337-KAJ
                                        )
AUDIOVOX COMMUNICATIONS CORP., et. al.  )
                                        )
           Defendants.                  )

## PLAINTIFFS' REPLY TO THE COUNTERCLAIM OF DEFENDANT AUDIOVOX ELECTRONICS CORPORATION AND DEMAND FOR JURY TRIAL

Plaintiffs Honeywell International Inc. ("Honeywell International") and Honeywell Intellectual Properties Inc. ("HIPI") (collectively "Honeywell") hereby reply to the counterclaim alleged in paragraphs 1-9 of the Answer to Plaintiffs' Second Amended Complaint and Counterclaim ("Counterclaim") filed with this Court by Defendant Audiovox Electronics Corporation ("AEC") on or about March 3, 2005 (D.I. 48).

### COUNTERCLAIM

### Nature of the Action

1.   Honeywell admits that this Counterclaim purports to be an action for a declaration that the '371 patent is not infringed, not valid, and not enforceable as set forth in paragraph 1 of AEC's Counterclaim. Honeywell denies all other allegations contained in paragraph 1 of AEC's Counterclaim.

### The Parties

2.   Honeywell admits the allegations set forth in paragraph 2 of AEC's Counterclaim.

3.   Honeywell admits the allegations set forth in paragraph 3 of AEC's Counterclaim.

4.   Honeywell admits the allegations set forth in paragraph 4 of AEC's Counterclaim.

### Jurisdiction and Venue

5. Honeywell admits that jurisdiction is proper. To the extent paragraph 5 of AEC's Counterclaim incorporates averments of noninfringement, invalidity, and unenforceability, Honeywell denies those allegations. Honeywell denies all other allegations contained paragraph 5 of AEC's Counterclaim.

6. Honeywell admits the allegations set forth in paragraph 6 of AEC's Counterclaim.

### Background to the Action

7. Honeywell admits the allegations set forth in paragraph 7 of AEC's Counterclaim.

8. Paragraph 8 of AEC's Counterclaim contains conclusions of law to which Honeywell is not required to respond. To the extent that Paragraph 8 of AEC's Counterclaim contains allegations that are not conclusions of law, Honeywell denies them.

9. Honeywell denies each and every allegation contained in paragraph 9 of AEC's Counterclaim.

### Demand for a Jury Trial

10. Honeywell demands a jury trial on all issues triable by a jury.

WHEREFORE, Honeywell respectfully requests that:

(a) the Court dismiss AEC's Counterclaim with prejudice;

(b) the Court grant the relief requested by Honeywell in its Second Amended Complaint;

(c) the Court award such other relief as the Court may find to be just and appropriate.

ASHBY & GEDDES

/s/ *John G. Day*
Steven J. Balick (I.D. # 2114)
John G. Day (I.D. # 2403)
222 Delaware Avenue, 17th Floor
Wilmington, DE 19899
302-654-1888

*Attorneys for Plaintiffs*

*Of Counsel:*

Martin R. Lueck
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
(612) 349-8500

Dated: March 21, 2005
154784.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of March, 2005, the attached **PLAINTIFFS' REPLY TO THE COUNTERCLAIM OF DEFENDANT AUDIOVOX ELECTRONICS CORPORATION AND DEMAND FOR JURY TRIAL** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Paul A. Bradley, Esquire<br>McCarter & English<br>919 North Market Street, Suite 1800<br>P.O. Box 111<br>Wilmington, DE 19899 | HAND DELIVERY |
| Richard L. Horwitz, Esquire<br>Potter Anderson & Corroon, LLP.<br>1313 North Market Street<br>Hercules Plaza, 6th Floor<br>Wilmington, DE 19801 | HAND DELIVERY |
| Timothy J. Vezeau, Esquire<br>Katten Muchin Zavis Rosenman<br>525 West Monroe Street<br>Chicago, IL 60661 | VIA ELECTRONIC MAIL |
| Barry W. Graham, Esquire<br>Finnegan, Henderson, Farabow,<br>    Garrett & Dunner, L.L.P.<br>901 New York Avenue, NW<br>Washington, D.C. 20001-4413 | VIA ELECTRONIC MAIL |
| William J. Marsden, Jr., Esquire<br>Fish & Richardson, P.C.<br>919 North Market Street, Suite 1100<br>P.O. Box 1114<br>Wilmington, DE 19899-1114 | HAND DELIVERY |
| Andrew R. Kopsidas, Esquire<br>Fish & Richardson, P.C.<br>1425 K Street NW, Suite 1100<br>Washington, DC 20005 | VIA ELECTRONIC MAIL |

John L. Reed, Esquire                                    <u>HAND DELIVERY</u>
Duane Morris LLP
1100 North Market Street, 12th Floor
Wilmington, DE 19801

D. Joseph English, Esquire                               <u>VIA ELECTRONIC MAIL</u>
Duane Morris LLP
1667 K Street, N.W., Suite 700
Washington, DC 20006


                                                    <u>  /s/ *John G. Day*  </u>
                                                    John G. Day