IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL, INC., and HONEYWELL INTELLECTUAL PROPERTIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> AUDIOVOX COMMUNICATIONS CORP., AUDIOVOX ELECTRONICS CORP., NIKON CORPORATION, NIKON INC., NOKIA CORPORATION, NOKIA INC., SANYO ELECTRIC CO., LTD., and SANYO NORTH AMERICA, <br><br> Defendants. | C.A. No. 04-1337 (KAJ) |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 of the Civil Practice and Procedure of the United States District Court for the District of Delaware and the attached certifications, counsel moves the admission *pro hac vice* of Stuart Lubitz, William Wright and Robert J. Benson, to represent defendant, Seiko Epson, in the above matter.

Pursuant to Standing Order for District Court Fund, the annual fee of $25 for each attorney is transmitted contemporaneously herewith by first class mail with a copy of this motion.

                 HUNTLEY & ASSOCIATES, LLC.

                 _____
                 Donald W. Huntley, (No. 2096)
                 1105 North Market Street, Ste. 800
                 P.O. Box 948
                 Wilmington, DE 19899-0948
                 (302) 426-0610

\\\LA - 88549/0003 - 225841 v1

2

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: March         2005

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

_____
Stuart Lubitz
Hogan & Hartson LLP
500 S. Grand Avenue, Suite 1900
Los Angeles, CA 90071

Dated: March 23, 2005

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

William Wright
Hogan & Hartson LLP
500 S. Grand Avenue, Suite 1900
Los Angeles, CA 90071

Dated: March 23, 2005

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

                                              _____
                                              Robert J. Benson
                                              Hogan & Hartson LLP
                                              500 S. Grand Avenue, Suite 1900
                                              Los Angeles, CA 90071

Dated: March 21, 2005

## CERTIFICATE OF SERVICE

It is hereby certified that one copy of the Defendant Seiko Epson Corporation's Motion and Order for Admission Pro Hac Vice was served on March 29, 2005 electronically to:

:

        Steven J. Balick
        Ashby & Geddes
        222 Delaware Avenue
        P.O. Box 1150
        Wilmington, DE 19899

        Paul A. Bradley
        McCarter & English, LLP
        919 N. Market St.
        P.O. Box 111
        Wilmington, DE 19899-0111

        Richard L. Horwitz
        Potter Anderson & Corroon, LLP
        1313 N. Market St.
        Hercules Plaza, 6th Flr.
        P.O. Box 951
        Wilmington, DE 19899-0951

        William J. Marsden, Jr.
        Fish & Richardson, PC
        919 N. Market St.
        P.O. Box 1114
        Wilmington, DE 19899-1114

        John Leonard Reed
        Duane Morris LLP
        1100 North Market St.
        Ste. 1200
        Wilmington, DE 19801

                /s/ Donald W. Huntley
                Donald W. Huntley