IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC. and HONEYWELL INTELLECTUAL PROPERTIES INC.,<br><br>Plaintiffs,<br><br>v.<br><br>AUDIOVOX COMMUNICATIONS CORP., AUDIOVOX ELECTRONICS CORPORATION, NIKON CORPORATION, NIKON INC., NOKIA CORPORATION, NOKIA INC., SANYO ELECTRIC CO., LTD., and SANYO NORTH AMERICA,<br><br>Defendants. | |
| AUDIOVOX COMMUNICATIONS CORP.,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>CURITEL COMMUNICATIONS INC. and TOSHIBA CORPORATION,<br><br>Third-Party Defendants. | C.A. No. 04-1337-KAJ<br><br>JURY TRIAL DEMANDED |
| NOKIA CORPORATION and NOKIA INC.,<br><br>Third-Party Plaintiffs,<br><br>v.<br><br>KONINKLIJKE PHILIPS ELECTRONICS N.V., and SAMSUNG SDI CO., LTD.,<br><br>Third-Party Defendants. | |

**DEFENDANTS NOKIA CORPORATION AND NOKIA INC.'S
MOTION FOR LEAVE TO FILE THIRD-PARTY COMPLAINT**

Pursuant to Rule 14(a) of the Federal Rules of Civil Procedure, Defendants Nokia Corporation and Nokia Inc. (collectively, "Nokia") respectfully request the Court's leave to file a Third-Party Complaint (attached as Exhibit A) against proposed-Third-Party Defendants Koninklijke Philips Electronics N.V. and Samsung SDI Co., Ltd. (hereinafter, collectively "Third-Party Defendants").

All current defendants to the suit have been notified of the instant motion and, to Nokia's knowledge, none object to the filing of the Third-Party Complaint. Plaintiffs Honeywell International, Inc. and Honeywell Intellectual Properties, Inc. (collectively, "Honeywell") also have been notified. It is Nokia's understanding that Honeywell does not object to the joinder of these parties but may wish to respond to the motion to raise concerns regarding procedure and scheduling once these parties are joined.

Honeywell brought this action against Nokia and others alleging infringement of Honeywell's United States Patent No. 5,280,371 ("the '371 patent"). Honeywell's allegations center upon Nokia's incorporation of certain liquid crystal display ("LCD") devices into certain Nokia products. Nokia does not manufacture any LCD devices, but rather purchases them from third parties and then incorporates them into products such as mobile phones. Nokia purchases LCD devices from each of the Third-Party Defendants. Although Honeywell has not yet identified a complete list of Nokia products accused of infringement in this case, the Third-Party Defendants' LCD devices are believed to fall within the scope of the broad allegations in Honeywell's complaint and therefore among the products accused of infringement.

By the terms of various agreements between Nokia and the Third-Party Defendants, the Third-Party Defendants are contractually obligated to indemnify Nokia

against claims and liability arising from Nokia's incorporation of the Third-Party Defendants' LCD devices into Nokia's products. Consequently, the Third-Party Defendants are liable to Nokia for Honeywell's claims concerning Nokia's alleged infringement of the '371 patent and are also liable to Nokia for all expenses incurred in defending itself against Honeywell's claims.

Impleading these Third-Party Defendants will not substantially delay this case because discovery has not yet begun. Moreover, as to Koninklijke Philips Electronics N.V., an action has already been filed to implead its U.S. affiliate into Honeywell's co-pending and related action, <u>Honeywell Int'l Inc., et al. v. Apple Computer, Inc., et al.</u>, C.A. No. 04-1338. Impleading the Third-Party Defendants will not further complicate the issues presented in this case, but rather will facilitate full discovery of the relevant facts because the Third-Party Defendants are in possession of relevant technical knowledge and documentation regarding their LCD devices.

For the foregoing reasons, Nokia respectfully requests that the Court grant Nokia leave to file the attached Third-Party Complaint.

## **RULE 7.1 CERTIFICATION**

Counsel for Nokia hereby certifies that counsel for plaintiffs and all co-defendants were notified of this motion in an effort to reach agreement on the matters set forth in the motion. No defendant has indicated an objection to the motion. It is understood by Nokia that plaintiffs do not oppose the joinder of Nokia's indemnitors by way of this third-party complaint but that plaintiffs may wish to respond to the motion to raise issues relating to procedure and scheduling in the event these parties are joined.

Dated: April 5, 2005                    FISH & RICHARDSON P.C.

By: /s/ William J. Marsden, Jr.
William J. Marsden, Jr. (#2247)
Tara D. Elliott (#4483)
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
Tel: (302) 652-5070
Fax: (302) 652-0607

Lauren A. Degnan
Andrew R. Kopsidas
1425 K Street, N.W.
Washington, D.C. 20005
Tel: 202-626-6392
Fax: 202-783-2331

Attorneys for Defendants and Third-Party Plaintiffs,
NOKIA CORPORATION and NOKIA INC.

## CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2005, I electronically filed **DEFENDANTS NOKIA CORPORATION AND NOKIA INC.'S MOTION FOR LEAVE TO FILE THIRD-PARTY COMPLAINT** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

| | |
|---|---|
| Steven J. Balick, Esq.<br>John G. Day, Esquire<br>Ashby & Geddes<br>222 Delaware Avenue, 17th Floor<br>P. O. Box 1150<br>Wilmington, DE 19899 | Attorneys for Plaintiffs<br>Honeywell International Inc. and<br>Honeywell Intellectual Properties Inc. |
| Paul A. Bradley<br>Thomas D. Walsh<br>McCarter & English, LLP<br>919 N. Market Street<br>P.O. Box 111<br>Wilmington, DE 19899-0111 | Attorneys for Defendant<br>Audiovox Electronics Corporation |
| John Leonard Reed<br>Duane Morris LLP<br>1100 N. Market Street, Suite 1200<br>P.O. Box 195<br>Wilmington, DE 19899-0195 | Attorneys for Defendant<br>Audiovox Communications Corp. |
| Richard L. Horwitz<br>David Morse<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>P.O. Box 951<br>Wilmington, DE 19899 | Attorneys for Defendants<br>Nikon Corporation, Nikon, Inc., Sanyo Electric Co., Ltd, and Sanyo North America |
| Donald W. Huntley<br>Huntley & Associates<br>1105 N. Market Street, Suite 800<br>P.O. Box 948<br>Wilmington, DE 19899-0948 | Attorneys for Seiko Epson Corporation |

William J. Marsden
marsden@fr.com