IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC., and<br>HONEYWELL INTELLECTUAL PROPERTIES INC.,<br><br>Plaintiffs,<br><br>v.<br><br>AUDIOVOX COMMUNICATIONS CORP.;<br>AUDIOVOX ELECTRONICS CORPORATION;<br>NIKON CORPORATION; NIKON INC.;<br>NOKIA CORPORATION; NOKIA INC.;<br>SANYO ELECTRIC CO., LTD.; and<br>SANYO NORTH AMERICA CORPORATION,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 04-1337-KAJ<br>)<br>)<br>)<br>)<br>)<br>) |
| HONEYWELL INTERNATIONAL INC., and<br>HONEYWELL INTELLECTUAL PROPERTIES INC.,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE COMPUTER, INC.; ARGUS A/K/A<br>HARTFORD COMPUTER GROUP, INC.; CASIO<br>COMPUTER CO., LTD.; CASIO, INC.; CONCORD<br>CAMERAS; DELL INC.; EASTMAN KODAK<br>COMPANY; FUJI PHOTO FILM CO., LTD.; FUJI<br>PHOTO FILM U.S.A., INC.; FUJITSU LIMITED;<br>FUJITSU AMERICA, INC.; FUJITSU COMPUTER<br>PRODUCTS OF AMERICA, INC.; KYOCERA<br>WIRELESS CORP.; MATSUSHITA ELECTRICAL<br>INDUSTRIAL CO.; MATSUSHITA ELECTRICAL<br>CORPORATION OF AMERICA; NAVMAN NZ<br>LIMITED; NAVMAN U.S.A. INC.; OLYMPUS<br>CORPORATION; OLYMPUS AMERICA, INC.;<br>PENTAX CORPORATION; PENTAX U.S.A., INC.;<br>SONY CORPORATION; SONY CORPORATION OF<br>AMERICA; SONY ERICSSON MOBILE<br>COMMUNICATIONS AB; SONY ERICSSON MOBILE<br>COMMUNICATIONS (USA) INC.; TOSHIBA<br>CORPORATION; and TOSHIBA AMERICA, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 04-1338-KAJ<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CUSTOMER DEFENDANTS' JOINT MOTION TO STAY CASES PENDING
RESOLUTION OF LCD MODULE MANUFACTURERS' CASES**

Defendants Nikon Corporation and Nikon Inc. ("Nikon"), Pentax Corporation and Pentax of America, Inc. ("Pentax"), and Kyocera Wireless Corp. ("KWC"), as customer defendants, respectfully request this Court to enter an Order staying the above-captioned actions against the customer defendants pending final resolution of Plaintiffs', Honeywell International Inc. and Honeywell Intellectual Properties Inc. ("Honeywell"), claims against the device manufacturers in the actions. As purchasers and users of the allegedly infringing devices, the customer defendants have no technical information concerning the design or manufacture of the allegedly infringing devices, nor any ability to address fully and thoroughly the substance of the claims raised by Honeywell. Rather, it is the device manufacturers in these actions who have an overriding interest in defending their products and who have the technical information necessary to defend against claims of patent infringement.

The grounds for this Motion are fully set forth in the accompanying Opening Brief In Support Of Customer Defendants' Joint Motion To Stay Cases. A Proposed Order granting the Customer Defendants' Joint Motion to Stay is attached as Exhibit A.

**Rule 7.1.1 Certification:** Counsel for movant Nikon, on behalf of the joint movants, discussed this Motion with counsel for Honeywell; however, Honeywell has yet to clarify its position on the Motion.

| | |
|---|---|
| OF COUNSEL:<br><br>Barry W. Graham<br>John F. Hornick<br>Darren M. Jiron<br>FINNEGAN, HENDERSON FARABOW,<br>GARRETT & DUNNER LLP<br>901 New York Avenue, N.W.<br>Washington, D.C. 20001-4413 | POTTER ANDERSON & CORROON LLP<br><br>By: _____<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, Delaware 19899-0951<br>Phone: (302) 984-6000<br><br>*Attorneys for Defendants Nikon*<br>*Corporation and Nikon Inc.* |
| OF COUNSEL:<br><br>Stuart Lubitz<br>David H. Ben-Meir<br>Robert J. Benson<br>HOGAN & HARTSON, LLP<br>2049 Century Park East, Suite 700<br>Los Angeles, CA 90067 | HUNTLEY & ASSOCIATES, LLC<br><br>By: _____ 3983<br>For Donald W. Huntley<br>1105 North Market Street<br>P.O. Box 948<br>Wilmington, DE 19899-0948<br>Phone: (302) 426-0610<br><br>*Attorneys for Defendants*<br>*Kyocera Wireless Corp.* |
| OF COUNSEL:<br><br>Michael J. Fink<br>P. Branko Pejic<br>Neil F. Greenblum<br>GREENBLUM AND BERNSTEIN, PLC<br>1950 Roland Clarke Place<br>Reston, VA 20191<br><br><br>DATED: April 12, 2005<br>677754 | YOUNG, CONAWAY, STARGATT, &<br>TAYLOR<br><br>By: _____ 3983<br>For Adam Wyatt Poff<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391<br>Phone: (302) 571-6600<br><br>*Attorneys for Defendants*<br>*Pentax Corporation and*<br>*Pentax of America, Inc.* |

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on April 12, 2005, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

William J. Marsden, Jr.
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE  19899-1114

Paul A. Bradley
Thomas D. Walsh
McCarter & English, LLP
919 N. Market Street, Suite 1800
Wilmington, DE  19899

Steven J. Balick
John G. Day
Ashby & Geddes
222 Delaware Avenue
17th Floor
Wilmington, DE 19899

David E. Moore

677596