IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HONEYWELL INTERNATIONAL INC., and<br>HONEYWELL INTELLECTUAL PROPERTIES INC.,<br><br>Plaintiffs,<br><br>v.<br><br>AUDIOVOX COMMUNICATIONS CORP.;<br>AUDIOVOX ELECTRONICS CORPORATION;<br>NIKON CORPORATION; NIKON INC.;<br>NOKIA CORPORATION; NOKIA INC.;<br>SANYO ELECTRIC CO., LTD.; and<br>SANYO NORTH AMERICA CORPORATION,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 04-1337-KAJ |
| HONEYWELL INTERNATIONAL INC., and<br>HONEYWELL INTELLECTUAL PROPERTIES INC.,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE COMPUTER, INC.; ARGUS A/K/A<br>HARTFORD COMPUTER GROUP, INC.; CASIO<br>COMPUTER CO., LTD.; CASIO, INC.; CONCORD<br>CAMERAS; DELL INC.; EASTMAN KODAK<br>COMPANY; FUJI PHOTO FILM CO., LTD.; FUJI<br>PHOTO FILM U.S.A., INC.; FUJITSU LIMITED;<br>FUJITSU AMERICA, INC.; FUJITSU COMPUTER<br>PRODUCTS OF AMERICA, INC.; KYOCERA<br>WIRELESS CORP.; MATSUSHITA ELECTRICAL<br>INDUSTRIAL CO.; MATSUSHITA ELECTRICAL<br>CORPORATION OF AMERICA; NAVMAN NZ<br>LIMITED; NAVMAN U.S.A. INC.; OLYMPUS<br>CORPORATION; OLYMPUS AMERICA, INC.;<br>PENTAX CORPORATION; PENTAX U.S.A., INC.;<br>SONY CORPORATION; SONY CORPORATION OF<br>AMERICA; SONY ERICSSON MOBILE<br>COMMUNICATIONS AB; SONY ERICSSON MOBILE<br>COMMUNICATIONS (USA) INC.; TOSHIBA<br>CORPORATION; and TOSHIBA AMERICA, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 04-1338-KAJ |

**PROPOSED ORDER**

Upon consideration of Customer Defendants' Joint Motion To Stay, filed by defendants Nikon Corporation and Nikon Inc. ("Nikon"), Pentax Corporation and Pentax of America, Inc. ("Pentax"), and Kyocera Wireless Corp. ("KWC") for the above-captioned cases:

It is hereby ORDERED this _____ day of _____, 2005 that Customer Defendants' Joint Motion To Stay is hereby GRANTED. Movants' and similarly situated customer defendants' participation in these cases is stayed pending resolution of Plaintiffs' cases against the LCD module manufacturers.

                                                    _____
                                                    United States District Judge