IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CORRECTED CERTIFICATE OF SERVICE
(Corrected to reflect service by hand)

I, David E. Moore, hereby certify that on April 12, 2005, the Opening Brief In Support Of Customer Defendants' Joint Motion To Stay Cases Pending Resolution Of LCD Module Manufacturers' Cases was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

William J. Marsden, Jr.
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE  19899-1114

Paul A. Bradley
Thomas D. Walsh
McCarter & English, LLP
919 N. Market Street, Suite 1800
Wilmington, DE  19899

Steven J. Balick
John G. Day
Ashby & Geddes
222 Delaware Avenue
17th Floor
Wilmington, DE 19899

_____
David E. Moore

677856