IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC. and HONEYWELL INTELLECTUAL PROPERTIES INC., <br><br> Plaintiffs, <br><br> v. <br><br> AUDIOVOX COMMUNICATIONS CORP., AUDIOVOX ELECTRONICS CORPORATION, NIKON CORPORATION, NIKON INC., NOKIA CORPORATION, NOKIA INC., SANYO ELECTRIC CO., LTD., and SANYO NORTH AMERICA CORPORATION, <br><br> Defendants. | C.A. No. 04-1337-KAJ <br><br> JURY TRIAL DEMANDED |

## DEFENDANTS NOKIA CORPORATION AND NOKIA INC.'S MOTION TO STAY

Pursuant to Rule 42 of the Federal Rules of Civil Procedure, Defendants Nokia Corporation and Nokia Inc. (collectively, "Nokia") respectfully request that the Court stay the present litigation with respect to Nokia to allow Plaintiffs Honeywell International Inc.'s and Honeywell Intellectual Properties Inc.'s (collectively, "Honeywell") claims to be adjudicated with respect to the parties that manufacture the accused products for Nokia first.

The Nikon, Kyocera, and Pentax defendants (collectively, "Customer Defendants") recently filed a Joint Motion To Stay. Nokia concurs with the reasoning and arguments set forth in the Customer Defendants' motion and hereby notifies the Court that Nokia too qualifies as a pure "customer defendant." Accordingly, for the same

reasons presented in the Customer Defendants' motion to stay, this Court should stay the present litigation with respect to Nokia as well.

Nokia does not manufacture any of the liquid crystal displays ("LCDs") that Honeywell accuses of infringement. In fact, Nokia manufactures no LCDs whatsoever. All of the companies that manufacture LCDs for Nokia are either already parties to this litigation, are seeking to intervene, are in the process of being impled, or are licensed. This Court should stay the present case with respect to Nokia while Honeywell and the LCD manufacturers adjudicate their claims. Such a stay will not prejudice Honeywell or subject it to a clear tactical disadvantage. Moreover, a stay will simplify the issues and trial of not only Nokia's case, but also the manufacturers' cases. Finally, because discovery has not yet begun and no trial date has been set, a stay will not disrupt the pre-trial proceedings.

Nokia's Brief In Support and Proposed Order accompany this motion.

Dated: April 19, 2005  FISH & RICHARDSON P.C.

By: /s/ Tara D. Elliott
Tara D. Elliott (#4483)
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
Tel: (302) 652-5070
Fax: (302) 652-0607

Lauren A. Degnan
Andrew R. Kopsidas
1425 K Street, N.W.
Washington, D.C. 20005
Tel: 202-626-6392
Fax: 202-783-2331

Attorneys for Defendants,
NOKIA CORPORATION and NOKIA INC.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC. and HONEYWELL INTELLECTUAL PROPERTIES INC., <br><br> Plaintiffs, <br><br> v. <br><br> AUDIOVOX COMMUNICATIONS CORP., AUDIOVOX ELECTRONICS CORPORATION, NIKON CORPORATION, NIKON INC., NOKIA CORPORATION, NOKIA INC., SANYO ELECTRIC CO., LTD., and SANYO NORTH AMERICA CORPORATION, <br><br> Defendants. | C.A. No. 04-1337-KAJ <br><br> JURY TRIAL DEMANDED |

## [PROPOSED] ORDER GRANTING MOTION TO STAY

Good cause having been found, Defendants Nokia Corporation and Nokia Inc.'s (collectively, "Nokia") Motion To Stay is hereby **GRANTED**. Plaintiffs Honeywell International Inc. and Honeywell Intellectual Properties Inc.'s (collectively, "Honeywell") claims against Nokia are stayed pending resolution of the merits of all claims between Honeywell and Nokia's LCD manufacturers.

**SO ORDERED.**

Signed this ____ day of _____, 2005.

_____
Honorable Kent Jordan
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2005, I electronically filed **DEFENDANTS NOKIA CORPORATION AND NOKIA INC.'S MOTION TO STAY** with the Clerk of Court using CM/ECF, which will send notification of such filing(s) to the following individuals. I also certify that on this date the aforementioned document was served on the following individuals via hand delivery.

| | |
|---|---|
| Steven J. Balick, Esq.<br>John G. Day, Esquire<br>Ashby & Geddes<br>222 Delaware Avenue, 17th Floor<br>P. O. Box 1150<br>Wilmington, DE 19899 | Attorneys for Plaintiffs<br>Honeywell International Inc. and<br>Honeywell Intellectual Properties Inc. |
| Paul A. Bradley<br>Thomas D. Walsh<br>McCarter & English, LLP<br>919 N. Market Street<br>P.O. Box 111<br>Wilmington, DE 19899-0111 | Attorneys for Defendant<br>Audiovox Electronics Corporation |
| John Leonard Reed<br>Duane Morris LLP<br>1100 N. Market Street, Suite 1200<br>P.O. Box 195<br>Wilmington, DE 19899-0195 | Attorneys for Defendant<br>Audiovox Communications Corp. |
| Richard L. Horwitz<br>David Morse<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>P.O. Box 951<br>Wilmington, DE 19899 | Attorneys for Defendants<br>Nikon Corporation, Nikon, Inc., Sanyo<br>Electric Co., Ltd, and Sanyo North<br>America |
| Donald W. Huntley<br>Huntley & Associates<br>1105 N. Market Street, Suite 800<br>P.O. Box 948<br>Wilmington, DE 19899-0948 | Attorneys for Seiko Epson Corporation |

Tara D. Elliott
elliott@fr.com