IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC., and HONEYWELL INTELLECTUAL PROPERTIES INC., <br><br> Plaintiffs, <br><br> v. <br><br> AUDIOVOX CORPORATION; NIKON CORPORATION; NIKON INC.; NOKIA CORPORATION; NOKIA INC.; SANYO ELECTRIC CO., LTD.; and SANYO NORTH AMERICA; <br><br> Defendants. | ) ) ) ) ) ) ) ) ) C.A. No. 04-1337-KAJ ) ) ) ) ) ) ) ) ) |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Ezra S. Gollogly, Jacob S. Zimmerman, Marta M. Chou, Alan E. McKenna, and Jeremy C. McDiarmid of Robins, Kaplan, Miller & Ciresi, L.L.P. to represent the plaintiffs in this matter. Pursuant to this Court's Standing Order effective January 1, 2005, I hereby certify that the annual fees for the foregoing attorneys are being submitted to the Clerk's office in connection with this motion

ASHBY & GEDDES

/s/ *John G. Day*

---
Steven J. Balick (I.D. # 2114)
John G. Day (I.D. # 2403)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
Sbalick@ashby-geddes.com
Jday@ashby-geddes.com
*Attorneys for Plaintiffs*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Date: _____            _____
                                  United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this court, am admitted, practicing and in good standing as a member of the Bar of Minnesota, and pursuant to Local Rule 83.6, submit to disciplinary jurisdiction of this court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this court's Local Rules.

Dated: April, 21 2005          Signed: _____
                                        Ezra S. Gollogly

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Telephone: 612-349-8500
Facsimile: 612-339-4181

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this court, am admitted, practicing and in good standing as a member of the Bar of Minnesota, and pursuant to Local Rule 83.6, submit to disciplinary jurisdiction of this court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this court's Local Rules.

Dated: April 21, 2005

Signed: _____
Jacob S. Zimmerman

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Telephone: 612-349-8500
Facsimile: 612-339-4181

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this court, am admitted, practicing and in good standing as a member of the Bar of Minnesota, and pursuant to Local Rule 83.6, submit to disciplinary jurisdiction of this court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this court's Local Rules.

Dated: April, 21 2005          Signed: _____
                                       (Marta M. Chou)

                                       ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
                                       2800 LaSalle Plaza
                                       800 LaSalle Avenue
                                       Minneapolis, MN 55402
                                       Telephone: 612-349-8500
                                       Facsimile: 612-339-4181

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this court, am admitted, practicing and in good standing as a member of the Bar of Massachusetts, and pursuant to Local Rule 83.6, submit to disciplinary jurisdiction of this court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this court's Local Rules.

Dated: April 21, 2005         Signed: _____
                                      Alan E. McKenna

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
800 Boylston Street, 25th Floor
Boston, MA 02199-7610
Telephone: 617-267-2300
Facsimile: 617-267-8288

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this court, am admitted, practicing and in good standing as a member of the Bar of Massachusetts, and pursuant to Local Rule 83.6, submit to disciplinary jurisdiction of this court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this court's Local Rules.

Dated: April 21, 2005

Signed: _____
Jeremy C. McDiarmid

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
800 Boylston Street, 25th Floor
Boston, MA 02199-7610
Telephone: 617-267-2300
Facsimile: 617-267-8288

Word 20132330.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of April, 2005, the attached **MOTION AND ORDER FOR ADMISSION PRO HAC VICE** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Paul A. Bradley, Esquire<br>McCarter & English<br>919 North Market Street, Suite 1800<br>P.O. Box 111<br>Wilmington, DE 19899 | HAND DELIVERY |
| Richard L. Horwitz, Esquire<br>Potter Anderson & Corroon, LLP.<br>1313 North Market Street<br>Hercules Plaza, 6th Floor<br>P.O. Box 951<br>Wilmington, DE 19899-0951 | HAND DELIVERY |
| Timothy J. Vezeau, Esquire<br>Katten Muchin Zavis Rosenman<br>525 West Monroe Street<br>Chicago, IL 60661 | VIA FEDERAL EXPRESS |
| Barry W. Graham, Esquire<br>Finnegan, Henderson, Farabow,<br>   Garrett & Dunner, L.L.P.<br>901 New York Avenue, NW<br>Washington, D.C. 20001-4413 | VIA FEDERAL EXPRESS |
| William J. Marsden, Jr., Esquire<br>Fish & Richardson, P.C.<br>919 North Market Street, Suite 1100<br>P.O. Box 1114<br>Wilmington, DE 19899-1114 | HAND DELIVERY |
| Andrew R. Kopsidas, Esquire<br>Fish & Richardson, P.C.<br>1425 K Street NW, Suite 1100<br>Washington, DC 20005 | VIA FEDERAL EXPRESS |

John L. Reed, Esquire  
Duane Morris LLP  
1100 North Market Street, 12th Floor  
Wilmington, DE 19801

D. Joseph English, Esquire  
Duane Morris LLP  
1667 K Street, N.W., Suite 700  
Washington, DC 20006

<u>HAND DELIVERY</u>

<u>VIA FEDERAL EXPRESS</u>

/s/ *John G. Day*
_____
John G. Day

150168.1