IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HONEYWELL INTERNATIONAL INC., and HONEYWELL INTELLECTUAL PROPERTIES INC., | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | C.A. No. 04-1337-KAJ |
| AUDIOVOX COMMUNICATIONS CORP.; AUDIOVOX ELECTRONICS CORPORATION; NIKON CORPORATION; NIKON INC.; NOKIA CORPORATION; NOKIA INC.; SANYO ELECTRIC CO., LTD.; and SANYO NORTH AMERICA CORPORATION; | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**NOTICE OF SERVICE**

The undersigned hereby certifies that on the 28th day of April, 2005, **PLAINTIFFS' FIRST SET OF DOCUMENT REQUESTS TO NOKIA CORPORATION** was served upon the following counsel of record at the address and in the manner indicated:

Paul A. Bradley, Esquire                                              HAND DELIVERY
McCarter & English
919 North Market Street, Suite 1800
P.O. Box 111
Wilmington, DE 19899

Richard L. Horwitz, Esquire                                        HAND DELIVERY
Potter Anderson & Corroon, LLP.
1313 North Market Street
Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE 19899-0951

Timothy J. Vezeau, Esquire                                       VIA FEDERAL EXPRESS
Katten Muchin Zavis Rosenman
525 West Monroe Street
Chicago, IL 60661

Barry W. Graham, Esquire                                    VIA FEDERAL EXPRESS
Finnegan, Henderson, Farabow,
   Garrett & Dunner, L.L.P.
901 New York Avenue, NW
Washington, D.C. 20001-4413

William J. Marsden, Jr., Esquire                            HAND DELIVERY
Fish & Richardson, P.C.
919 North Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114

Andrew R. Kopsidas, Esquire                                 VIA FEDERAL EXPRESS
Fish & Richardson, P.C.
1425 K Street NW, Suite 1100
Washington, DC 20005

John L. Reed, Esquire                                       HAND DELIVERY
Duane Morris LLP
1100 North Market Street, 12th Floor
Wilmington, DE 19801

D. Joseph English, Esquire                                  VIA FEDERAL EXPRESS
Duane Morris LLP
1667 K Street, N.W., Suite 700
Washington, DC 20006

                                                                 ASHBY & GEDDES

                                                                 /s/ *John G. Day*

                                                                 Steven J. Balick (I.D. #2114)
                                                                 John G. Day (I.D. #2403)
                                                                222 Delaware Avenue, 17th Floor
                                                                P.O. Box 1150
                                                                Wilmington, DE 19899
                                                                302-654-1888
                                                                sbalick@ashby-geddes.com
                                                                jday@ashby-geddes.com

                                                                *Attorneys for Plaintiffs Honeywell International Inc.*
                                                                *and Honeywell Intellectual Properties Inc.*

*Of Counsel:*

Martin R. Lueck
Matthew L. Woods
Stacie E. Oberts
Denise S. Rahne
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
612-349-8500

Anthony A. Froio
Marc N. Henschke
Alan E. McKenna
Jeremy C. McDiarmid
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
800 Boylston Street, 25th Floor
Boston, MA 02199-7610
617-267-2300

Dated: April 28, 2005
150853.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of April, 2005, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Paul A. Bradley, Esquire<br>McCarter & English<br>919 North Market Street, Suite 1800<br>P.O. Box 111<br>Wilmington, DE 19899 | HAND DELIVERY |
| Richard L. Horwitz, Esquire<br>Potter Anderson & Corroon, LLP.<br>1313 North Market Street<br>Hercules Plaza, 6th Floor<br>P.O. Box 951<br>Wilmington, DE 19899-0951 | HAND DELIVERY |
| Timothy J. Vezeau, Esquire<br>Katten Muchin Zavis Rosenman<br>525 West Monroe Street<br>Chicago, IL 60661 | VIA FEDERAL EXPRESS |
| Barry W. Graham, Esquire<br>Finnegan, Henderson, Farabow,<br>   Garrett & Dunner, L.L.P.<br>901 New York Avenue, NW<br>Washington, D.C. 20001-4413 | VIA FEDERAL EXPRESS |
| William J. Marsden, Jr., Esquire<br>Fish & Richardson, P.C.<br>919 North Market Street, Suite 1100<br>P.O. Box 1114<br>Wilmington, DE 19899-1114 | HAND DELIVERY |
| Andrew R. Kopsidas, Esquire<br>Fish & Richardson, P.C.<br>1425 K Street NW, Suite 1100<br>Washington, DC 20005 | VIA FEDERAL EXPRESS |
| John L. Reed, Esquire<br>Duane Morris LLP<br>1100 North Market Street, 12th Floor<br>Wilmington, DE 19801 | HAND DELIVERY |

D. Joseph English, Esquire  
Duane Morris LLP  
1667 K Street, N.W., Suite 700  
Washington, DC  20006

<u>VIA FEDERAL EXPRESS</u>

<u>/s/ *John G. Day*</u>
John G. Day