IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC., and HONEYWELL INTELLECTUAL PROPERTIES INC.,<br><br>           Plaintiffs,<br><br>    v.<br><br>AUDIOVOX COMMUNICATIONS CORP.; AUDIOVOX ELECTRONICS CORPORATION; NIKON CORPORATION; NIKON INC.; NOKIA CORPORATION; NOKIA INC.; SANYO ELECTRIC CO., LTD.; and SANYO NORTH AMERICA CORPORATION;<br><br>           Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 04-1337-KAJ<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 28th day of April, 2005, **PLAINTIFFS' FIRST SET OF INTERROGATORIES TO AUDIOVOX COMMUNICATIONS CORPORATION** was served upon the following counsel of record at the address and in the manner indicated:

Paul A. Bradley, Esquire                                                           **HAND DELIVERY**
McCarter & English
919 North Market Street, Suite 1800
P.O. Box 111
Wilmington, DE 19899

Richard L. Horwitz, Esquire                                               **HAND DELIVERY**
Potter Anderson & Corroon, LLP.
1313 North Market Street
Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE 19899-0951

| | |
|---|---|
| Timothy J. Vezeau, Esquire<br>Katten Muchin Zavis Rosenman<br>525 West Monroe Street<br>Chicago, IL 60661 | VIA FEDERAL EXPRESS |
| Barry W. Graham, Esquire<br>Finnegan, Henderson, Farabow,<br>   Garrett & Dunner, L.L.P.<br>901 New York Avenue, NW<br>Washington, D.C. 20001-4413 | VIA FEDERAL EXPRESS |
| William J. Marsden, Jr., Esquire<br>Fish & Richardson, P.C.<br>919 North Market Street, Suite 1100<br>P.O. Box 1114<br>Wilmington, DE 19899-1114 | HAND DELIVERY |
| Andrew R. Kopsidas, Esquire<br>Fish & Richardson, P.C.<br>1425 K Street NW, Suite 1100<br>Washington, DC 20005 | VIA FEDERAL EXPRESS |
| John L. Reed, Esquire<br>Duane Morris LLP<br>1100 North Market Street, 12th Floor<br>Wilmington, DE 19801 | HAND DELIVERY |
| D. Joseph English, Esquire<br>Duane Morris LLP<br>1667 K Street, N.W., Suite 700<br>Washington, DC 20006 | VIA FEDERAL EXPRESS |

ASHBY & GEDDES

/s/ *John G. Day*

---

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
302-654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com

*Attorneys for Plaintiffs Honeywell International Inc. and Honeywell Intellectual Properties Inc.*

*Of Counsel:*

Martin R. Lueck
Matthew L. Woods
Stacie E. Oberts
Denise S. Rahne
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
612-349-8500

Anthony A. Froio
Marc N. Henschke
Alan E. McKenna
Jeremy C. McDiarmid
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
800 Boylston Street, 25th Floor
Boston, MA 02199-7610
617-267-2300

Dated: April 28, 2005
150853.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of April, 2005, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Paul A. Bradley, Esquire<br>McCarter & English<br>919 North Market Street, Suite 1800<br>P.O. Box 111<br>Wilmington, DE 19899 | HAND DELIVERY |
| Richard L. Horwitz, Esquire<br>Potter Anderson & Corroon, LLP.<br>1313 North Market Street<br>Hercules Plaza, 6th Floor<br>P.O. Box 951<br>Wilmington, DE 19899-0951 | HAND DELIVERY |
| Timothy J. Vezeau, Esquire<br>Katten Muchin Zavis Rosenman<br>525 West Monroe Street<br>Chicago, IL 60661 | VIA FEDERAL EXPRESS |
| Barry W. Graham, Esquire<br>Finnegan, Henderson, Farabow,<br>    Garrett & Dunner, L.L.P.<br>901 New York Avenue, NW<br>Washington, D.C. 20001-4413 | VIA FEDERAL EXPRESS |
| William J. Marsden, Jr., Esquire<br>Fish & Richardson, P.C.<br>919 North Market Street, Suite 1100<br>P.O. Box 1114<br>Wilmington, DE 19899-1114 | HAND DELIVERY |
| Andrew R. Kopsidas, Esquire<br>Fish & Richardson, P.C.<br>1425 K Street NW, Suite 1100<br>Washington, DC 20005 | VIA FEDERAL EXPRESS |
| John L. Reed, Esquire<br>Duane Morris LLP<br>1100 North Market Street, 12th Floor<br>Wilmington, DE 19801 | HAND DELIVERY |

D. Joseph English, Esquire
Duane Morris LLP
1667 K Street, N.W., Suite 700
Washington, DC  20006

<u>VIA FEDERAL EXPRESS</u>

/s/ *John G. Day*
John G. Day