IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

HONEYWELL INTERNATIONAL INC., and    )
HONEYWELL INTELLECTUAL PROPERTIES    )
INC.,                                )
                                     )
            Plaintiffs,              )
                                     )
      v.                             )        C.A. No. 04-1337-KAJ
                                     )
AUDIOVOX COMMUNICATIONS CORP.;       )
AUDIOVOX ELECTRONICS CORPORATION;    )
NIKON CORPORATION; NIKON INC.; NOKIA )
CORPORATION; NOKIA INC.; SANYO       )
ELECTRIC CO., LTD.; and SANYO NORTH  )
AMERICA CORPORATION;                 )
                                     )
            Defendants.              )

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 28th day of April, 2005, **PLAINTIFFS'**

**FIRST SET OF REQUESTS FOR ADMISSION TO AUDIOVOX ELECTRONIC**

**CORPORATION** was served upon the following counsel of record at the address and in the

manner indicated:

Paul A. Bradley, Esquire                          HAND DELIVERY
McCarter & English
919 North Market Street, Suite 1800
P.O. Box 111
Wilmington, DE 19899

Richard L. Horwitz, Esquire                       HAND DELIVERY
Potter Anderson & Corroon, LLP.
1313 North Market Street
Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE  19899-0951

Timothy J. Vezeau, Esquire                                    VIA FEDERAL EXPRESS
Katten Muchin Zavis Rosenman
525 West Monroe Street
Chicago, IL  60661

Barry W. Graham, Esquire                                      VIA FEDERAL EXPRESS
Finnegan, Henderson, Farabow,
      Garrett & Dunner, L.L.P.
901 New York Avenue, NW
Washington, D.C. 20001-4413

William J. Marsden, Jr., Esquire                                  HAND DELIVERY
Fish & Richardson, P.C.
919 North Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE  19899-1114

Andrew R. Kopsidas, Esquire                                   VIA FEDERAL EXPRESS
Fish & Richardson, P.C.
1425 K Street NW, Suite 1100
Washington, DC  20005

John L. Reed, Esquire                                            HAND DELIVERY
Duane Morris LLP
1100 North Market Street, 12th Floor
Wilmington, DE  19801

D. Joseph English, Esquire                                    VIA FEDERAL EXPRESS
Duane Morris LLP
1667 K Street, N.W., Suite 700
Washington, DC  20006


ASHBY & GEDDES

/s/ *John G. Day*

_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE  19899
302-654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com

*Attorneys for Plaintiffs Honeywell International Inc.*
*and Honeywell Intellectual Properties Inc.*

*Of Counsel:*

Martin R. Lueck
Matthew L. Woods
Stacie E. Oberts
Denise S. Rahne
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
612-349-8500

Anthony A. Froio
Marc N. Henschke
Alan E. McKenna
Jeremy C. McDiarmid
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
800 Boylston Street, 25th Floor
Boston, MA  02199-7610
617-267-2300

Dated: April 28, 2005
150853.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of April, 2005, the attached **NOTICE OF SERVICE**

was served upon the below-named counsel of record at the address and in the manner indicated:

Paul A. Bradley, Esquire                                      HAND DELIVERY
McCarter & English
919 North Market Street, Suite 1800
P.O. Box 111
Wilmington, DE 19899

Richard L. Horwitz, Esquire                                  HAND DELIVERY
Potter Anderson & Corroon, LLP.
1313 North Market Street
Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE  19899-0951

Timothy J. Vezeau, Esquire                          VIA FEDERAL EXPRESS
Katten Muchin Zavis Rosenman
525 West Monroe Street
Chicago, IL  60661

Barry W. Graham, Esquire                            VIA FEDERAL EXPRESS
Finnegan, Henderson, Farabow,
    Garrett & Dunner, L.L.P.
901 New York Avenue, NW
Washington, D.C. 20001-4413

William J. Marsden, Jr., Esquire                             HAND DELIVERY
Fish & Richardson, P.C.
919 North Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE  19899-1114

Andrew R. Kopsidas, Esquire                         VIA FEDERAL EXPRESS
Fish & Richardson, P.C.
1425 K Street NW, Suite 1100
Washington, DC  20005

John L. Reed, Esquire                                        HAND DELIVERY
Duane Morris LLP
1100 North Market Street, 12th Floor
Wilmington, DE  19801

D. Joseph English, Esquire                          <u>VIA FEDERAL EXPRESS</u>
Duane Morris LLP
1667 K Street, N.W., Suite 700
Washington, DC  20006


*/s/ John G. Day* _____ _____
John G. Day