IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC., and HONEYWELL INTELLECTUAL PROPERTIES INC., <br><br> Plaintiffs, <br><br> v. <br><br> AUDIOVOX CORPORATION, NIKON CORPORATION, NIKON INC., NOKIA CORPORATION, NOKIA INC., SANYO ELECTRIC CO., LTD., and SANYO NORTH AMERICA, <br><br> Defendants. | C.A. No. 04-1337-KAJ |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on April 29, 2005, true and correct copies of **DEFENDANT NOKIA INC.'S FIRST SET OF REQUESTS FOR PRODUCTION TO PLAINTIFF HONEYWELL and FIRST SET OF INTERROGATORIES TO PLAINTIFF HONEYWELL (NOS. 1-18)** and **DEFENDANTS NOKIA CORPORATION'S AND NOKIA INC.'S FIRST SET OF REQUESTS FOR ADMISSION TO PLAINTIFF HONEYWELL (NOS. 1-236)** were served on the attorneys of record, at the following addresses and in the manner indicated:

**VIA HAND DELIVERY:**

Steven J. Balick
John Day
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P. O. Box 1150
Wilmington, DE 19899

Paul A. Bradley
McCarter & English, LLP
919 N. Market Street
P.O. Box 111
Wilmington, DE 19899-0111

Donald W. Huntley
Huntley & Associates
1105 N. Market Street, Suite 800
P.O. Box 948
Wilmington, DE 19899-0948

John Leonard Reed
Duane Morris LLP
1100 N. Market Street, Suite 1200
P.O. Box 195
Wilmington, DE 19899-0195

Richard L. Horwitz
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899

**VIA FEDERAL EXPRESS:**

| | |
|---|---|
| Martin R. Lueck<br>Matthew L. Woods<br>Robins, Kaplan, Miller & Ciresi, L.L.P.<br>2800 LaSalle Plaza<br>800 LaSalle Avenue<br>Minneapolis, MN  55402 | Anthony A. Froio<br>Marc N. Henschke<br>Robins, Kaplan, Miller & Ciresi, L.L.P.<br>800 Boylston Street, 25th Street<br>Boston, MA 02199-7610 |
| Barry W. Graham<br>Finnegan, Henderson, Farabow, Garrett<br>     & Dunner, L.L.P.<br>901 New York Avenue, NW<br>Washington, D.C.  20001-4413 | Darren M. Jiron<br>Finnegan, Henderson, Farabow, Garrett<br>     & Dunner, L.L.P.<br>Two Freedom Square<br>11955 Freedom Drive<br>Reston, VA 20190 |
| Timothy J. Vezeau<br>Michael A. Dorfman<br>Katten Muchin Zavis Rosenman<br>525 West Monroe Street<br>Chicago, IL  60661 | D. Joseph English<br>Duane Morris LLP<br>1667 K Street, N.W., Suite 700<br>Washington, DC 20006 |
| Stuart Lubitz<br>Robert J. Benson<br>Hogan & Hartson LLP<br>500 S. Grand Avenue, Suite 1900<br>Los Angeles, CA 90071 | |

Dated:  May 2, 2005            FISH & RICHARDSON P.C.


By: /s/ William J. Marsden, Jr.
    William J. Marsden, Jr. (#2247)
    Tara D. Elliott (#4483)
    919 N. Market Street, Suite 1100
    P.O. Box 1114
    Wilmington, DE  19899-1114
    Tel:  (302) 652-5070
    Fax:  (302) 652-0607


Attorneys for Defendants
NOKIA CORPORATION and NOKIA INC.


30230576.doc

**CERTIFICATE OF SERVICE**

I hereby certify that on April 29, 2005, I electronically filed a **NOTICE OF SERVICE** with the Clerk of Court using CM/ECF, which will send notification of such filing(s) to the following individuals.

| | |
|---|---|
| Steven J. Balick<br>John G. Day, Esquire<br>Ashby & Geddes<br>222 Delaware Avenue, 17th Floor<br>P. O. Box 1150<br>Wilmington, DE 19899 | *Attorneys for Plaintiffs*<br>*Honeywell International Inc. and Honeywell*<br>*Intellectual Properties Inc.* |
| Paul A. Bradley<br>Thomas D. Walsh<br>McCarter & English, LLP<br>919 N. Market Street<br>P.O. Box 111<br>Wilmington, DE 19899-0111 | *Attorneys for Defendant*<br>*Audiovox Electronics Corporation* |
| John Leonard Reed<br>Duane Morris LLP<br>1100 N. Market Street, Suite 1200<br>P.O. Box 195<br>Wilmington, DE 19899-0195 | *Attorneys for Defendant*<br>*Audiovox Communications Corp.* |
| Richard L. Horwitz<br>David Morse<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>P.O. Box 951<br>Wilmington, DE 19899 | *Attorneys for Defendants*<br>*Nikon Corporation, Nikon, Inc., Sanyo*<br>*Electric Co., Ltd, and Sanyo North America* |
| Donald W. Huntley<br>Huntley & Associates<br>1105 N. Market Street, Suite 800<br>P.O. Box 948<br>Wilmington, DE 19899-0948 | *Attorneys for Seiko Epson Corporation* |

/s/ William J. Marsden, Jr.
William J. Marsden, Jr.
marsden@fr.com