IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC., and HONEYWELL INTELLECTUAL PROPERTIES, INC., <br><br>Plaintiffs <br>v. <br><br>APPLE COMPUTER, INC., ARGUS A/K/A HARTFORD COMPUTER GROUP, INC.; CASIO COMPUTER CO., LTD.; CASIO, INC.; CONCORD CAMERAS; DELL INC.; EASTMAN KODAK COMPANY; FUJI PHOTO FILM CO., LTD; FUJI PHOTO FILM U.S.A., INC.; FUJITSU LIMITED; FUJITSU AMERICA, INC.; FUJITSU COMPUTER PRODUCTS OF AMERICA, INC.; KYOCERA WIRELESS CORP.; MATSUSHITA ELECTRICAL INDUSTRIAL CO.; MATSUSHITA ELECTRICAL CORPORATION OF AMERICA; NAVMAN NZ LIMITED; NAVMAN U.S.A. INC.; OLYMPUS CORPORATION; OLYMPUS AMERICA, INC.; PENTAX CORPORATION; PENTAX U.S.A., INC.; SEIKO EPSON CORORATION; SONY CORPORATION; SONY CORPORATION OF AMERICA; SONY ERICSSON MOBILE COMMUNICATIONS AB; SONY ERICSSON MOBILE COMMUNICATIONS (USA) INC.; TOSHIBA CORPORATION; and TOSHIBA AMERICA, INC., <br><br>Defendants. | C.A. No. 04-1338-KAJ |
| HONEYWELL INTERNATIONAL INC., and HONEYWELL INTELLECTUAL PROPERTIES INC., <br><br>Plaintiffs, <br>v. <br><br>AUDIOVOX COMMUNICATIONS CORP.; AUDIOVOX ELECTRONICS CORPORATION; NIKON CORPORATION; NIKON, INC; NOKIA CORPORATION; NOKIA INC.; SANYO ELECTRIC CO., LTD.; AND SANYO NORTH AMERICA CORPORATION, <br><br>Defendants. | C.A. No. 04-1337-KAJ |

**DEFENDANTS' JOINDER IN TOSHIBA'S FED. R. CIV. P. 42(b)
MOTION FOR BIFURCATION OF LIABILITY AND DAMAGES**

Pursuant to Fed. R. Civ. P. 42(b), and for the reasons set forth in Toshiba Corporation's ("Toshiba") Fed. R. Civ. P. 42(b) Motion for Bifurcation of Liability and Damages (D.I. 164) (and memorandum in support thereof; D.I. 165), the undersigned defendants from the above-captioned actions hereby respectfully join in Toshiba's motion for bifurcation of liability and damages.

Rule 7.1.1 Certification: As stated in Toshiba's motion papers, counsel for Toshiba discussed the subject of this motion with counsel for plaintiffs, but plaintiffs did not agree to bifurcate liability and damages.

As Toshiba has articulated, this action should be bifurcated as to liability and damages (with willfulness being a damages issue) to make this case more manageable, to simplify issues, to reduce effort and expense, to conserve judicial resources, and to avoid what may be an unnecessary damages trial and discovery with respect thereto. The undersigned defendants' present joinder in Toshiba's motion is in addition to the position of certain defendants in the above-captioned actions that these cases should be also be stayed as to non-manufacturer defendants.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

By: _____
Richard L. Horwitz
David E. Moore
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

For Purposes of this Joinder – Attorneys Filing on Behalf of the Following Defendants: Apple Computer, Inc., Casio Computer Co., Ltd., Casio, Inc. Concord Cameras, Dell Inc., Fujitsu Limited, Fujitsu America, Inc., Fujitsu Computer Products of America, Inc., Matsushita Electrical Industrial Co., Matsushita Electrical Corporation of America, Pentax Corporation, Pentax U.S.A., Inc., Sony Corporation, Sony Corporation of America, Audiovox Communications Corp., Audioviox Electronics Corporation, Nokia Corporation, Nokia, Inc., Sanyo Electric Co, Ltd. and Sanyo North America Corporation

DATED: May 3, 2005

680613

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on May 3, 2005, the attached document was served via hand delivery and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

William J. Marsden, Jr.
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114

Paul A. Bradley
Thomas D. Walsh
McCarter & English, LLP
919 N. Market Street, Suite 1800
Wilmington, DE 19899

Steven J. Balick
John G. Day
Ashby & Geddes
222 Delaware Avenue
17th Floor
Wilmington, DE 19899

David E. Moore

677596