**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| HONEYWELL INTERNATIONAL INC., and HONEYWELL INTELLECTUAL PROPERTIES INC., | ) ) ) ) | |
| Plaintiffs, | ) | |
| v. | ) ) | C.A. No. 04-1337-KAJ |
| AUDIOVOX COMMUNICATIONS CORP.; AUDIOVOX ELECTRONICS CORPORATION; NIKON CORPORATION; NIKON INC.; NOKIA CORPORATION; NOKIA INC.; SANYO ELECTRIC CO., LTD.; and SANYO NORTH AMERICA CORPORATION; | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**WITHDRAWAL OF APPEARANCE AND**
**ENTRY OF APPEARANCE**

The undersigned hereby withdraws his appearance as attorney for Seiko Epson Corporation, defendant.

HUNTLEY & ASSOCIATES

/s/ Donald W. Huntley
Donald W. Huntley (ID No. 2096)
1105 North Market Street, Suite 800
P.O. Box 948
Wilmington, DE 19899-0948
(302) 426-0610

The undersigned hereby enter their appearances as attorneys for Seiko Epson Corporation, defendant.

10002428.WPD

                                      SMITH, KATZENSTEIN & FURLOW LLP

                                      /s/ Robert J. Katzenstein
                                      Robert J. Katzenstein (ID No. 378)
                                      Joelle E. Polesky (ID No. 3694)
                                      800 Delaware Avenue, 7th Floor
                                      P.O. Box 410
                                      Wilmington, DE 19899
                                      (302) 652-8400