**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

    I, Robert J. Katzenstein, hereby certify that on May 5, 2005, I electronically filed the attached Withdrawal of Appearance and Entry of Appearance with the Clerk of Court using CM/ECF which will send notification of such filing to the following and caused two true and correct copies of same to be served by first class mail on the following:

Steven J. Balick, Esquire
John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899

Paul A. Bradley, Esquire
McCarter & English, LLP
919 N. Market Street, Suite 1800
P.O. Box 111
Wilmington, DE 19899

Richard L. Horwitz, Esquire
Potter Anderson & Corroon, LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE 19899-0951

William J. Marsden, Jr., Esquire
Tara D. Elliott, Esquire
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114

John L. Reed, Esquire
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19899

Donald W. Huntley, Esquire
Huntley & Associates
1105 North Market Street, Suite 800
P.O. Box 948
Wilmington, DE 19899-0948

/s/ Robert J. Katzenstein
Robert J. Katzenstein (ID No. 378)
SMITH, KATZENSTEIN & FURLOW LLP
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899
302-652-8400
rjk@skfdelaware.com

10002433.WPD