

**Potter Anderson & Corroon LLP**

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

Richard L. Horwitz
Partner
Attorney at Law
rhorwitz@potteranderson.com
302 984-6027 Direct Phone
302 658-1192 Fax

May 5, 2005

<u>**VIA HAND DELIVERY**</u>

The Honorable Kent A. Jordan
United States District Court for the District of Delaware
844 North King Street
Room 6325, Lockbox 10
Wilmington, DE 19801

    Re:    <u>Honeywell International, Inc., et al. v.</u>
            <u>Audiovox Communications Corp., et al, C.A. No. 04-1337-KAJ; and</u>
            <u>Honeywell International, Inc., et al. v.</u>
            <u>Apple Computer, Inc., et al., C.A. No. 04-1338-KAJ</u>

Dear Judge Jordan:

      I am writing on behalf of the defendants in the above-referenced matters to inform Your Honor that briefing on the Joint Motion to Stay filed in the above-referenced cases by defendants Nikon Corporation, Nikon Inc., Pentax Corporation, Pentax of America, Inc., and Kyocera Wireless Corp. is complete. Briefing is also complete on the stay motions filed by Olympus and Nokia. We understand that Kodak and other defendants will be filing another stay motion. Defendants respectfully request oral argument on these motions and will be prepared to address these, and any other pending motions, at the joint, in-person scheduling conference scheduled for May 16, 2005 at 9:30 a.m.

      Counsel are available at Your Honor's convenience to answer any questions concerning this letter. Thank you.

                                      Respectfully submitted,

                                      Richard L. Horwitz

680845
cc:    Clerk of the Court (via ECF and hand delivery)
        All Local Counsel of Record (via ECF and hand delivery)