IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HONEYWELL INTERNATIONAL INC , et al | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v | ) ) | **C.A. No. 04-1337-KAJ** |
| AUDIOVOX COMMUNICATIONS CORP , et al | ) ) ) | |
| Defendants | ) ) | |

| | | |
|---|---|---|
| HONEYWELL INTERNATIONAL INC , et al | ) ) | |
| Plaintiffs, | ) ) | |
| v | ) ) | **C.A. No. 04-1338-KAJ** |
| APPLE COMPUTER, INC , et al | ) ) ) | |
| Defendants | ) | |

## CUSTOMER DEFENDANTS' MOTION TO STAY THE CASE

Defendants Apple Computer, Inc ("Apple"), Argus a/k/a Hartford Computer Group ("Argus"), Audiovox Electronics Corporation ("Audiovox"), Concord Camera Corp ("Concord"), Dell Inc ("Dell"), Eastman Kodak Company ("Kodak"), Navman NZ Limited, and Navman USA Inc (collectively, "Navman"), as pure customer defendants, respectfully request this Court to enter an Order staying the above-captioned actions against the customer defendants pending final resolution of Plaintiffs' Honeywell International Inc and Honeywell Intellectual Properties Inc ("Honeywell") claims against the device manufacturers in the actions  As purchasers and users of the allegedly infringing devices, the customer defendants have no technical information concerning the

design or manufacture of the allegedly infringing devices, nor any ability to address fully and thoroughly the substance of the claims raised by Honeywell. Rather, it is the device manufacturers in these actions who have an overriding interest in defending their products and who have the technical information necessary to defend against claims of patent infringement.

        The grounds for the Motion are fully set forth in the accompanying Customer Defendants' Memorandum In Support Of Their Motion to Stay the Case. A Proposed Order granting the customer defendants' motion is submitted contemporaneously herewith.

Dated May 6, 2005

OF COUNSEL:

Kelly C. Hunsaker
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063

FISH & RICHARDSON P.C.

By:   _/s/Thomas L. Halkowski_
      Thomas L. Halkowski (#4099)
      919 N. Market Street, Suite 1100
      Wilmington, DE 19899-1114
      Telephone: (302) 652-5070
      halkowski@fr.com

_Attorneys for Defendant_
_Apple Computer Inc._

CROSS & SIMON, LLC

OF COUNSEL:

Brian D. Roche
SACHNOFF & WEAVER, LTD.
30 S. Wacker Drive
Chicago, IL 60606
Telephone: (312) 207-6490

By:   _/s/ Richard H. Cross, Jr._
      Richard H. Cross, Jr. (#3756)
      913 N. Market Street, Suite 1001
      Wilmington, DE 19899-1380
      Telephone: (302) 777-4200
      rcross@crosslaw.com

_Attorneys for Defendant Argus a/k/a_
_Hartford Computer Group, Inc._

MCCARTER & ENGLISH, LLP

By:   */s/ Paul A. Bradley*
    Paul A. Bradley (#2156)
    Thomas D. Walsh (#3783)
    919 N. Market Street, Suite 1800
    Wilmington, DE 19899
    Telephone:  (302) 984-6300
    pbradley@mccarter.com
    twalsh@mccarter.com

*Attorneys for Defendants*
*Audiovox Electronics Corporation*

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Scott L. Lampert
Intellectual Property and
Business Development Counsel
Concord Camera Corp.
4000 Hollywood Boulevard, Suite 650N
Hollywood, FL 33021

By:   */s/ Richard L. Horwitz*
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    1313 North Market Street, 6th Floor
    P.O. Box 951
    Wilmington, DE 19899-0951
    Telephone:  (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

*Attorneys for Defendant*
*Concord Camera Corp.*

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Roderick B. Williams
Avelyn M. Ross
VINSON & ELKINS
The Terrace 7
2801 Via Fortuna, Suite 100
Austin, TX 78746-7568
Telephone:  (512) 542-8400

By:   */s/ Richard L. Horwitz*
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    1313 North Market Street, 6th Floor
    P.O. Box 951
    Wilmington, DE 19899-0951
    Telephone:  (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

*Attorneys for Defendant*
*Dell Inc.*

3

OF COUNSEL:

Paul J Yesawich, III
Neal L Slifkin
David J Edwards
Laura W Smalley
HARRIS BEACH PLLC
99 Garnsey Road
Pittsford, NY 14534
Telephone: (585) 419-8800

RICHARDS, LAYTON & FINGER

By: _____

    Frederick L Cottrell, III (2555)
    Chad M Shandler (#3796)
    One Rodney Square
    P O Box 551
    Wilmington, DE 19899-0551
    Telephone: (302) 651-7700
    cottrell@rlf.com
    shandler@rlf.com

