IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HONEYWELL INTERNATIONAL INC., et al. | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | **C.A. No. 04-1337-KAJ** |
| AUDIOVOX COMMUNICATIONS CORP., et al. | ) ) ) | |
| Defendants. | ) ) | |

| | | |
|---|---|---|
| HONEYWELL INTERNATIONAL INC., et al. | ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | **C.A. No. 04-1338-KAJ** |
| APPLE COMPUTER, INC., et al. | ) ) | |
| Defendants. | ) | |

## DECLARATION OF GERALD ANGELI

1.    I am V.P. World Wide Engineering & Technology of Concord Camera Corp. ("Concord"), and I submit this Declaration on behalf of Concord in support of the pure customer defendants' motion to stay the above-entitled actions.

2.    I have been continuously employed by Concord since April 2000 and have held a variety of positions directly involved with Concord's digital still camera business. By virtue of these positions and in my current role as V.P. World Wide Engineering & Technology, I am familiar with Concord's electronic product design and manufacturing

activities, including, but not limited to, those relating to Concord's digital still camera products.

3.    Concord, through one or more of its subsidiaries, manufactures and/or sells digital still cameras, including digital cameras which contain an LCD screen.

4.    Concord does not, nor did it ever, design, manufacture or assemble any of the LCD screens which are attached to any Concord product, including digital still cameras. Rather, Concord purchases all of the LCD screens from outside suppliers and manufacturers.

5.    Pursuant to Section 1746 of Title 28 of the United States Code, I declare the foregoing to be true and correct under the penalties of perjury of the United States of America.

Dated:    Hollywood, Florida
          May 3, 2005

                                        _Gerald J. Angeli_
                                        Gerald Angeli

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2005, I hand delivered the foregoing document to the following persons and electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Thomas C. Grimm, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19899-1347

Thomas L. Halkowski, Esquire
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
Wilmington, DE 19899-1114

William J. Wade, Esquire
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19899

Richard L. Horwitz, Esquire
Potter Anderson & Corroon
6th Floor, Hercules Plaza
1313 N. Market Street
Wilmington, DE 19899

Philip A. Rovner, Esquire
Potter Anderson & Corroon
6th Floor, Hercules Plaza
1313 N. Market Street
Wilmington, DE 19899

Arthur G. Connolly, III, Esquire
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

John W. Shaw, Esquire
Young, Conaway, Stargatt & Taylor
17th Floor, The Brandywine Building
1000 West Street
Wilmington, DE 19899

Adam Wyatt Poff, Esquire
Young, Conaway, Stargatt & Taylor
17th Floor, The Brandywine Building
1000 West Street
Wilmington, DE 19899

Francis DiGiovanni, Esquire
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street, P.O. Box 2207
Wilmington, DE 19899

Amy Elizabeth Evans, Esq
Cross & Associates
913 North Market Street, Suite 1001
P.O. Box 1380
Wilmington, DE 19899-1380

Donald W. Huntley, Esquire
1105 N. Market Street
P.O. Box 948
Wilmington, DE 19899-0948

Karen L. Pascale, Esquire
Bouchard, Margules, Friedlander
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801

Frederick L. Cottrell, III (#2555)
Cottrell@rlf.com