MAY-5-2005 13:31 FROM:ALADAR F. SILES    224 836 3604    TO:915854198812    P.2/3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC., et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 04-1338-KAJ ) |
| APPLE COMPUTER, INC., et al., | ) ) ) |
| Defendants. | ) |

### DECLARATION OF ANTHONY GRAFFIA, JR.

1. I am Anthony Graffia, Jr. of defendant Hartford Computer Group which had a business unit that sold cameras with LCDs under the name Argus. I submit this Declaration in support of the pure customer defendants' motion to stay the above-entitled actions.

2. I have been employed by Hartford Computer Group since 1990. My current position is President.

3. By virtue of my position, I am familiar with the digital still camera products sold by Hartford Computer Products sold under the Argus name.

4. Hartford Computer Group does not manufacture any digital still cameras, including digital cameras which contain an LCD screen. Hartford Computer Group also does not, nor has it ever, designed, manufactured or assembled any of the LCD screens which are attached to any Argus brand product, including digital still cameras. Rather, Hartford Computer Group purchased all of the digital still cameras it sold which contained LCD screens from outside, unrelated suppliers and manufacturers.

MAY-5-2005  13:31  FROM:ALADAR F. SILES    224 836 3604    TO:915854198812    P.3/3

5. Neither I nor anyone else at Hartford Computer Group has knowledge about the design, and technical requirements and components of the LCD screens that were included in Argus brand computers.

6. Pursuant to Section 1746 of Title 28 of the United States Code, I declare the foregoing to be true and correct under the penalties of perjury of the United States of America.

Dated:    May 5, 2005

_____
Anthony Graffia, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2005, I hand delivered the foregoing document to the following persons and electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Thomas C. Grimm, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19899-1347

Thomas L. Halkowski, Esquire
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
Wilmington, DE 19899-1114

William J. Wade, Esquire
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19899

Richard L. Horwitz, Esquire
Potter Anderson & Corroon
6th Floor, Hercules Plaza
1313 N. Market Street
Wilmington, DE 19899

Philip A. Rovner, Esquire
Potter Anderson & Corroon
6th Floor, Hercules Plaza
1313 N. Market Street
Wilmington, DE 19899

Arthur G. Connolly, III, Esquire
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

John W. Shaw, Esquire
Young, Conaway, Stargatt & Taylor
17th Floor, The Brandywine Building
1000 West Street
Wilmington, DE 19899

Adam Wyatt Poff, Esquire
Young, Conaway, Stargatt & Taylor
17th Floor, The Brandywine Building
1000 West Street
Wilmington, DE 19899

Francis DiGiovanni, Esquire
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street, P.O. Box 2207
Wilmington, DE 19899

Amy Elizabeth Evans, Esq.
Cross & Associates
913 North Market Street, Suite 1001
P.O. Box 1380
Wilmington, DE 19899-1380

Donald W. Huntley, Esquire
1105 N. Market Street
P.O. Box 948
Wilmington, DE 19899-0948

Karen L. Pascale, Esquire
Bouchard, Margules, Friedlander
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801

_____
Frederick L. Cottrell, III (#2555)
Cottrell@rlf.com