IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | C.A. No. 04-1337-KAJ |
| ) | |
| AUDIOVOX COMMUNICATIONS CORP., et al., ) | |
| ) | |
| Defendants. ) | |

**HONEYWELL'S RESPONSE TO DEFENDANTS'
JOINDER IN TOSHIBA'S FED. R. CIV. P. 42(b) MOTION
FOR BIFURCATION OF LIABILITY AND DAMAGES (D.I. 97)**

On April 15, 2005, Toshiba Corporation, one of the defendants in C.A. No. 04-1338-KAJ, filed Toshiba's Fed. R. Civ. P. 42(c) Motion for Bifurcation of Liability and Damages in that action ("Toshiba's Motion," D.I. 164 in C.A. No. 04-1338-KAJ).  On May 3, 2005, the defendants in C.A. No. 04-1338-KAJ and the defendants in this action filed a double-captioned document entitled Defendants' Joinder in Toshiba's Motion ("Defendants' Joinder," D.I. 172 in C.A. No. 04-1338-KAJ and D.I. 97 in this action).

As a technical matter, the defendants in this action cannot join Toshiba's Motion because that motion was filed only in C.A. No. 04-1338-KAJ and has not been filed in this case. Nevertheless, in an abundance of caution, Honeywell hereby responds to Defendants' Joinder in this action by incorporating by reference its Answering Brief in Opposition to Toshiba's Motion (D.I. 170 in C.A. No. 04-1338-KAJ), and respectfully requests that this Court deny Toshiba's Motion and the defendants' request to join it.

ASHBY & GEDDES

    /s/ *John G. Day*
Steven J. Balick (I.D. # 2114)
John G. Day (I.D. # 2403)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE  19899
302-654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com

*Attorneys for Plaintiffs*

*Of Counsel:*

Martin R. Lueck
Matthew L. Woods
Stacie E. Oberts
Denise S. Rahne
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
(612) 349-8500

Anthony A. Froio
Marc N. Henschke
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
800 Boylston Street, 25th Floor
Boston, MA  02199-7610
(617) 267-2300

Dated: May 10, 2005
156921.1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of May, 2005, the attached **HONEYWELL'S RESPONSE TO DEFENDANTS' JOINDER IN TOSHIBA'S FED. R. CIV. P. 42(b) MOTION FOR BIFURCATION OF LIABILITY AND DAMAGES (D.I. 97)** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Paul A. Bradley, Esquire<br>McCarter & English<br>919 North Market Street, Suite 1800<br>P.O. Box 111<br>Wilmington, DE 19899 | HAND DELIVERY |
| Richard L. Horwitz, Esquire<br>Potter Anderson & Corroon, LLP.<br>1313 North Market Street<br>Hercules Plaza, 6th Floor<br>P.O. Box 951<br>Wilmington, DE 19899-0951 | HAND DELIVERY |
| Timothy J. Vezeau, Esquire<br>Katten Muchin Zavis Rosenman<br>525 West Monroe Street<br>Chicago, IL 60661 | VIA FEDERAL EXPRESS |
| Barry W. Graham, Esquire<br>Finnegan, Henderson, Farabow,<br>   Garrett & Dunner, L.L.P.<br>901 New York Avenue, NW<br>Washington, D.C. 20001-4413 | VIA FEDERAL EXPRESS |
| William J. Marsden, Jr., Esquire<br>Fish & Richardson, P.C.<br>919 North Market Street, Suite 1100<br>P.O. Box 1114<br>Wilmington, DE 19899-1114 | HAND DELIVERY |
| Andrew R. Kopsidas, Esquire<br>Fish & Richardson, P.C.<br>1425 K Street NW, Suite 1100<br>Washington, DC 20005 | VIA FEDERAL EXPRESS |

John L. Reed, Esquire                                    <u>HAND DELIVERY</u>
Duane Morris LLP
1100 North Market Street, 12th Floor
Wilmington, DE  19801

D. Joseph English, Esquire                               <u>VIA FEDERAL EXPRESS</u>
Duane Morris LLP
1667 K Street, N.W., Suite 700
Washington, DC  20006


                                            /s/ *John G. Day*
                                            _____
                                            John G. Day