IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC., and HONEYWELL INTELLECTUAL PROPERTIES INC., <br><br> Plaintiffs, <br><br> v. <br><br> AUDIOVOX COMMUNICATIONS CORP., AUDIOVOX ELECTRONICS CORPORATION, NIKON CORPORATION, NIKON, INC., NOKIA CORPORATION; NOKIA INC., SANYO ELECTRIC CO., LTD., and SANYO NORTH AMERICA CORPORATION, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 04-1337-KAJ |

### ORDER

At Wilmington, this 11th day of May, 2005

The court having scheduled for May 16, 2005, a conference pursuant to Federal Rule of Civil Procedure 16 to address management of this case,

IT IS HEREBY ORDERED that the parties be prepared to discuss at the conference case management issues raised by the pending motions in this case.

*[signature]*
UNITED STATES DISTRICT JUDGE