# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

222 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

May 11, 2005

The Honorable Kent A. Jordan　　　　　　　　　　　　VIA ELECTRONIC FILING
United States District Court
844 King Street
Wilmington, DE 19801

　　　　Re:　*Honeywell International, Inc., et al. v. Audiovox Corporation, et al.,*
　　　　　　*C.A. No. 04-1337-KAJ*

Dear Judge Jordan:

　　　　I represent the plaintiffs ("Honeywell") in the above action, in which a global scheduling conference is set to take place at 9:30 a.m. on May 16, 2005 in this case and in C.A. Nos. 04-1338-KAJ and 04-1536-KAJ. In anticipation of that conference, and pursuant to the Court's March 17, 2005 order for scheduling conference (D.I. 51), I enclose a copy of the parties' scheduling proposal for the Court's consideration.

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully,

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Steven J. Balick*

　　　　　　　　　　　　　　　　　　　　　　　　Steven J. Balick

SJB/dmf
Enclosure
157107.1

c:　　　Paul A. Bradley, Esquire (by hand; w/enc.)
　　　　Richard L. Horwitz, Esquire (by hand; w/enc.)
　　　　Timothy J. Vezeau, Esquire (via facsimile; w/enc.)
　　　　Barry W. Graham, Esquire (via facsimile; w/enc.)
　　　　William J. Marsden, Jr., Esquire (by hand; w/enc.)
　　　　Andrew R. Kopsidas, Esquire (via facsimile; w/enc.)
　　　　John L. Reed, Esquire (by hand; w/enc.)
　　　　D. Joseph English, Esquire (via facsimile; w/enc.)
　　　　Robert J. Katzenstein, Esquire (by hand; w/enc.)
　　　　Stuart Lubitz, Esquire (via facsimile; w/enc.)
　　　　Denise S. Rahne, Esquire (via facsimile; w/enc.)