IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC, and HONEYWELL INTELLECTUAL PROPERTIES INC., <br><br>    Plaintiffs, <br><br>    v. <br><br>AUDIOVOX COMMUNICATIONS CORP., AUDIOVOX ELECTRONICS CORP., NIKON CORPORATION, NIKON INC., NOKIA CORPORATION, NOKIA INC., SANYO ELECTRIC CO., LTD., and SANYO NORTH AMERICA, <br><br>    Defendants. | C.A No. 04-1337-KAJ |

**DEFENDANT AUDIOVOX COMMUNICATIONS
CORP.'S MOTION TO STAY**

Defendant Audiovox Communications Corp. ("ACC") respectfully requests that this Honorable Court enter an Order staying the above-captioned action against ACC pending final resolution of the claims of Plaintiffs Honeywell International Inc. and Honeywell Intellectual Properties Inc. (individually and collectively, "Honeywell") against the manufacturers of liquid crystal displays ("LCDs").  ACC is a retailer of certain devices alleged by Honeywell to infringe the patent-in-suit.  ACC is neither an LCD manufacturer, or a manufacturer of the allegedly infringing LCD-containing

devices.  As a pure retailer (*i.e.*, customer) of allegedly infringing devices, ACC has no technical information concerning the design or manufacture of the allegedly infringing devices, nor any ability to address fully and thoroughly the substance of the claims raised by Honeywell.  The suppliers of allegedly infringing LCD-containing devices, and ultimately the LCD manufacturers, possess the technical information necessary to defend Honeywell's claims of patent infringement.

The grounds for this motion are set forth in the "Opening Brief of Defendant Audiovox Communications Corp. in Support Of the Customer Defendants' Motion To Stay And Audiovox's Motion To Stay," filed contemporaneously herewith.  A Proposed Order granting ACC's Motion To Stay is attached hereto as Exhibit "A."

## STATEMENT PURSUANT TO LOCAL RULE 7.1.1

Pursuant to D. Del. L.R. 7.1.1, counsel for Audiovox Communications Corp. state that they are unable to reach agreement with opposing counsel unconditionally staying this action against ACC pending final resolution of the claims against LCD manufacturers.

| | |
|---|---|
| DATED: May 11, 2005 | **DUANE MORRIS LLP** |
| | /s/ John L. Reed |
| | John L. Reed (Del. I.D. No. 3023) |
| | Matt Neiderman (Del. I.D. No. 4018) |
| | 1100 N. Market Street, 12th Floor |
| | Wilmington, Delaware 19801 |
| **OF COUNSEL:** | Tel:   302.657.4900 |
| | Fax:   302.657.4901 |
| D. Joseph English | E-Mail:  jlreed@duanemorris.com |
| L. Lawton Rogers | mneiderman@duanemorris.com |
| **DUANE MORRIS LLP** | |
| 1667 K Street, N.W., Suite 700 | |
| Washington, DC 20006 | |
| Tel:   202.776.7800 | |
| Fax:   202.776.7801 | |
| E-Mail:  djenglish@duanemorris.com | Attorneys for Defendant |
| llrogers@duanemorris.com | Audiovox Communications Corp. |

WLM\208291.1