IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC, and HONEYWELL INTELLECTUAL PROPERTIES INC., <br><br> Plaintiffs, <br><br> v. <br><br> AUDIOVOX COMMUNICATIONS CORP., AUDIOVOX ELECTRONICS CORP., NIKON CORPORATION, NIKON INC., NOKIA CORPORATION, NOKIA INC., SANYO ELECTRIC CO., LTD., and SANYO NORTH AMERICA, <br><br> Defendants. | C.A No. 04-1337-KAJ |

**ORDER GRANTING DEFENDANT AUDIOVOX COMMUNICATIONS CORP.'S MOTION TO STAY**

Upon consideration of the motion to stay filed by defendant Audiovox Communications Corp. in the above-captioned case;

IT IS HEREBY ORDERED this ____ day of _____, 2005, that Audiovox Communication Corp.'s Motion to Stay is hereby GRANTED. Movant's participation in this case is stayed pending resolution of Plaintiffs' cases against LCD module manufacturers.

_____
United States District Judge