## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2005, I electronically filed "Opening Brief of Defendant Audiovox Communication Corp. In Support Of The Customer Defendants' Motion To Stay And Audiovox's Motion To Stay" with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

Steven J. Balick, Esq.
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE 19899

Paul A. Bradley, Esq.
McCarter & English
919 North Market Street
Suite 1800
Wilmington, DE 19899

Donald W. Huntley, Esq.
Huntly & Associates
1105 North Market Street
Suite 800
P.O. Box 948
Wilmington, DE 19899

Robert J. Katzenstein, Esq.
Smith, Katzenstein & Furlow LLP
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899

Richard L. Horwitz, Esq.
Potter Anderson & Corroon, LLP
1313 North Market Street
Hercules Plaza, 6th Floor
Wilmington, DE 19899

William J. Marsden, Jr., Esq.
Fish & Richardson, P.C.
919 North Market Street
Suite 1100
Wilmington, DE 19899

/s/ John L. Reed (Del. I.D. No. 3023)

WLM\208364.1