IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

HONEYWELL INTERNATIONAL INC., )
et al., )
)
Plaintiffs, )
) C.A. NO. 04-1337-KAJ
v. )
)
AUDIOVOX COMMUNICATIONS CORP., )
et al. )
Defendants. )
)
)

### DECLARATION OF JAMES TRANCHINA IN SUPPORT OF AUDIOVOX ELECTRONICS CORP.'S MOTION TO STAY

James Tranchina, declares as follows:

1. I am Vice President, Engineering of Audiovox Electronics Corporation ("AEC"). I have been employed by AEC for nine years. Unless otherwise stated, I have personal knowledge of the facts set forth herein, and I could and would testify competently thereto if called upon to do so.

2. In the Second Amended Complaint filed in the above-captioned action, Honeywell has alleged that Audiovox Electronics Corp. ("AEC") "has been and is engaged in the manufacture, importation, offer for sale, and/or sale of products that include a liquid crystal display (LCD) in the United States" and that such products (the "Accused Devices") include at least one of the following: "laptop computers, cellular phones, PDAs, digital still cameras, video cameras, portable DVD players, portable television and/or portable game systems." AEC sells portable DVD players.

3. AEC does not design, manufacture, assemble, or sell LCD modules including those incorporated in the Accused Devices.

4. AEC purchased for resale consumer products containing LCD modules manufactured by consumer product manufacturers. AEC added nothing to the consumer products it purchased for resale. AEC does not manufacture or assemble any consumer product having an LCD module.

5. In certain instances, AEC purchased LCD modules for inclusion in consumer electronics products by its consumer product manufacturers.

6. AEC was not privy to any proprietary or confidential technical information relating to the LCD modules in the consumer products that AEC purchased from its suppliers or the LCD modules purchased from suppliers for inclusion in consumer products.

I declare the foregoing to be true and correct under the penalties of perjury under the laws of the United States, and that this declaration was executed on May 9, 2005, in Hauppauge, New York.

*[Signature: James Tranchina]* 9 MAY 05

WL1: 106213.01