# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| HONEYWELL INTERNATIONAL INC, and HONEYWELL INTELLECTUAL PROPERTIES INC., <br><br> Plaintiffs, <br><br> v. <br><br> AUDIOVOX COMMUNICATIONS CORP., AUDIOVOX ELECTRONICS CORP., NIKON CORPORATION, NIKON INC., NOKIA CORPORATION, NOKIA INC., SANYO ELECTRIC CO., LTD., and SANYO NORTH AMERICA, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) C.A No. 04-1337-KAJ ) ) ) ) ) ) ) ) ) ) |

## ORDER GRANTING DEFENDANT AUDIOVOX COMMUNICATIONS CORP.'S MOTION FOR LEAVE TO FILE AMENDED THIRD-PARTY COMPLAINT

Upon consideration of defendant Audiovox Communications Corp.'s motion to amend its Third-Party Complaint in the above-captioned case;

IT IS HEREBY ORDERED this ____ day of _____, 2005, that said Motion is hereby GRANTED.

_____
United States District Judge