# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| HONEYWELL INTERNATIONAL INC, and HONEYWELL INTELLECTUAL PROPERTIES INC., <br><br>Plaintiffs, <br><br>v. <br><br>AUDIOVOX COMMUNICATIONS CORP., AUDIOVOX ELECTRONICS CORP., NIKON CORPORATION, NIKON INC., NOKIA CORPORATION, NOKIA INC., SANYO ELECTRIC CO., LTD., and SANYO NORTH AMERICA, <br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) C.A No. 04-1337-KAJ |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of L. Lawton Rogers to represent Audiovox Communications Corp. in this matter.

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date:_____                    _____
                                          United States District Judge

DATED: May 13, 2005    **DUANE MORRIS LLP**

/s/ John L. Reed
John L. Reed (Del. I.D. No. 3023)
Matt Neiderman (Del. I.D. No. 4018)
1100 N. Market Street, 12th Floor
Wilmington, Delaware 19801
Tel:   302.657.4900
Fax:   302.657.4901
E-Mail:  jlreed@duanemorris.com
         mneiderman@duanemorris.com

Attorneys for Defendant
Audiovox Communications Corp.

WLM\208418.1