# FISH & RICHARDSON P.C.

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

AUSTIN
BOSTON
DALLAS
DELAWARE
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

Suite 1100
919 N. Market Street
P.O. Box 1114
Wilmington, Delaware
19899-1114

Telephone
302 652-5070

Facsimile
302 652-0607

Web Site
www.fr.com

June 7, 2005

**VIA E-FILING**
The Honorable Kent A. Jordan
United States District Court
for the District of Delaware
844 N. King Street
Lockbox 10
Wilmington, DE 19801

Re:   Honeywell Int'l. Inc. et al. v. Audiovox Corp., et al.,
      C.A. No. 04-1337-KAJ (D.Del. 2004)

Dear Judge Jordan:

Defendants Nokia Corporation and Nokia, Inc. (collectively, "Nokia") respectfully request clarification of the Court's Memorandum Order of May 18, 2005 (D.I. 119) with respect to Nokia's Motion for Leave to File Third-Party Complaint (D.I. 57) seeking to implead two of its liquid crystal display manufacturers, Koninklijke Philips Electronics N.V. ("Philips") and Samsung SDI Co., Ltd. ("Samsung SDI"). Nokia attached its proposed third-party complaint to its motion. D.I. 58; see also D.I. 57. The Court stated in footnote 4 of the Memorandum Order that Philips and Samsung SDI "have been named in a third party complaint . . . ." The Court also referenced Nokia's motion in the appendix to its Memorandum Order, but did not expressly grant or deny Nokia's motion. See Order of May 18, 2005, at 10-11 (D.I. 119).

Briefing on the motion has been completed. See D.I. 66 (Honeywell's opposition in part), D.I. 93 (Nokia's reply). The Court may also recall that counsel for Philips and Samsung SDI were present at the May 16th scheduling conference. Hrg. Tr. (May 16, 2005) at 50:14-51:8 (Ex. A) (D.I. 120).

Nokia respectfully requests clarification from the Court as to whether its Motion for Leave to File Third-Party Complaint is granted.

Respectfully,

/s/ William J. Marsden, Jr.

William J. Marsden, Jr.

WJM:sb

cc:   Clerk of the Court (via hand delivery and e-filing)
      Counsel of record (via e-filing)