DuaneMorris®

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BOSTON
WASHINGTON, DC
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
HARRISBURG
PRINCETON
WESTCHESTER

JOHN L. REED
DIRECT DIAL: 302.657.4943
E-MAIL: jlreed@duanemorris.com

www.duanemorris.com

June 10, 2005

**BY E-FILING**

The Honorable Kent A. Jordan
United States District Court
844 North King Street
Wilmington, DE 19801

    Re:    Honeywell International, Inc., *et al.* v. Audiovox Communications Corp., *et al.*, D. Del., C. A. No. 04-1337-KAJ

Dear Judge Jordan:

    We represent defendant/third-party plaintiff Audiovox Communications Corp. ("ACC") in the referenced action. On May 12, 2005, ACC filed a Motion for Leave to Amend its Third-Party Complaint against third-party defendants Curitel Communications, Inc. and Toshiba Corporation and proposed third-party defendants High Tech Computer Corp. and Wistron Corporation. (D.I. 115). More than ten business days have passed since ACC filed its Motion to Amend and no party has filed any opposition to the Motion. ACC therefore respectfully requests that the Court enter an Order granting ACC's Motion to Amend in the form attached to the Motion.

    Respectfully,

    /s/ John L. Reed (I.D. No. 3023)
    JOHN L. REED

JLR/dsm
cc:    All Counsel (*by e-filing*)
        Clerk of Court (*by e-filing*)

WLM\209072.1

DUANE MORRIS LLP

1100 NORTH MARKET STREET, SUITE 1200   WILMINGTON, DE 19801-1246        PHONE: 302.657.4900  FAX: 302.657.4901