IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC., and HONEYWELL INTELLECTUAL PROPERTIES INC., <br><br>  Plaintiffs, <br><br> v. <br><br> AUDIOVOX COMMUNICATIONS CORP., AUDIOVOX ELECTRONICS CORPORATION, NIKON CORPORATION, NIKON, INC., NOKIA CORPORATION; NOKIA INC., SANYO ELECTRIC CO., LTD., and SANYO NORTH AMERICA CORPORATION, <br><br>  Defendants. | Civil Action No. 04-1337-KAJ |

### ORDER

At Wilmington, this **14th** day of **June, 2005**,

Upon consideration of defendant Audiovox Communications Corp.'s motion for leave to amend third-party complaint (D.I. 115); and there being no opposition to the motion,

IT IS HEREBY ORDERED that the Motion is GRANTED.

_____
UNITED STATES DISTRICT JUDGE