IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HONEYWELL INTERNATIONAL, INC., et al., | ) | |
| Plaintiffs, | ) ) ) | C.A. No. 04-1337 (KAJ) |
| v. | ) ) | |
| AUDIOVOX COMMUNICATIONS CORP., et al., | ) ) | |
| Defendants. | ) ) | |
| HONEYWELL INTERNATIONAL, INC., et al., | ) ) | |
| Plaintiffs, | ) ) ) | C. A. No. 04-1338 (KAJ) |
| v. | ) ) | |
| APPLE COMPUTER, INC., et al., | ) ) | |
| Defendants. | ) ) | |
| OPTREX AMERICA, INC. | ) ) | |
| Plaintiff, | ) ) | C.A. No. 04-1536 (KAJ) |
| v. | ) ) | |
| HONEYWELL INTERNATIONAL, INC., et al., | ) ) | (Consolidated) |
| Defendants. | ) ) ) | |

## INTERIM SCHEDULING ORDER

Pursuant to the Court's Memorandum Order dated May 18, 2005, and the submissions of the parties, the following interim case schedule shall govern proceedings in the above-captioned, consolidated matters until further notice from the Court:

1) Honeywell specifically identifies the accused products for each defendant on or before **July 1, 2005**;

2) The defendants individually respond to Honeywell's submission with manufacturer/supplier information on or before **August 1, 2005**;

3) On or before **September 1, 2005**, Honeywell shall amend its pleadings to name additional LCD manufacturer defendants to the suit; and

4) A Status Conference with the Court shall be held **thirty (30) days after** the pleadings are amended, to discuss an overall Scheduling Order.

_____
United States District Judge

685967