# M<span style="font-variant:small-caps">orris</span>, N<span style="font-variant:small-caps">ichols</span>, A<span style="font-variant:small-caps">rsht</span> & T<span style="font-variant:small-caps">unnell</span>

1201 N<span style="font-variant:small-caps">orth</span> M<span style="font-variant:small-caps">arket</span> S<span style="font-variant:small-caps">treet</span>
P.O. B<span style="font-variant:small-caps">ox</span> 1347
W<span style="font-variant:small-caps">ilmington</span>, D<span style="font-variant:small-caps">elaware</span>  19899-1347
———
302 658 9200
302 658 3989 F<span style="font-variant:small-caps">ax</span>

*T<span style="font-variant:small-caps">homas</span> C. G<span style="font-variant:small-caps">rimm</span>*
*302 575 7273*
*302 425 4661 F<span style="font-variant:small-caps">ax</span>*
*tgrimm@mnat.com*

August 22, 2005

**BY E-FILING**

The Honorable Kent A. Jordan
U.S. District Court, District of Delaware
844 N. King Street
Lockbox 10
Wilmington, DE  19801

      Re:    *Honeywell International Inc., et al. v. Audiovox Communications Corp., et al.*
              C.A. 04-1337-KAJ
           *Honeywell International Inc., et al. v. Apple Computer, Inc., et al.*
              C.A. No. 04-1338-KAJ

Dear Judge Jordan:

      Honeywell respectfully requests a status conference at the Court's earliest convenience for the purpose of establishing a schedule to transition the defense of the initial phase of this case from the end product manufacturers to the LCD suppliers, as the Court had earlier directed.

      On May 18, 2005, Your Honor granted defendants' motions to stay "to the extent stated in open Court" during the hearing conducted on May 16.  (Mem. Order dated May 18, 2005 at 9) (D.I. 202).  At the May 16 hearing, Your Honor indicated that the quid pro quo to the stay was that the defendants would be expected to cooperate in transitioning this case to a case against the LCD suppliers so that the transitioned case could be tried in 18-24 months; that is, between November 2006 and May 2007.  To that end, the Court instructed the parties to submit on June 17 a joint proposal for transitioning the case.

      Unfortunately, the parties' respective views on how to transition this case are at odds, necessitating Honeywell and the defendants to submit on June 17 separate proposals for how to proceed (Honeywell's proposal is D.I. 217 and defendants' proposal is D.I. 218).  Two more months have passed and the parties are still at an impasse.

The Honorable Kent A. Jordan
August 22, 2005
Page 2

      Therefore, Honeywell respectfully requests a status conference at the Court's earliest convenience to arrive at a schedule, allowing the case to move forward.

                            Respectfully,

                          */s/ Thomas C. Grimm*

                            Thomas C. Grimm

TCG/dam
cc:    Dr. Peter T. Dalleo, Clerk of the Court (via hand delivery)
       All Counsel of Record (via e-filing)
       Steven J. Balick, Esq. (via e-mail)
       Martin R. Lueck, Esq. (via e-mail)
       Matthew L. Woods, Esq. (via e-mail)