IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC., and HONEYWELL INTELLECTUAL PROPERTIES INC.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>AUDIOVOX COMMUNICATIONS CORP., AUDIOVOX ELECTRONICS CORPORATION, NIKON CORPORATION, NIKON, INC., NOKIA CORPORATION; NOKIA INC., SANYO ELECTRIC CO., LTD., and SANYO NORTH AMERICA CORPORATION,<br><br>　　　　　Defendants. | Civil Action No. 04-1337-KAJ<br>(Consolidated) |
| HONEYWELL INTERNATIONAL INC., and HONEYWELL INTELLECTUAL PROPERTIES INC.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>APPLE COMPUTER, INC.; ARGUS A/K/A HARTFORD COMPUTER GROUP, INC.; CASIO COMPUTER CO., LTD.; CASIO, INC.; CONCORD CAMERAS; DELL INC.; EASTMAN KODAK COMPANY; FUJI PHOTO FILM CO., LTD.; FUJI PHOTO FILM U.S.A., INC.; FUJITSU LIMITED; FUJITSU AMERICA, INC.; FUJITSU COMPUTER PRODUCTS OF AMERICA, INC.; KYOCERA WIRELESS CORP.; MATSUSHITA ELECTRICAL INDUSTRIAL CO.; MATSUSHITA ELECTRICAL CORPORATION OF AMERICA; NAVMAN NZ LIMITED; NAVMAN U.S.A. INC.; OLYMPUS CORPORATION; OLYMPUS | Civil Action No. 04-1338-KAJ |

AMERICA, INC.; PENTAX CORPORATION; )
PENTAX U.S.A., INC.; SONY CORPORATION; )
SONY CORPORATION OF AMERICA; SONY )
ERICSSON MOBILE COMMUNICATIONS AB; )
SONY ERICSSON MOBILE )
COMMUNICATIONS (USA) INC.; TOSHIBA )
CORPORATION; and TOSHIBA AMERICA, )
INC., )
    )
      Defendants. )
    )

OPTREX AMERICA, INC., )
    )
      Plaintiff, )
    )
v. )   Civil Action No. 04-1536-KAJ
    )
HONEYWELL INTERNATIONAL INC., and )
HONEYWELL INTELLECTUAL PROPERTIES )
INC., )
    )
      Defendants. )

### ORDER

At Wilmington this **26th** day of **August, 2003,**

IT IS ORDERED that a status teleconference has been scheduled for **September 9, 2005 at 10:30 a.m.** with the undersigned. **Counsel for Honeywell International, Inc. shall initiate the teleconference call.**

If there are out-of-state counsel working on this case, local counsel are reminded of their obligation to inform their out-of-state co-counsel of this Order.

*[signature]*
UNITED STATES DISTRICT JUDGE

2