IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| HONEYWELL INTERNATIONAL INC, and HONEYWELL INTELLECTUAL PROPERTIES INC., | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A No. 04-1337-KAJ |
| AUDIOVOX COMMUNICATIONS CORP., AUDIOVOX ELECTRONICS CORP., NIKON CORPORATION, NIKON INC., NOKIA CORPORATION, NOKIA INC., SANYO ELECTRIC CO., LTD., and SANYO NORTH AMERICA, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that John L. Reed, formerly of the law firm of Duane Morris LLP, and currently with the law firm of Edwards & Angell LLP, hereby withdraws his appearance as counsel for Defendant Audiovox Communications Corp. ("Audiovox"). Matt Neiderman, Esq. of Duane Morris LLP remains counsel of record for Audiovox.

| **EDWARDS & ANGELL LLP** | **DUANE MORRIS LLP** |
|---|---|
| /s/ John L. Reed | /s/ Matt Neiderman |
| John L. Reed (Del. I.D. No. 3023) | Matt Neiderman (Del. I.D. No. 4018) |
| 919 North Market Street, Suite 1500 | 1100 North Market Street, Suite 1200 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| Tel: 302.777.7770 | Tel: 302.657.4900 |
| Fax: 302.777.7263 | Fax: 302.657.4901 |
| | *Attorney for Defendant* |
| | *Audiovox Communications Corp.* |

Dated: September 14, 2005

WLM\211108.1