## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2005, I electronically filed "Notice of Withdrawal of Appearance" with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

Steven J. Balick, Esq.
Ashby & Geddes
222 Delaware Avenue, 17th Fl.
Wilmington, DE  19899

Paul A. Bradley, Esq.
McCarter & English
919 North Market Street
Suite 1800
Wilmington, DE  19899

Donald W. Huntley, Esq.
Huntley & Associates
1105 North Market Street
Wilmington, DE  19899

Robert J. Katzenstein, Esq.
Smith, Katzenstein & Furlow LLP
800 Delaware Avenue, 7th Fl.
Wilmington, DE  19899

Richard L. Horwitz, Esq.
Potter, Anderson & Corroon, LLP
1313 North Market Street
Hercules Plaza, 6th Fl.
Wilmington, DE  19899

William J. Marsden, Jr., Esq.
Fish & Richardson, P.C.
919 North Market Street, Suite 1100
Wilmington, DE  19899

/s/ Matt Neiderman
Matt Neiderman (Del. I.D. No. 4018)

WLM\211110.1