## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

HONEYWELL INTERNATIONAL INC. and HONEYWELL   )
INTELLECTUAL PROPERTIES INC.,   )
  )
      Plaintiffs,   )
  )
  )
      v.   )
  )
APPLE COMPUTER, INC.; ALL AROUND CO., LTD.,   )
ARGUS A/K/A HARTFORD COMPUTER GROUP, INC.;   )
ARIMA DISPLAY; AU OPTRONICS CORP.; AU   )
OPTRONICS CORPORATION AMERICA; BOE   )
TECHNOLOGY GROUP COMPANY LTD.; BEIJING BOE   )     C.A. No. 04-1338-KAJ
OPTOELECTRONICS TECHNOLOGY CO., LTD.; BOE--   )
HYDIS TECHNOLOGY CO., LTD.; CASIO COMPUTER   )     **JURY TRIAL DEMAND**
CO., LTD.; CASIO, INC.; CITIZEN SYSTEMS EUROPE;   )
CITIZEN SYSTEMS AMERICA CORPORATION;   )
CONCORD CAMERAS; DELL INC.; EASTMAN KODAK   )
COMPANY; FUJI PHOTO FILM CO., LTD.; FUJI PHOTO   )
FILM U.S.A., INC.; FUJITSU LIMITED; FUJITSU   )
AMERICA, INC.; FUJITSU COMPUTER PRODUCTS OF   )
AMERICA, INC.; HANNSTAR DISPLAY CORPORATION;   )
HITACHI, LTD.; HITACHI DISPLAYS, LTD.; HITACHI   )
DISPLAY DEVICES, LTD.; HITACHI ELECTRONIC   )
DEVICES (USA), INC.; INNOLUX DISPLAY   )
CORPORATION; INTERNATIONAL DISPLAY   )
TECHNOLOGY; INTERNATIONAL DISPLAY   )
TECHNOLOGY USA, INC.; KONINKLIJKE PHILIPS   )
ELECTRONICS N.V.; PHILIPS CONSUMER   )
ELECTRONICS NORTH AMERICA; PHILIPS   )
ELECTRONICS NORTH AMERICA CORPORATION;   )
KYOCERA WIRELESS CORP.; MATSUSHITA   )
ELECTRICAL INDUSTRIAL CO.; MATSUSHITA   )
ELECTRICAL CORPORATION OF AMERICA; NAVMAN   )
NZ LIMITED; NAVMAN U.S.A. INC.; OLYMPUS   )
CORPORATION; OLYMPUS AMERICA, INC.; PENTAX   )
CORPORATION; PENTAX U.S.A., INC.; PICVUE   )
ELECTRONICS LIMITED; QUANTA DISPLAY INC.;   )
SAMSUNG SDI CO., LTD; SAMSUNG SDI AMERICA,   )
INC.; SONY CORPORATION; SONY CORPORATION OF   )
AMERICA; SONY ERICSSON MOBILE   )
COMMUNICATIONS AB; SONY ERICSSON MOBILE   )
COMMUNICATIONS (USA) INC.; ST LIQUID CRYSTAL   )
DISPLAY CORP.; TOPPOLY OPTOELECTRONICS CORP.;   )
TOSHIBA CORPORATION; TOSHIBA AMERICA, INC.;   )

WINTEK CORP.; WINTEK ELECTRO-OPTICS                  )
CORPORATION; WISTRON CORPORATION; and M-             )
DISPLAY OPTRONICS CORP.,                             )
                                                     )
              Defendants.                            )

---

HONEYWELL INTERNATIONAL INC., and                    )
HONEYWELL INTELLECTUAL PROPERTIES INC.,              )
                                                     )
              Plaintiffs                             )
                                                     )        C.A. No. 04-1337-KAJ
          v.                                         )
                                                     )
AUDIOVOX COMMUNICATIONS CORP.; AUDIOVOX              )
ELECTRONICS CORPORATION; NIKON CORPORATION;          )
NIKON, INC; NOKIA CORPORATION; NOKIA INC.;           )
SANYO ELECTRIC CO., LTD.; AND SANYO NORTH            )
AMERICA CORPORATION; and SANYO EPSON IMAGING         )
DEVICES CORPORTION                                   )
                                                     )
              Defendants.

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications counsel moves the

admission pro hac vice of  Stephen S. Korniczky and Elizabeth L. Brann of  Paul,

Hastings, Janofsky & Walker LLP, 3579 Valley Centre Drive, San Diego, CA 92130 and

Hamilton Loeb, Carolyn E. Morris and Alana A. Prills of  Paul, Hastings, Janofsky &

Walker LLP, 875 15th Street, N.W., Washington, D.C. 20005  to represent Defendant

Samsung SDI America, Inc., in this matter.

