IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC., and HONEYWELL INTELLECTUAL PROPERTIES INC., <br><br> Plaintiffs, <br><br> v. <br><br> AUDIOVOX COMMUNICATIONS CORP., et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) C.A. No. 04-1337-KAJ ) ) ) ) ) |

ENTRY OF APPEARANCE

TO: Dr. Peter T. Dalleo
Clerk
U.S. District Court for the
District of Delaware
844 North King Street, Room 4209
Lock Box 18
Wilmington, DE 19801

Please enter the appearance of the undersigned as attorneys for defendant Sanyo Epson Imaging Devices Corporation.

SMITH, KATZENSTEIN & FURLOW LLP

/s/ Robert J. Katzenstein

Robert J. Katzenstein (I.D. No. 378)
Robert K. Beste, III (I.D. No. 3931)
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899-0410
(302) 652-8400

OF COUNSEL:
Stuart Lubitz
Robert J. Benson
Hogan & Hartson LLP
500 S. Grand Avenue, Suite 1900
Los Angeles, CA 90071
(213) 337-6700

Date: December 13, 2005

10009232.WPD