IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC. and HONEYWELL INTELLECTUAL PROPERTIES INC., <br><br> Plaintiffs, <br><br> v. <br><br> AUDIOVOX COMMUNICATIONS CORP.; AUDIOVOX ELECTRONICS CORPORATION; NIKON CORPORATION; NIKON INC.; NOKIA CORPORATION; NOKIA INC.; SANYO ELECTRIC CO., LTD.; SANYO NORTH AMERICA CORPORATION; and SANYO EPSON IMAGING DEVICES CORPORATION, <br><br> Defendants. | C.A. No. 04-1337-KAJ |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Honeywell International Inc. and Honeywell Intellectual Properties Inc., and counsel for defendant Sanyo Epson Imaging Devices Corporation ("SEID"), that:

1. On behalf of SEID, the undersigned counsel for SEID accepts service and waives formal service of the Third Amended Complaint in this action; and

2. SEID shall have an extension to and including February 10, 2006, to answer, move, or otherwise plead in response to the Third Amended Complaint.

2

| ASHBY & GEDDES | SMITH, KATZENSTEIN & FURLOW LLP |
|---|---|
| */s/ Steven J. Balick* | */s/ Robert J. Katzenstein* |
| Steven J. Balick (I.D. #2114) | Robert J. Katzenstein (I.D. #378) |
| John G. Day (I.D. #2403) | 800 Delaware Avenue, 7th Floor |
| Lauren E. Maguire (I.D. #4261) | P.O. Box 410 |
| 222 Delaware Avenue, 17th Floor | Wilmington, DE 19899 |
| P.O. Box 1150 | 302-652-8400 |
| Wilmington, DE 19899 | |
| 302-654-1888 | *Attorneys for Defendant Sanyo Epson Imaging Devices Corporation* |
| *Attorneys for Plaintiffs* | |

SO ORDERED this _____ day of _____, 2005.

_____
United States District Judge

164522.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of December, 2005, the attached **STIPULATION AND ORDER** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Paul A. Bradley, Esquire<br>McCarter & English<br>919 North Market Street<br>P.O. Box 111<br>Wilmington, DE  19899 | HAND DELIVERY |
| Richard L. Horwitz, Esquire<br>Potter Anderson & Corroon, LLP.<br>1313 North Market Street<br>Hercules Plaza, 6th Floor<br>P.O. Box 951<br>Wilmington, DE  19899-0951 | HAND DELIVERY |
| Timothy J. Vezeau, Esquire<br>Katten Muchin Zavis Rosenman<br>525 West Monroe Street<br>Chicago, IL  60661 | VIA FEDERAL EXPRESS |
| Barry W. Graham, Esquire<br>Finnegan, Henderson, Farabow,<br>   Garrett & Dunner, L.L.P.<br>901 New York Avenue, NW<br>Washington, D.C. 20001-4413 | VIA FEDERAL EXPRESS |
| William J. Marsden, Jr., Esquire<br>Fish & Richardson, P.C.<br>919 North Market Street, Suite 1100<br>P.O. Box 1114<br>Wilmington, DE  19899-1114 | HAND DELIVERY |
| Andrew R. Kopsidas, Esquire<br>Fish & Richardson, P.C.<br>1425 K Street NW, Suite 1100<br>Washington, DC  20005 | VIA FEDERAL EXPRESS |

Matt Neiderman, Esquire                                          HAND DELIVERY
Duane Morris LLP
1100 North Market Street, 12th Floor
Wilmington, DE  19801

D. Joseph English, Esquire                                       VIA FEDERAL EXPRESS
Duane Morris LLP
1667 K Street, N.W., Suite 700
Washington, DC  20006

Robert J. Katzenstein, Esquire                                   HAND DELIVERY
Smith, Katzenstein & Furlow LLP
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE  19899

Stuart Lubitz, Esquire                                           VIA FEDERAL EXPRESS
Hogan & Hartson LLP
2049 Century Park East
Suite 700
Los Angeles, CA  90067


                                        */s/ Steven J. Balick*
                                        _____
                                        Steven J. Balick