**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

    I, Robert J. Katzenstein, hereby certify that on February 10, 2006, I electronically filed the attached Defendant Sanyo Epson Imaging Devices' Answer to the Complaint, Affirmative Defenses, and Counterclaims with the Clerk of Court using CM/ECF which will send notification of such filing to the following and caused a true and correct copy of same to be served by first class mail on the following:

| | |
|---|---|
| Steven J. Balick, Esquire | Paul A. Bradley, Esquire |
| John G. Day, Esquire | Thomas D. Walsh, Esquire |
| Ashby & Geddes | McCarter & English, LLP |
| 222 Delaware Avenue, 17th Floor | 919 N. Market Street, Suite 1800 |
| P.O. Box 1150 | P.O. Box 111 |
| Wilmington, DE 19899 | Wilmington, DE 19899 |
| | |
| Richard L. Horwitz, Esquire | William J. Marsden, Jr., Esquire |
| David E. Moore, Esquire | Tara D. Elliott, Esquire |
| Potter Anderson & Corroon, LLP | Fish & Richardson, P.C. |
| 1313 N. Market Street | 919 N. Market Street, Suite 1100 |
| Hercules Plaza, 6th Floor | P.O. Box 1114 |
| P.O. Box 951 | Wilmington, DE 19899-1114 |
| Wilmington, DE 19899-0951 | |

Matt Neiderman, Esquire
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801

                                                /s/ Robert J. Katzenstein
                                                Robert J. Katzenstein (ID No. 378)
                                                SMITH, KATZENSTEIN & FURLOW LLP
                                                800 Delaware Avenue, 7th Floor
                                                P.O. Box 410
                                                Wilmington, DE 19899
                                                302-652-8400
                                                rjk@skfdelaware.com

10011126.WPD