IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

    I, Robert J. Katzenstein, hereby certify that on February 24, 2006, I electronically filed the attached Defendant Sanyo Epson Imaging Devices' First Amended Answer to the Complaint, Affirmative Defenses, and Counterclaims with the Clerk of Court using CM/ECF which will send notification of such filing to the following and caused a true and correct copy of same to be served by first class mail on the following:

Steven J. Balick, Esquire
John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899

Paul A. Bradley, Esquire
Thomas D. Walsh, Esquire
McCarter & English, LLP
919 N. Market Street, Suite 1800
P.O. Box 111
Wilmington, DE 19899

Richard L. Horwitz, Esquire
David E. Moore, Esquire
Potter Anderson & Corroon, LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE 19899-0951

William J. Marsden, Jr., Esquire
Tara D. Elliott, Esquire
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114

Matt Neiderman, Esquire
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801

                                    /s/ Robert J. Katzenstein
                                    Robert J. Katzenstein (ID No. 378)
                                    SMITH, KATZENSTEIN & FURLOW LLP
                                    800 Delaware Avenue, 7th Floor
                                    P.O. Box 410
                                    Wilmington, DE 19899
                                    302-652-8400
                                    rjk@skfdelaware.com