IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC. and HONEYWELL INTELLECTUAL PROPERTIES INC., <br><br> Plaintiffs, <br><br> v. <br><br> AUDIOVOX COMMUNICATIONS CORP.; AUDIOVOX ELECTRONICS CORPORATION; NIKON CORPORATION; NIKON INC.; NOKIA CORPORATION; NOKIA INC.; SANYO ELECTRIC CO., LTD.; SANYO NORTH AMERICA CORPORATION; and SANYO EPSON IMAGING DEVICES CORPORATION, <br><br> Defendants. | C.A. No. 04-1337-KAJ |

**DEFENDANT SANYO EPSON IMAGING DEVICES'
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Sanyo Epson Imaging Devices ("SEID") provides the following disclosures:

SEID is owned 55% by Seiko Epson Corporation, a public company, and 45% by Sanyo Electric Co., Ltd., a public company. SEID does not have any parent corporations, other than to the extent the aforementioned entities might be considered "parent corporations."

{EYS8559.DOC}

Dated: February 28, 2006

| | |
|---|---|
| Stuart Lubitz<br>Robert J. Benson<br>HOGAN & HARTSON L.L.P.<br>1999 Avenue of the Stars<br>Suite 1400<br>Los Angeles, California 90067<br>Telephone: (310) 785-4600<br>Facsimile: (310) 785-4601 | **SMITH, KATZENSTEIN &<br>FURLOW LLP**<br><br>/s/ Robert J. Katzenstein<br>Robert J. Katzenstein (ID No. 378)<br>800 Delaware Avenue, 7th Floor<br>P.O. Box 410<br>Wilmington, DE 19899<br>Telephone: (302) 652-8400<br>Facsimile: (302) 652-8405<br><br><br>Attorneys for Defendant<br>SANYO EPSON IMAGING DEVICES |