# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

222 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

March 8, 2006

The Honorable Kent A. Jordan  
United States District Court  
844 King Street  
Wilmington, DE 19801

VIA ELECTRONIC FILING

Re:  *Honeywell International, Inc., et al. v. Audiovox Corporation, et al.,*  
C.A. No. 04-1337-KAJ

Dear Judge Jordan:

I represent the plaintiffs ("Honeywell") in the above action, in which a global scheduling conference is set to take place at 10:00 a.m. on Monday March 13, 2006 in this case and in C.A. Nos. 04-1338-KAJ and 04-1536-KAJ. In anticipation of that conference, and pursuant to the Court's January 19, 2006 order for scheduling conference (D.I. 152), I enclose a copy of the parties' scheduling proposal for the Court's consideration, and a chart summarizing the current positions of the parties on scheduling. The scheduling proposal and chart are identical to those being filed today in the 04-1338-KAJ and 04-1536-KAJ actions.

Respectfully,

*/s/ John G. Day*

John G. Day

JGD/nml  
Enclosures  
167399.1

c:  Paul A. Bradley, Esquire (via electronic mail; w/enc.)  
  Richard L. Horwitz, Esquire (via electronic mail; w/enc.)  
  Timothy J. Vezeau, Esquire (via electronic mail; w/enc.)  
  Barry W. Graham, Esquire (via electronic mail; w/enc.)  
  William J. Marsden, Jr., Esquire (via electronic mail; w/enc.)  
  Andrew R. Kopsidas, Esquire (via electronic mail; w/enc.)  
  Matt Neiderman, Esquire (via electronic mail; w/enc.)  
  D. Joseph English, Esquire (via electronic mail; w/enc.)  
  Robert J. Katzenstein, Esquire (via electronic mail; w/enc.)  
  Robert J. Benson, Esquire (via electronic mail; w/enc.)  
  Matthew L. Woods, Esquire (via electronic mail; w/enc.)