# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

**Thomas C. Grimm**
302.351.9595
302 425 4661 Fax
tgrimm@mnat.com

March 8, 2006

**BY E-FILING**

The Honorable Kent A. Jordan
United States District Court
 for the District of Delaware
844 King Street
Wilmington, DE 19801

> Re:  *Honeywell International Inc., et al. v. Audiovox Communications Corp., et al.*
>    C.A. No. 04-1337 (KAJ)
>   *Honeywell International Inc., et al. v. Apple Computer, Inc., et al.*
>    C.A. No. 04-1338 (KAJ)
>   *Optrex America, Inc. v. Honeywell International Inc., et al.*
>    C.A. No. 04-1536 (KAJ)

Dear Judge Jordan:

Enclosed is the parties' joint proposed scheduling order, which indicates where the parties differ.

Respectfully,

*/s/ Thomas C. Grimm*

Thomas C. Grimm (#1098)

TCG/dam
cc:   Dr. Peter T. Dalleo, Clerk of the Court (by hand)
      CM/ECF filing list
510314