

# Potter Anderson & Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**Philip A. Rovner**
Partner
provner@potteranderson.com
302 984-6140 Direct Phone
302 658-1192 Fax

March 24, 2006

**BY E-FILE**

The Honorable Kent A. Jordan
United States District Court
  for the District of Delaware
U.S. Courthouse
844 King Street
Wilmington, Delaware 19801

      Re:    Honeywell International, Inc., *et al.*, v. Apple Computer, Inc., *et al.*,
             D. Del., C.A. No. 04-1338-KAJ
             Honeywell International Inc., *et al.* v. Audiovox Communications Corp., *et al.*
             D. Del., C.A. No. 04-1337-KAJ
             Optrex America, Inc. v. Honeywell International Inc., *et al.*,
             D. Del., C.A. No. 04-1536-KAJ

Dear Judge Jordan:

      I write on behalf of the Manufacturer Defendants in response to Mr. Grimm's letter of earlier today enclosing Honeywell's proposed Scheduling Order.

      Honeywell's unilateral submission of its proposal is unfortunate. Counsel for Honeywell circulated its proposal to the Manufacturer Defendants following the March 13 teleconference with the court; however, at no time did Honeywell's counsel propose a date by which it intended to submit its proposed order, much less suggest a date by which it wished to receive comments from defendants.

      Notwithstanding Honeywell's continued refusal to appreciate the difficulties associated with attempting to coordinate a single response from such a large group of defendants, I am pleased to report that there are very few differences between the Manufacturer Defendants' proposed Scheduling Order and the one submitted by Honeywell earlier today. Had Honeywell had the courtesy to communicate with Defendants prior to submitting its proposed order, perhaps even those few differences could have been resolved.

The Honorable Kent A. Jordan
March 24, 2006
Page 2

      Regardless, on behalf of the Manufacturer Defendants, we enclose for Your Honor's review and approval the Manufacturer Defendants' Scheduling Order proposal and a marked version showing the differences between the parties' competing proposals. As the Court will note, the only differences between the Manufacturer Defendants' proposed Order and plaintiffs' proposal can be found in paragraphs 9, 16 and 18. We believe that the Manufacturer Defendants' proposals for those paragraphs more closely reflect the guidance Your Honor provided during the March 13 teleconference. Most significantly, we believe that, with respect to the Trial (¶ 18), the Court specifically limited the trial to issues of validity and enforceability. The Manufacturer Defendants' proposal, which states just that, best reflects Your Honor's directive.

                                                Respectfully,

                                                Philip A. Rovner
                                                provner@potteranderson.com

PAR/mes/725124
Enc.
cc:    All Local Counsel of Record – By ECF