IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HONEYWELL INTERNATIONAL INC. and HONEYWELL INTELLECTUAL PROPERTIES, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | C.A. No. 04-1337-KAJ |
| AUDIOVOX COMMUNICATIONS CORP., AUDIOVOX ELECTRONICS CORPORATION, NIKON CORPORATION, NIKON INC., NOKIA CORPORATION, NOKIA INC., SANYO ELECTRIC CO., LTD., SANYO NORTH AMERICA CORPORATION, and SANYO EPSON IMAGING DEVICES CORPORATION, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

I certify that on the **4th** of **April, 2006**, copies of this **NOTICE OF SERVICE, DEFENDANT SANYO EPSON IMAGING DEVICES' FIRST SET OF INTERROGATORIES and DEFENDANT SANYO EPSON IMAGING DEVICES' FIRST SET OF DOCUMENT REQUESTS TO PLAINTIFFS** were caused to be served on the following via first class mail:

Steven J. Balick, Esquire
John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899

Martin R. Lueck, Esquire
Matthew L. Woods, Esquire
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015

10012913.WPD

Anthony A. Froio, Esquire
Marc N. Henschke, Esquire
Robins, Kaplan, Miller & Ciresi L.L.P.
800 Boylston Street, 25th Floor
Boston, MA 02199

Richard L. Horwitz, Esquire
David E. Moore, Esquire
Potter Anderson & Corroon, LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE 19899-0951

Matt Neiderman, Esquire
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801

Paul A. Bradley, Esquire
Thomas D. Walsh, Esquire
McCarter & English, LLP
919 N. Market Street, Suite 1800
P.O. Box 111
Wilmington, DE 19899

William J. Marsden, Jr., Esquire
Tara D. Elliott, Esquire
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114

SMITH, KATZENSTEIN & FURLOW LLP

*(signature)*

Robert J. Katzenstein (I.D. No. 378)
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19801
302-652-8400 - phone
302-652-8405 - fax
rjk@skfdelaware.com - e-mail
*Attorneys for Defendant Sanyo Epson Imaging Devices*

Dated: April 4, 2006