IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC., et al., )<br>)<br>Plaintiffs,          )<br>)<br>v.                             )<br>)<br>AUDIOVOX COMMUNICATIONS CORP., et al., )<br>)<br>Defendants.        ) | C.A. No. 04-1337-KAJ |

### NOTICE OF SERVICE

I certify that on the **18th** of **April 2006**, copies of this **NOTICE OF SERVICE** and **DEFENDANT SANYO EPSON IMAGING DEVICES' INITIAL DISCLOSURES** were caused to be served on the following by first class mail:

Steven J. Balick, Esquire
John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899

Martin R. Lueck, Esquire
Matthew L. Woods, Esquire
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015

Anthony A. Froio, Esquire
Marc N. Henschke, Esquire
Robins, Kaplan, Miller & Ciresi L.L.P.
800 Boylston Street, 25th Floor
Boston, MA 02199

Paul A. Bradley, Esquire
Thomas D. Walsh, Esquire
McCarter & English, LLP
919 N. Market Street, Suite 1800
P.O. Box 111
Wilmington, DE 19899

Richard L. Horwitz, Esquire
Potter Anderson & Corroon, LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE 19899-0951

William J. Marsden, Jr., Esquire
Tara D. Elliott, Esquire
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114

10013422.WPD

| | |
|---|---|
| Matt Neiderman, Esquire<br>Duane Morris LLP<br>1100 North Market Street<br>Suite 1200<br>Wilmington, DE 19801 | David E. Moore, Esquire<br>Potter Anderson & Corroon, LLP<br>1313 N. Market Street<br>Hercules Plaza, 6th Floor<br>P.O. Box 951<br>Wilmington, DE 19899-0951 |

SMITH, KATZENSTEIN & FURLOW LLP

*(signature)*

Robert J. Katzenstein (I.D. No. 378)
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19801
302-652-8400 - phone
302-652-8405 - fax
rjk@skfdelaware.com - e-mail
*Attorneys for Defendant Sanyo Epson Imaging Devices*

Dated: April 18, 2006