IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HONEYWELL INTERNATIONAL INC. and HONEYWELL INTELLECTUAL PROPERTIES INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 04-1337-KAJ |
| AUDIOVOX COMMUNICATIONS CORP.; AUDIOVOX ELECTRONICS CORPORATION; NIKON CORPORATION; NIKON INC.; NOKIA CORPORATION; NOKIA INC.; SANYO ELECTRIC CO., LTD.; SANYO NORTH AMERICA CORPORATION; and SANYO EPSON IMAGING DEVICES CORPORATION, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**STIPULATION TO EXTEND TIME**

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for plaintiffs Honeywell International Inc. and Honeywell Intellectual Properties Inc. ("Honeywell") and counsel for defendant Sanyo Epson Imaging Devices Corporation ("SEID"), that: (1) the time for SEID to respond to Honeywell's outstanding discovery requests is extended for one week to, and including, May 5, 2006, and (2) the time for Honeywell to respond to SEID's outstanding discovery requests is extended for one week to, and including, May 15, 2006.

| ASHBY & GEDDES | SMITH, KATZENSTEIN & FURLOW LLP |
|---|---|
| */s/ Steven J. Balick* | */s/ Robert J. Katzenstein* |
| _____ | _____ |
| Steven J. Balick (I.D. #2114) | Robert J. Katzenstein (I.D. #378) |
| John G. Day (I.D. #2403) | 800 Delaware Avenue, 7th Floor |
| Lauren E. Maguire (I.D. #4261) | P.O. Box 410 |
| 222 Delaware Avenue, 17th Floor | Wilmington, DE 19899 |
| P.O. Box 1150 | 302-652-8400 |
| Wilmington, DE 19899 | |
| 302-654-1888 | *Attorneys for Defendant Sanyo Epson Imaging Devices Corporation* |
| *Attorneys for Plaintiffs* | |

SO ORDERED this _____ day of _____, 2006.

_____
United States District Judge

168959.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of April, 2006, the attached **STIPULATION TO EXTEND TIME** was served upon the below-named counsel of record at the address and in the manner indicated:

Paul A. Bradley, Esquire  **VIA ELECTRONIC MAIL**
McCarter & English
919 North Market Street
P.O. Box 111
Wilmington, DE  19899

Richard L. Horwitz, Esquire  **VIA ELECTRONIC MAIL**
Potter Anderson & Corroon, LLP.
1313 North Market Street
Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE  19899-0951

Timothy J. Vezeau, Esquire  **VIA ELECTRONIC MAIL**
Katten Muchin Zavis Rosenman
525 West Monroe Street
Chicago, IL  60661

Barry W. Graham, Esquire  **VIA ELECTRONIC MAIL**
Finnegan, Henderson, Farabow,
   Garrett & Dunner, L.L.P.
901 New York Avenue, NW
Washington, D.C. 20001-4413

William J. Marsden, Jr., Esquire  **VIA ELECTRONIC MAIL**
Fish & Richardson, P.C.
919 North Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE  19899-1114

Andrew R. Kopsidas, Esquire  **VIA ELECTRONIC MAIL**
Fish & Richardson, P.C.
1425 K Street NW, Suite 1100
Washington, DC  20005

Matt Neiderman, Esquire                                        VIA ELECTRONIC MAIL
Duane Morris LLP
1100 North Market Street, 12th Floor
Wilmington, DE  19801

D. Joseph English, Esquire                                     VIA ELECTRONIC MAIL
Duane Morris LLP
1667 K Street, N.W., Suite 700
Washington, DC  20006



                                                               */s/ Steven J. Balick*
                                                               _____
                                                               Steven J. Balick