## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC. and HONEYWELL INTELLECTUAL PROPERTIES INC., <br><br> Plaintiffs, <br><br> v. <br><br> APPLE COMPUTER, INC.; *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> )  C.A. No. 04-1338-KAJ <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC. and HONEYWELL INTELLECTUAL PROPERTIES INC., <br><br> Plaintiffs, <br><br> v. <br><br> AUDIOVOX COMMUNICATIONS CORP.; *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> )  C.A. No. 04-1337-KAJ <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

| | |
|---|---|
| OPTREX AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> HONEYWELL INTERNATIONAL INC. and HONEYWELL INTELLECTUAL PROPERTIES INC. <br><br> Defendants. | ) <br> ) <br> ) <br> )  C.A. No. 04-1536-KAJ <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## [PROPOSED] FIRST REVISED SCHEDULING ORDER

The Scheduling Order dated March 28, 2006 (D.I. 376) is hereby amended as follows:

    12.    <u>Claim Construction.</u>

Issues of claim construction shall be submitted to the Court by way of the Joint Claim Construction Chart no later than February 28, 2007. Simultaneous opening briefs on issues of claim construction shall be served and filed by each side on March 30, 2007. Simultaneous reply briefs shall be served and filed by each side on April 27, 2007.

    13.    <u>Hearing on Claim Construction.</u>

Beginning at _____ a.m. on May \_\_\_, 2007, the Court will hear evidence and argument on claim construction.

Beginning at 9:30 a.m. on August 30, 2007, the Court will hear evidence and argument on summary judgment.

Except as revised hereby, the Scheduling Order dated March 28, 2006, shall remain in full force and effect.

    SO ORDERED this \_\_\_\_\_ day of May, 2006.

                                _____
                                  United States District Judge

726971