IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v.  ) | C.A. No. 04-1337-KAJ |
| ) | |
| AUDIOVOX COMMUNICATIONS CORP., et al., ) | |
| ) | |
| Defendants. ) | |

## SECOND STIPULATION TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for plaintiffs Honeywell International Inc. and Honeywell Intellectual Properties Inc. ("Honeywell") and counsel for defendant Sanyo Epson Imaging Devices Corporation ("SEID"), that, in light of Golden Week in Japan: (1) the time for SEID to respond to Honeywell's outstanding discovery request is extended for one week to, and including, May 12, 2006, and (2) the time for Honeywell to respond to SEID's outstanding discovery requests is extended for one week to, and including, May 22, 2006.

| | |
|---|---|
| ASHBY & GEDDES | SMITH, KATZENSTEIN & FURLOW LLP |
| | |
| /s/ Steven J. Balick | /s/ Robert J. Katzenstein |
| Steven J. Balick (I.D. #2114) | Robert J. Katzenstein (I.D. #378) |
| John G. Day (I.D. #2403) | 800 Delaware Avenue, 7th Floor |
| Lauren E. Maguire (I.D. #4261) | P.O. Box 410 |
| 222 Delaware Avenue, 17th Floor | Wilmington, DE 19899 |
| P.O. Box 1150 | 302-652-8405 |
| Wilmington, DE 19899 | |
| 302-654-1888 | Attorneys for Defendant Sanyo Epson Imaging Devices Corporation |
| | |
| Attorneys for Plaintiffs | |

10013839.WPD

SO ORDERED this _____ day of _____, 2006.

                                                _____
                                                United States District Judge