**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

      I, Robert J. Katzenstein, hereby certify that on May 4, 2006, I electronically filed the attached Second Stipulation to Extend Time with the Clerk of Court using CM/ECF which will send notification of such filing to the following and caused a true and correct copy of same to be served by first class mail on the following:

Steven J. Balick, Esquire
John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899

Martin R. Lueck, Esquire
Matthew L. Woods, Esquire
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015

Anthony A. Froio, Esquire
Marc N. Henschke, Esquire
Robins, Kaplan, Miller & Ciresi L.L.P.
800 Boylston Street, 25th Floor
Boston, MA 02199

Paul A. Bradley, Esquire
Thomas D. Walsh, Esquire
McCarter & English, LLP
919 N. Market Street, Suite 1800
P.O. Box 111
Wilmington, DE 19899

Richard L. Horwitz, Esquire
Potter Anderson & Corroon, LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE 19899-0951

William J. Marsden, Jr., Esquire
Tara D. Elliott, Esquire
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114

Matt Neiderman, Esquire
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801

David E. Moore, Esquire
Potter Anderson & Corroon, LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE 19899-0951

10013894.WPD

SMITH, KATZENSTEIN & FURLOW LLP

/s/ Robert J. Katzenstein
Robert J. Katzenstein (I.D. No. 378)
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19801
302-652-8400 - phone
302-652-8405 - fax
rjk@skfdelaware.com - e-mail
*Attorneys for Defendant Sanyo Epson Imaging Devices*

Dated: May 4, 2006