# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| ) | |
| v. ) | C.A. No. 04-1338-KAJ |
| ) | |
| APPLE COMPUTER INC., et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |
| ) | |
| HONEYWELL INTERNATIONAL INC., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C.A. No. 04-1337-KAJ |
| ) | |
| AUDIOVOX COMMUNICATIONS CORP., ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

I certify that on the **12th** day of **May 2006**, copies of:

**1.** This **NOTICE OF SERVICE;**

**2.** **DEFENDANT SEIKO EPSON CORPORATION'S RESPONSE TO PLAINTIFFS' FIRST SET OF INTERROGATORIES;**

**3.** **DEFENDANT SEIKO EPSON CORPORATION'S RESPONSE TO PLAINTIFFS' FIRST SET OF REQUESTS FOR ADMISSION;** and

**4.** **DEFENDANT SEIKO EPSON CORPORATION'S RESPONSE TO PLAINTIFFS' FIRST SET OF DOCUMENT REQUESTS**

were caused to be served on the following by first class mail:

10014128.WPD

| | |
|---|---|
| Philip A. Rovner, Esquire<br>Potter Anderson & Corroon, LLP<br>1313 N. Market Street<br>Hercules Plaza, 6th Floor<br>P.O. Box 951<br>Wilmington, DE 19899-0951 | William J. Wade, Esquire<br>Richards, Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899 |
| John W. Shaw, Esquire<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391 | Frederick L. Cottrell, III, Esquire<br>Chad Michael Shandler, Esquire<br>Richards, Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899 |
| Adam Wyatt Poff, Esquire<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391 | Thomas Lee Halkowski, Esquire<br>Fish & Richardson, P.C.<br>919 N. Market Street, Suite 1100<br>P.O. Box 1114<br>Wilmington, DE 19899-1114 |
| Thomas C. Grimm, Esquire<br>Leslie A. Polizoti, Esquire<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347 | Martin R. Lueck, Esquire<br>Robins, Kaplan, Miller & Ciresi LLP<br>2800 LaSalle Plaza<br>800 LaSalle Avenue<br>Minneapolis, MN  55402-2015 |
| Alan E. McKenna, Esquire<br>Jeremy C. McDiarmid, Esquire<br>Robins, Kaplan, Miller & Ciresi LLP<br>111 Huntington Avenue, Suite 1300<br>Boston, MA  02199-7610 | Arthur G. Connolly, III, Esquire<br>Connolly, Bove, Lodge & Hutz<br>The Nemours Building<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899 |
| Amy Elizabeth Evans, Esquire<br>Cross & Simon, LLC<br>913 North Market Street<br>11th Floor<br>Wilmington, DE 19801 | Karen L. Pascale, Esquire<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Bldg., 17th Fl.<br>1000 West Street<br>Wilmington, DE 19801 |

| | |
|---|---|
| Alexander E. Gasser, Esquire<br>Oblon, Spivak, McClelland, Maier & Neustadt<br>1940 Duke Street<br>Alexandria, VA 22314 | Francis DiGiovanni, Esquire<br>Connolly, Bove, Lodge & Hutz<br>The Nemours Building<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899 |
| William J. Marsden, Jr., Esquire<br>Fish & Richardson, P.C.<br>919 N. Market Street, Suite 1100<br>P.O. Box 1114<br>Wilmington, DE 19899-1114 | Steven J. Balick, Esquire<br>John G. Day, Esquire<br>Ashby & Geddes<br>222 Delaware Avenue, 17th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899 |
| Richard L. Horwitz, Esquire<br>Potter Anderson & Corroon, LLP<br>1313 N. Market Street<br>Hercules Plaza, 6th Floor<br>P.O. Box 951<br>Wilmington, DE 19899-0951 | Monte Terrell Squire, Esquire<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391 |
| Paul A. Bradley, Esquire<br>Thomas D. Walsh, Esquire<br>McCarter & English, LLP<br>919 N. Market Street, Suite 1800<br>P.O. Box 111<br>Wilmington, DE 19899 | David J. Margules, Esquire<br>John M. Seaman, Esquire<br>Bouchard, Margules & Friedlander, P.A.<br>222 Delaware Avenue<br>Suite 1400<br>Wilmington, DE 19801 |
| Matt Neiderman, Esquire<br>Duane Morris LLP<br>1100 North Market Street<br>Suite 1200<br>Wilmington, DE 19801 | David E. Moore, Esquire<br>Potter Anderson & Corroon, LLP<br>1313 N. Market Street<br>Hercules Plaza, 6th Floor<br>P.O. Box 951<br>Wilmington, DE 19899-0951 |

| | |
|---|---|
| Date:   May 12, 2006 | SMITH, KATZENSTEIN & FURLOW LLP |
| | /s/ Robert J. Katzenstein |
| | Robert J. Katzenstein (ID No. 378) |
| | 800 Delaware Avenue, 7th Floor |
| | P.O. Box 410 |
| | Wilmington,, DE 19899 |
| | (Courier 19801) |
| | 302-652-8400 – telephone |
| | 302-652-8405 – fax |
| | rjk@skfdelaware.com – e-mail |
| | |
| | Attorneys for Defendant |
| | SEIKO EPSON CORPORATION |

OF COUNSEL:
Stuart Lubitz
Robert J. Benson
HOGAN & HARTSON L.L.P.
1999 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone:  (310) 785-4600
Facsimile:  (310) 785-4601