## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v.                                                       ) | C.A. No. 04-1337-KAJ |
| ) | |
| AUDIOVOX COMMUNICATIONS CORP., ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF SERVICE

THE FOLLOWING DOCUMENTS WERE SERVED ON MAY 12, 2006, BUT DID NOT INCLUDE THE CONFIDENTIALITY DESIGNATION ON THE FIRST PAGE OF EACH DISCOVERY RESPONSE.
ALL COUNSEL ARE REQUESTED TO DESTROY THE DOCUMENTS SERVED MAY 12, 2006.

I certify that on the **16th** day of **May 2006**, copies of:

1. This NOTICE OF SERVICE;

2. DEFENDANT SANYO EPSON IMAGING DEVICES CORPORATION'S RESPONSE TO PLAINTIFFS' FIRST SET OF INTERROGATORIES;

3. DEFENDANT SANYO EPSON IMAGING DEVICES CORPORATION'S RESPONSE TO PLAINTIFFS' FIRST SET OF REQUESTS FOR ADMISSION; and

4. DEFENDANT SANYO EPSON IMAGING DEVICES CORPORATION'S RESPONSE TO PLAINTIFFS' FIRST SET OF DOCUMENT REQUESTS

were caused to be served on the following by first class mail:

| | |
|---|---|
| Philip A. Rovner, Esquire | William J. Wade, Esquire |
| Potter Anderson & Corroon, LLP | Richards, Layton & Finger |
| 1313 N. Market Street | One Rodney Square |
| Hercules Plaza, 6th Floor | P.O. Box 551 |
| P.O. Box 951 | Wilmington, DE 19899 |
| Wilmington, DE 19899-0951 | |

10014248.WPD

| | |
|---|---|
| John W. Shaw, Esquire<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391 | Frederick L. Cottrell, III, Esquire<br>Chad Michael Shandler, Esquire<br>Richards, Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899 |
| Adam Wyatt Poff, Esquire<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391 | Thomas Lee Halkowski, Esquire<br>Fish & Richardson, P.C.<br>919 N. Market Street, Suite 1100<br>P.O. Box 1114<br>Wilmington, DE 19899-1114 |
| Thomas C. Grimm, Esquire<br>Leslie A. Polizoti, Esquire<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347 | Martin R. Lueck, Esquire<br>Robins, Kaplan, Miller & Ciresi LLP<br>2800 LaSalle Plaza<br>800 LaSalle Avenue<br>Minneapolis, MN  55402-2015 |
| Alan E. McKenna, Esquire<br>Jeremy C. McDiarmid, Esquire<br>Robins, Kaplan, Miller & Ciresi LLP<br>111 Huntington Avenue, Suite 1300<br>Boston, MA  02199-7610 | Arthur G. Connolly, III, Esquire<br>Connolly, Bove, Lodge & Hutz<br>The Nemours Building<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899 |
| Amy Elizabeth Evans, Esquire<br>Cross & Simon, LLC<br>913 North Market Street<br>11th Floor<br>Wilmington, DE 19801 | Karen L. Pascale, Esquire<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Bldg., 17th Fl.<br>1000 West Street<br>Wilmington, DE 19801 |
| Alexander E. Gasser, Esquire<br>Oblon, Spivak, McClelland, Maier & Neustadt<br>1940 Duke Street<br>Alexandria, VA 22314 | Francis DiGiovanni, Esquire<br>Connolly, Bove, Lodge & Hutz<br>The Nemours Building<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899 |
| William J. Marsden, Jr., Esquire<br>Fish & Richardson, P.C.<br>919 N. Market Street, Suite 1100<br>P.O. Box 1114<br>Wilmington, DE 19899-1114 | Steven J. Balick, Esquire<br>John G. Day, Esquire<br>Ashby & Geddes<br>222 Delaware Avenue, 17th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899 |

| | |
|---|---|
| Richard L. Horwitz, Esquire<br>Potter Anderson & Corroon, LLP<br>1313 N. Market Street<br>Hercules Plaza, 6th Floor<br>P.O. Box 951<br>Wilmington, DE 19899-0951 | Monte Terrell Squire, Esquire<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391 |
| Paul A. Bradley, Esquire<br>Thomas D. Walsh, Esquire<br>McCarter & English, LLP<br>919 N. Market Street, Suite 1800<br>P.O. Box 111<br>Wilmington, DE 19899 | David J. Margules, Esquire<br>John M. Seaman, Esquire<br>Bouchard, Margules & Friedlander, P.A.<br>222 Delaware Avenue<br>Suite 1400<br>Wilmington, DE 19801 |
| Matt Neiderman, Esquire<br>Duane Morris LLP<br>1100 North Market Street<br>Suite 1200<br>Wilmington, DE 19801 | David E. Moore, Esquire<br>Potter Anderson & Corroon, LLP<br>1313 N. Market Street<br>Hercules Plaza, 6th Floor<br>P.O. Box 951<br>Wilmington, DE 19899-0951 |

Date:   May 16, 2006                SMITH, KATZENSTEIN & FURLOW LLP

/s/ Robert J. Katzenstein
Robert J. Katzenstein (ID No. 378)
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington,, DE 19899
(Courier 19801)
302-652-8400 – telephone
302-652-8405 – fax
rjk@skfdelaware.com – e-mail

Attorneys for Defendant
SANYO EPSON IMAGING DEVICES
CORPORATION

OF COUNSEL:
Stuart Lubitz
Robert J. Benson
HOGAN & HARTSON L.L.P.
1999 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone:  (310) 785-4600
Facsimile:  (310) 785-4601