IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HONEYWELL INTERNATIONAL INC. and HONEYWELL INTELLECTUAL PROPERTIES INC., | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | C.A. No. 04-1337-KAJ |
| AUDIOVOX COMMUNICATIONS CORP.; AUDIOVOX ELECTRONICS CORPORATION; NIKON CORPORATION; NIKON INC.; NOKIA CORPORATION; NOKIA INC.; SANYO ELECTRIC CO., LTD.; SANYO NORTH AMERICA CORPORATION; and SANYO EPSON IMAGING DEVICES CORPORATION, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## HONEYWELL'S MOTION FOR EXTENSION OF TIME

Plaintiffs, Honeywell International Inc. and Honeywell Intellectual Properties Inc. ("Honeywell"), hereby move for an extension of the deadline to join other parties and/or amend the pleadings set forth in paragraph 2 of the Scheduling Order in this case and in Civil Action Nos. 04-1338-KAJ and 05-874-KAJ (collectively, the "related cases"). The grounds for this motion are that Honeywell is in negotiation with several Non-Stayed Manufacturer Defendants in the related cases regarding the proper entity(ies) responsible for any alleged infringement and properly named as a defendant in the related cases, and the parties need additional time to reach agreement on this issue. Although no defendant has yet indicated it will oppose an extension, to date, only one defendant has affirmatively stated its assent. Therefore, Honeywell respectfully requests a three-week extension, to July 28, 2006, to complete its discussions with these Non-Stayed Manufacturer Defendants.

Pursuant to L.R. 7.1.2, Honeywell waives the filing of an opening brief in support of this motion.

ASHBY & GEDDES

/s/ John G. Day
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
302-654-1888

*Attorneys for Plaintiffs*

*Of Counsel:*

Martin R. Lueck
Matthew L. Woods
Stacie E. Oberts
Michael D. Okerlund
Denise S. Rahne
Peter N. Surdo
Marta M. Chou
ROBINS, KAPLAN, MILLER
  & CIRESI L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN  55402-2015
(612) 349-8500

Anthony A. Froio
Marc N. Henschke
Alan E. McKenna
Jeremy C. McDiarmid
ROBINS, KAPLAN, MILLER
  & CIRESI L.L.P.
111 Huntington Avenue, Suite 1300
Boston, MA  02199
(617) 267-2300

July 7, 2006
171090.1

SO ORDERED this _____ day of July, 2006.

_____
United States District Judge

## **RULE 7.1.1 CERTIFICATION**

I hereby certify that the subject of the foregoing motion has been raised with counsel for the Non-Stayed Manufacturer Defendants in the related cases. Although certain of those defendants have indicated they do not oppose the extension, others have not yet assented.

*/s/ John G. Day*
_____
John G. Day (#2403)

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of July, 2006, the attached **HONEYWELL'S MOTION FOR EXTENSOIN OF TIME** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Paul A. Bradley, Esquire<br>McCarter & English<br>919 North Market Street<br>Wilmington, DE 19801 | **HAND DELIVERY** |
| Richard L. Horwitz, Esquire<br>Potter Anderson & Corroon, LLP.<br>1313 North Market Street<br>Hercules Plaza, 6th Floor<br>Wilmington, DE 19801 | **HAND DELIVERY** |
| Timothy J. Vezeau, Esquire<br>Katten Muchin Zavis Rosenman<br>525 West Monroe Street<br>Chicago, IL 60661 | **VIA FEDERAL EXPRESS** |
| Barry W. Graham, Esquire<br>Finnegan, Henderson, Farabow,<br>  Garrett & Dunner, L.L.P.<br>901 New York Avenue, NW<br>Washington, D.C. 20001-4413 | **VIA FEDERAL EXPRESS** |
| William J. Marsden, Jr., Esquire<br>Fish & Richardson, P.C.<br>919 North Market Street, Suite 1100<br>Wilmington, DE 19801 | **HAND DELIVERY** |
| Andrew R. Kopsidas, Esquire<br>Fish & Richardson, P.C.<br>1425 K Street NW, Suite 1100<br>Washington, DC 20005 | **VIA FEDERAL EXPRESS** |
| Matt Neiderman, Esquire<br>Duane Morris LLP<br>1100 North Market Street, 12th Floor<br>Wilmington, DE 19801 | **HAND DELIVERY** |

| | |
|---|---|
| D. Joseph English, Esquire<br>Duane Morris LLP<br>1667 K Street, N.W., Suite 700<br>Washington, DC 20006 | <u>VIA FEDERAL EXPRESS</u> |
| Robert J. Katzenstein, Esquire<br>Smith, Katzenstein & Furlow LLP<br>800 Delaware Avenue, 7th Floor<br>P.O. Box 410<br>Wilmington, DE 19899 | <u>HAND DELIVERY</u> |
| Stuart Lubitz, Esquire<br>Hogan & Hartson LLP<br>500 S. Grand Avenue, Suite 1900<br>Los Angeles, CA 90071 | <u>VIA FEDERAL EXPRESS</u> |

/s/ John G. Day
_____
John G. Day