**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC., et al.,   ) | |
| ) | |
| Plaintiffs,   ) | |
| ) | |
| v.   ) | C.A. No. 04-1337-KAJ |
| ) | |
| AUDIOVOX COMMUNICATIONS CORP.,   ) | |
| et al.,   ) | |
| ) | |
| Defendants.   ) | |

**NOTICE OF SERVICE**

I certify that on the **13th** day of **July 2006**, copies of:

1.  This **NOTICE OF SERVICE**; and

2.  **DEFENDANT SANYO EPSON IMAGING DEVICES CORPORATION'S FIRST SUPPLEMENTAL RESPONSE TO PLAINTIFFS' FIRST SET OF INTERROGATORIES**

were caused to be served on the following by first class mail:

Philip A. Rovner, Esquire
Potter Anderson & Corroon, LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE 19899-0951

William J. Wade, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

John W. Shaw, Esquire
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

Frederick L. Cottrell, III, Esquire
Chad Michael Shandler, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

10015770.WPD

Adam Wyatt Poff, Esquire
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

Thomas C. Grimm, Esquire
Leslie A. Polizoti, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

Alan E. McKenna, Esquire
Jeremy C. McDiarmid, Esquire
Robins, Kaplan, Miller & Ciresi LLP
111 Huntington Avenue, Suite 1300
Boston, MA  02199-7610

Amy Elizabeth Evans, Esquire
Cross & Simon, LLC
913 North Market Street
11th Floor
Wilmington, DE 19801

Alexander E. Gasser, Esquire
Oblon, Spivak, McClelland, Maier & Neustadt
1940 Duke Street
Alexandria, VA 22314

William J. Marsden, Jr., Esquire
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114

Richard L. Horwitz, Esquire
Potter Anderson & Corroon, LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE 19899-0951

Thomas Lee Halkowski, Esquire
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114

Martin R. Lueck, Esquire
Robins, Kaplan, Miller & Ciresi LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN  55402-2015

Arthur G. Connolly, III, Esquire
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

Karen L. Pascale, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Bldg., 17th Fl.
1000 West Street
Wilmington, DE 19801

Francis DiGiovanni, Esquire
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

Steven J. Balick, Esquire
John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899

Monte Terrell Squire, Esquire
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

| | |
|---|---|
| Paul A. Bradley, Esquire<br>Maron & Marvel, P.A.<br>1300 North Broom Street<br>P.O. Box 288<br>Wilmington, DE 19899-0288 | David J. Margules, Esquire<br>John M. Seaman, Esquire<br>Bouchard, Margules & Friedlander, P.A.<br>222 Delaware Avenue<br>Suite 1400<br>Wilmington, DE 19801 |
| Matt Neiderman, Esquire<br>Duane Morris LLP<br>1100 North Market Street<br>Suite 1200<br>Wilmington, DE 19801 | David E. Moore, Esquire<br>Potter Anderson & Corroon, LLP<br>1313 N. Market Street<br>Hercules Plaza, 6th Floor<br>P.O. Box 951<br>Wilmington, DE 19899-0951 |

Date:   July 13, 2006                     SMITH, KATZENSTEIN & FURLOW LLP

/s/ Robert J. Katzenstein
Robert J. Katzenstein (ID No. 378)
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington,, DE 19899
(Courier 19801)
302-652-8400 – telephone
302-652-8405 – fax
rjk@skfdelaware.com – e-mail

Attorneys for Defendant
SANYO EPSON IMAGING DEVICES
CORPORATION

OF COUNSEL:
Stuart Lubitz
Robert J. Benson
HOGAN & HARTSON L.L.P.
1999 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone:  (310) 785-4600
Facsimile:  (310) 785-4601