

**Smith Katzenstein Furlow LLP**
*Attorneys at Law*

The Corporate Plaza
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, Delaware 19899
(Courier 19801)
Phone (302) 652-8400
Fax (302) 652-8405
www.skfdelaware.com

July 20, 2006

**BY E-FILE AND HAND DELIVERY**

The Honorable Kent A. Jordan
United States District Court
 for the District of Delaware
844 King St.
Wilmington, DE 19801

    Re:    *Honeywell International Inc., et al. v. Apple Computer, Inc., et al.*
            C.A. No. 04-1338-KAJ (consolidated)
            *Honeywell International Inc., et al. v. Audiovox Communications Corp., et al.*, C.A. No. 04-1337-KAJ
            *Optrex America, Inc. v. Honeywell International Inc., et al.*
            C.A. No. 04-1536-KAJ

Dear Judge Jordan:

We are local counsel for defendants Seiko Epson Corp. and Sanyo Epson Imaging Devices in the above matters. Enclosed is a letter from our co-counsel, Robert J. Benson, to Your Honor in further response to Honeywell's letter to the Court dated July 14, 2006.

Respectfully,

Joelle E. Polesky
(I.D. No. 3694)

JEP/eys
Enclosure

10015940.WPD