# EXHIBIT A

Case 1:04-cv-01337-JJF    Document 214-2    Filed 08/18/2006    Page 1 of 2

# CONFIDENTIAL EXHIBIT