# EXHIBIT B

# CONFIDENTIAL EXHIBIT