IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC., and HONEYWELL INTELLECTUAL PROPERTIES INC.,<br><br>              Plaintiffs,<br><br>   v.<br><br>APPLE COMPUTER, INC., et al.<br><br>              Defendants. | C.A. No. 04-1338-KAJ<br>CONSOLIDATED |
| HONEYWELL INTERNATIONAL INC., and HONEYWELL INTELLECTUAL PROPERTIES INC.,<br><br>              Plaintiffs,<br><br>   v.<br><br>AUDIOVOX CORPORATION, et al.<br><br>              Defendants. | C.A. No. 04-1337-KAJ |

## NOTICE OF WITHDRAWAL OF APPEARANCE

**PLEASE WITHDRAW** the appearance of Tara D. Elliott, formerly of the law firm Fish & Richardson P.C., as the attorney of record on behalf of Nokia Corporation and Nokia Inc.  William J. Marsden, Jr. of Fish & Richardson P.C. remains as counsel.

Dated:  September 27, 2006      FISH & RICHARDSON P.C.

By:  /s/ *William J. Marsden, Jr.*
     William J. Marsden, Jr. (#2247)
     919 N. Market Street, Suite 1100
     P.O. Box 1114
     Wilmington, DE  19899-1114
     Tel:  (302) 652-5070
     Fax:  (302) 652-0607

Attorneys for Defendants
NOKIA CORPORATION and NOKIA INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 27, 2006, I electronically filed with the Clerk of Court the attached **NOTICE OF WITHDRAWAL OF APPEARANCE** using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel.  In addition, the filing will also be sent via hand delivery:

Thomas C. Grimm
Morris Nichols Arsht & Tunnell
Chase Manhattan Centre
1201 North Market Street, Suite 2100
P.O. Box 1347
Wilmington, DE  19899-1347

Frederick L. Cottrell, III
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899-0551

Richard L. Horwitz
Potter Anderson & Corroon LLP
Hercules Plaza, 6th floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951

Philip A. Rovner
Potter Anderson & Corroon LLP
Hercules Plaza, 6th floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951

William J. Wade
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899-0551

John W. Shaw
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th floor
P.O. Box 391
Wilmington, DE 19899-0391

Adam Wyatt Poff
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th floor
P.O. Box 391
Wilmington, DE 19899-0391

Francis DiGiovanni
Connolly Bove Lodge & Hutz
The Nemours Building, 8th floor
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207

Arthur G. Connolly, III
Connolly Bove Lodge & Hutz
The Nemours Building, 8th floor
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207

Amy Evans
Cross & Simons, LLC
913 N. Market Street, Suite 1001
P.O. Box 1380
Wilmington, DE 19899-1380

Karen L. Pascale
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th floor
P.O. Box 391
Wilmington, DE 19899-0391

Robert J. Katzenstein
Smith, Katzenstein & Furlow
800 Delaware Avenue, 7th floor
P.O. Box 410
Wilmington, DE 19899

David J. Margules
John M. Seaman
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801

Thomas L. Halkowski
Fish & Richardson P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114

Steven J. Balick
John G. Day
Ashby & Geddes
222 Delaware Avenue, 17th floor
Wilmington, DE 19899

Paul A. Bradley
Thomas D. Walsh
McCarter & English, LLP
919 N. Market Street, Suite 1800
Wilmington, DE 19801

Matthew Neiderman
Duane Morris LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801

/s/ *William J. Marsden, Jr.*
William J. Marsden, Jr.

80037356.doc