IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC., and HONEYWELL INTELLECTUAL PROPERTIES INC., <br><br>           Plaintiffs,<br><br>    v.<br><br>AUDIOVOX COMMUNICATIONS CORP., AUDIOVOX ELECTRONICS CORPORATION, NIKON CORPORATION, NIKON INC., NOKIA CORPORATION, NOKIA INC., SANYO ELECTRIC CO., LTD., SANYO NORTH AMERICA CORPORATION, and SANYO EPSON IMAGING DEVICES CORPORATION,<br><br>           Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  C.A. No. 04-1337-KAJ |

**NOTICE OF CHANGE OF FIRM ADDRESS**

PLEASE TAKE NOTICE that the law firm of Ashby & Geddes is moving to new offices.

Effective December 18, 2006, the firm's address will be as follows:

        Ashby & Geddes
        500 Delaware Avenue, 8th Floor
        P.O. Box 1150
        Wilmington, DE 19899 (19801 for hand deliveries)

The firm's telephone number, facsimile number, and e-mail address will remain unchanged.

        ASHBY & GEDDES

        /s/ *Steven J. Balick*
        _____
        Steven J. Balick (I.D. #2114)
        John G. Day (I.D. #2403)
        Lauren E. Maguire (I.D. #4261)
        222 Delaware Avenue, 17th Floor
        P.O. Box 1150
        Wilmington, DE 19899
        302-654-1888

        *Attorneys for Plaintiffs*

*Of Counsel:*

Martin R. Lueck
Matthew L. Woods
Stacie E. Oberts
Denise S. Rahne
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
612-349-8500

Anthony A. Froio
Marc N. Henschke
Alan E. McKenna
Jeremy C. McDiarmid
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
800 Boylston Street, 25th Floor
Boston, MA  02199-7610
617-267-2300

Dated:  December 14, 2006
175958.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of December, 2006, the attached **NOTICE OF CHANGE OF FIRM ADDRESS** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Paul A. Bradley, Esquire<br>McCarter & English<br>919 North Market Street<br>P.O. Box 111<br>Wilmington, DE  19899 | VIA ELECTRONIC MAIL |
| Richard L. Horwitz, Esquire<br>Potter Anderson & Corroon, LLP.<br>1313 North Market Street<br>Hercules Plaza, 6th Floor<br>P.O. Box 951<br>Wilmington, DE  19899-0951 | VIA ELECTRONIC MAIL |
| Timothy J. Vezeau, Esquire<br>Katten Muchin Zavis Rosenman<br>525 West Monroe Street<br>Chicago, IL  60661 | VIA ELECTRONIC MAIL |
| Barry W. Graham, Esquire<br>Finnegan, Henderson, Farabow,<br>    Garrett & Dunner, L.L.P.<br>901 New York Avenue, NW<br>Washington, D.C. 20001-4413 | VIA ELECTRONIC MAIL |
| William J. Marsden, Jr., Esquire<br>Fish & Richardson, P.C.<br>919 North Market Street, Suite 1100<br>P.O. Box 1114<br>Wilmington, DE  19899-1114 | VIA ELECTRONIC MAIL |
| Andrew R. Kopsidas, Esquire<br>Fish & Richardson, P.C.<br>1425 K Street NW, Suite 1100<br>Washington, DC  20005 | VIA ELECTRONIC MAIL |
| Matt Neiderman, Esquire<br>Duane Morris LLP<br>1100 North Market Street, 12th Floor<br>Wilmington, DE  19801 | VIA ELECTRONIC MAIL |

| | |
|---|---|
| D. Joseph English, Esquire<br>Duane Morris LLP<br>1667 K Street, N.W., Suite 700<br>Washington, DC  20006 | <u>VIA ELECTRONIC MAIL</u> |
| Robert J. Katzenstein, Esquire<br>Smith, Katzenstein & Furlow LLP<br>800 Delaware Avenue, 7th Floor<br>P.O. Box 410<br>Wilmington, DE  19899 | <u>VIA ELECTRONIC MAIL</u> |
| Stuart Lubitz, Esquire<br>Hogan & Hartson LLP<br>500 S. Grand Avenue, Suite 1900<br>Los Angeles, CA  90071 | <u>VIA ELECTRONIC MAIL</u> |

/s/ *Steven J. Balick*
_____
Steven J. Balick