IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C.A. No. 04-1337-*** |
| ) | |
| AUDIOVOX COMMUNICATIONS CORP., ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF SERVICE**

I certify that on the 18th day of December 2006, copies of:

1.    This NOTICE OF SERVICE; and

2.    DEFENDANT SANYO EPSON IMAGING DEVICES CORPORATION'S RESPONSE TO PLAINTIFFS' SECOND SET OF INTERROGATORIES (NOS. 19 AND 20)

were caused to be served on the following by first class mail:

Philip A. Rovner, Esquire
Potter Anderson & Corroon, LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE 19899-0951

William J. Wade, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

John W. Shaw, Esquire
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

Frederick L. Cottrell, III, Esquire
Chad Michael Shandler, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Adam Wyatt Poff, Esquire
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

Thomas C. Grimm, Esquire
Leslie A. Polizoti, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

Alan E. McKenna, Esquire
Jeremy C. McDiarmid, Esquire
Robins, Kaplan, Miller & Ciresi LLP
111 Huntington Avenue, Suite 1300
Boston, MA 02199-7610

Amy Elizabeth Evans, Esquire
Cross & Simon, LLC
913 North Market Street
11th Floor
Wilmington, DE 19801

Alexander E. Gasser, Esquire
Oblon, Spivak, McClelland, Maier & Neustadt
1940 Duke Street
Alexandria, VA 22314

William J. Marsden, Jr., Esquire
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114

Richard L. Horwitz, Esquire
Potter Anderson & Corroon, LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE 19899-0951

Thomas Lee Halkowski, Esquire
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114

Martin R. Lueck, Esquire
Robins, Kaplan, Miller & Ciresi LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015

Arthur G. Connolly, III, Esquire
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

Karen L. Pascale, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Bldg., 17th Fl.
1000 West Street
Wilmington, DE 19801

Francis DiGiovanni, Esquire
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

Steven J. Balick, Esquire
John G. Day, Esquire
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899

Monte Terrell Squire, Esquire
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

| | |
|---|---|
| Paul A. Bradley, Esquire<br>Maron & Marvel, P.A.<br>1300 North Broom Street<br>P.O. Box 288<br>Wilmington, DE 19899-0288 | David J. Margules, Esquire<br>John M. Seaman, Esquire<br>Bouchard, Margules & Friedlander, P.A.<br>222 Delaware Avenue<br>Suite 1400<br>Wilmington, DE 19801 |
| Matt Neiderman, Esquire<br>Duane Morris LLP<br>1100 North Market Street<br>Suite 1200<br>Wilmington, DE 19801 | David E. Moore, Esquire<br>Potter Anderson & Corroon, LLP<br>1313 N. Market Street<br>Hercules Plaza, 6th Floor<br>P.O. Box 951<br>Wilmington, DE 19899-0951 |
| Gary William Lipkin, Esquire<br>Duane Morris LLP<br>1100 North Market Street<br>Suite 1200<br>Wilmington, DE 19801 | |

Date:   December 18, 2006

SMITH, KATZENSTEIN & FURLOW LLP

_____
Robert J. Katzenstein (ID No. 378)
Robert K. Beste, III (ID No. 3931)
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington,, DE 19899
(Courier 19801)
302-652-8400 – telephone
302-652-8405 – fax
rjk@skfdelaware.com – e-mail

Attorneys for Defendant
SANYO EPSON IMAGING DEVICES
CORPORATION

OF COUNSEL:
Stuart Lubitz
Robert J. Benson
HOGAN & HARTSON L.L.P.
500 South Grand Avenue
Suite 1900
Los Angeles, California 90071
Telephone:  (213) 337-6700
Facsimile:  (213) 337-6701