*Attorneys for Defendant*
*Eastman Kodak Company*


OF COUNSEL:

Bradford Lyerla
MARSHALL GERSTEIN & BORUN LLP
Sears Tower, 63rd Floor
Chicago, IL 60606
Telephone: (312) 474-6634

CONNOLLY BOVE LODGE & HUTZ

By:    */s/ Arthur G. Connolly, III*

    Arthur G Connolly, III
    The Nemours Building
    1007 N Orange Street, PO Box 2207
    Wilmington, DE 19899-2207
    Telephone: (302) 658-9141

*Attorneys for Defendants*
*Navman NZ Limited and*
*Navman U.S.A., Inc*

4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HONEYWELL INTERNATIONAL INC , et al. | ) ) | |
|       Plaintiffs, | ) ) ) | |
| v. | ) ) | **C.A. No. 04-1337-KAJ** |
| AUDIOVOX COMMUNICATIONS CORP , et al | ) ) ) | |
|       Defendants | ) ) | |

| | | |
|---|---|---|
| HONEYWELL INTERNATIONAL INC , et al | ) ) | |
|       Plaintiffs, | ) ) | |
| v | ) ) | **C.A. No. 04-1338-KAJ** |
| APPLE COMPUTER, INC , et al | ) ) | |
|       Defendants | ) | |

## CERTIFICATION PURSUANT TO
## DISTRICT OF DELAWARE LOCAL RULE 7.1.1

Counsel for Defendant Eastman Kodak Company, on behalf of all moving defendants, has consulted with counsel for Plaintiffs pursuant to District of Delaware Local Rule 7 1 1 and has been advised that Plaintiffs will not consent to the relief sought by the Motion.

Kelly E Farnan (#4395)
Farnan@rlf com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HONEYWELL INTERNATIONAL INC , et al | ) ) ) | |
| Plaintiffs, | ) ) | |
| v | ) ) | **C.A. No. 04-1337-KAJ** |
| AUDIOVOX COMMUNICATIONS CORP , et al | ) ) ) | |
| Defendants | ) | |
| HONEYWELL INTERNATIONAL INC , et al | ) ) | |
| Plaintiffs, | ) ) | |
| v | ) ) | **C.A. No. 04-1338-KAJ** |
| APPLE COMPUTER, INC , et al | ) ) ) | |
| Defendants | ) | |

## PROPOSED ORDER

Upon consideration of the motion to stay, filed by defendants Apple Computer, Inc ("Apple"), Argus a/k/a Hartford Computer Group ("Argus"), Audiovox Electronics Corporation ("Audiovox"), Concord Camera Corp ("Concord"), Dell Inc ("Dell"), Eastman Kodak Company ("Kodak"), Navman NZ Limited and Navman USA Inc ("Navman") in the above-captioned cases:

It is hereby ORDERED this ____ day of _____, 2005 that Customer Defendants' Motion to Stay is hereby GRANTED  Movants' and similarly situated customer defendants' participation in these cases is stayed pending resolution of Plaintiffs' cases against the LCD module manufacturers

_____
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2005, I hand delivered the foregoing document to the following persons and electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Thomas C. Grimm, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19899-1347

Thomas L. Halkowski, Esquire
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
Wilmington, DE 19899-1114

William J. Wade, Esquire
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19899

Richard L. Horwitz, Esquire
Potter Anderson & Corroon
6th Floor, Hercules Plaza
1313 N. Market Street
Wilmington, DE 19899

Philip A. Rovner, Esquire
Potter Anderson & Corroon
6th Floor, Hercules Plaza
1313 N. Market Street
Wilmington, DE 19899

Arthur G. Connolly, III, Esquire
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

John W. Shaw, Esquire
Young, Conaway, Stargatt & Taylor
17th Floor, The Brandywine Building
1000 West Street
Wilmington, DE 19899

Adam Wyatt Poff, Esquire
Young, Conaway, Stargatt & Taylor
17th Floor, The Brandywine Building
1000 West Street
Wilmington, DE 19899

Francis DiGiovanni, Esquire
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street, P.O. Box 2207
Wilmington, DE 19899

Amy Elizabeth Evans, Esq.
Cross & Associates
913 North Market Street, Suite 1001
P.O. Box 1380
Wilmington, DE 19899-1380

Donald W. Huntley, Esquire
1105 N. Market Street
P.O. Box 948
Wilmington, DE 19899-0948

Karen L. Pascale, Esquire
Bouchard, Margules, Friedlander
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801

Frederick L. Cottrell, III (#2555)
Cottrell@rlf.com