POTTER ANDERSON & CORROON LLP

By: */s/ David E. Moore* _____
     Richard L. Horwitz (#2246)
     David E. Moore
     Hercules Plaza, 6th Floor
     1313 N. Market Street
     Wilmington, DE  19899
     Tel:  (302) 984-6000
     Fax: (302) 658-1192
     rhorwitz@potteranderson.com
     dmoore@potteranderson.com

Dated:  December 1, 2005

*Attorneys for Defendant*
*Samsung SDI America, Inc.*

709481

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

Dated: _____    _____
                                 United States District Judge

.

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☑ has been paid to the Clerk of the Court

☐ will be submitted to the Clerk's Office upon the filing of this motion

Date: December 1, 2005        Signed:  */s/ Stephen S. Korniczky*
                                       Stephen S. Korniczky
                                       Paul, Hastings, Janofsky & Walker LLP
                                       3579 Valley Centre Drive
                                       San Diego, CA 92130
                                       Tel: (858) 720-2500

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☑ has been paid  to the Clerk of the Court

☐ will be submitted to the Clerk's Office upon the filing of this motion

Date:  December 1, 2005          Signed:  */s/ Elizabeth L. Brann*
                                          Elizabeth L. Brann
                                          Paul, Hastings, Janofsky & Walker LLP
                                          3579 Valley Centre Drive
                                          San Diego, CA 92130
                                          Tel:  (858) 720-2500

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☑ has been paid to the Clerk of the Court

☐ will be submitted to the Clerk's Office upon the filing of this motion

Date: December 1, 2005          Signed: _/s/ Hamilton Loeb_____
                                         Hamilton Loeb
                                         Paul, Hastings, Janofsky & Walker LLP
                                         875 15th Street, N.W.
                                         Washington, D.C. 20005
                                         Tel: (202) 551-1700

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☑ has been paid to the Clerk of the Court

☐ will be submitted to the Clerk's Office upon the filing of this motion

Date: December 1, 2005        Signed: */s/ Carolyn E. Morris*
                                       Carolyn E. Morris
                                       Paul, Hastings, Janofsky & Walker LLP
                                       875 15th Street, N.W.
                                       Washington, D.C. 20005
                                       Tel: (202) 551-1700

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☑ has been paid  to the Clerk of the Court

☐ will be submitted to the Clerk's Office upon the filing of this motion

Date:  December 1, 2005        Signed:  */s/ Alana A. Prills*_____
                                        Alana A. Prills
                                        Paul, Hastings, Janofsky & Walker LLP
                                        875 15th Street, N.W.
                                        Washington, D.C. 20005
                                        Tel:  (202) 551-1700

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on December 1, 2005, the attached

document was served via hand-delivery and was electronically filed with the Clerk of the

Court using CM/ECF which will send notification of such filing(s) to the following and

the document is available for viewing and downloading from CM/ECF:

Philip A. Rovner
Potter Anderson & Corroon LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
Wilmington, DE 19899

William J. Wade
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899-0551

John W. Shaw
Glenn Christopher Mandalas
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

Frederick L. Cottrell, III
Chad Michael Shandler
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899-0551

Adam W. Poff
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

Thomas L. Halkowski
Fish & Richardson P.C.
919 N. Market St., Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114

Thomas C. Grimm
Kristen Healey
Sean T. O'Kelly
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

Francis DiGiovanni
James M. Olsen
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

Amy Evans
Cross & Simon, LLC
913 N. Market Street, Suite 1001
P.O. Box 1380
Wilmington, DE 19899-1380

Andre G. Bouchard
Karen L. Pascale
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801

William J. Marsden, Jr.
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114

Paul A. Bradley
Thomas D. Walsh
McCarter & English, LLP
919 N. Market Street, Suite 1800
Wilmington, DE 19899

Robert J. Katzenstein, Esq.
Joelle E. Polesky, Esq.
Smith, Katzenstein, & Furlow
800 Delaware Avenue, 7th Fl.
P.O. Box 410
Wilmington, DE 19899

Arthur G. Connolly, III
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

Steven J. Balick
John G. Day
Ashby & Geddes
222 Delaware Avenue
17th Floor
Wilmington, DE 19899

Leslie A. Polizoti
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

By: _/s/ David E. Moore_____
        Richard L. Horwitz
        David E. Moore
        Potter Anderson & Corroon LLP
        Hercules Plaza, 6th Floor
        1313 N. Market Street
        P.O. Box 951
        Wilmington, DE 19899-0951
        (302) 984-6000
        rhorwitz@potteranderson.com
        dmoore@potteranderson.com

709365