IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HONEYWELL INTERNATIONAL INC., and HONEYWELL INTELLECTUAL PROPERTIES INC., Plaintiffs, | ) | |
| v. | ) | C.A. No. 04-1337-*** |
| AUDIOVOX COMMUNICATIONS CORP., AUDIOVOX ELECTRONICS CORPORATION, NIKON CORPORATION, NIKON INC., NOKIA CORPORATION, NOKIA INC., SANYO ELECTRIC CO., LTD., SANYO NORTH AMERICA CORPORATION, and SANYO EPSON IMAGING DEVICES CORPORATION, Defendants. | ) | |

**NOTICE OF SERVICE**

The undersigned hereby certifies that on the 20th day of February, 2007, **PLAINTIFFS' SECOND SUPPLEMENTAL OBJECTIONS AND RESPONSES TO DEFENDANT SANYO EPSON IMAGING DEVICES' FIRST SET OF INTERROGATORIES (NO. 1)** was served upon the following counsel of record at the address and in the manner indicated:

William F. Taylor, Jr., Esquire
McCarter & English
919 North Market Street
P.O. Box 111
Wilmington, DE 19899

HAND DELIVERY

Richard L. Horwitz, Esquire
Potter Anderson & Corroon, LLP.
1313 North Market Street
Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE 19899-0951

HAND DELIVERY

Timothy J. Vezeau, Esquire
Katten Muchin Zavis Rosenman
525 West Monroe Street
Chicago, IL 60661

VIA FEDERAL EXPRESS

Barry W. Graham, Esquire
Finnegan, Henderson, Farabow,
Garrett & Dunner, L.L.P.
901 New York Avenue, NW
Washington, D.C. 20001-4413

VIA FEDERAL EXPRESS

William J. Marsden, Jr., Esquire
Fish & Richardson, P.C.
919 North Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114

HAND DELIVERY

Andrew R. Kopsidas, Esquire
Fish & Richardson, P.C.
1425 K Street NW, Suite 1100
Washington, DC 20005

VIA FEDERAL EXPRESS

Matt Neiderman, Esquire
Duane Morris LLP
1100 North Market Street, 12th Floor
Wilmington, DE 19801

HAND DELIVERY

D. Joseph English, Esquire
Duane Morris LLP
1667 K Street, N.W., Suite 700
Washington, DC 20006

VIA FEDERAL EXPRESS

Robert J. Katzenstein, Esquire
Smith, Katzenstein & Furlow LLP
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899

HAND DELIVERY

Stuart Lubitz, Esquire
Hogan & Hartson LLP
500 S. Grand Avenue, Suite 1900
Los Angeles, CA 90071

VIA FEDERAL EXPRESS

ASHBY & GEDDES

/s/ *Lauren E. Maguire*

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
302-654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Plaintiffs Honeywell International Inc. and Honeywell Intellectual Properties Inc.*

*Of Counsel:*

Martin R. Lueck
Matthew L. Woods
Stacie E. Oberts
Denise S. Rahne
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
612-349-8500

Anthony A. Froio
Marc N. Henschke
Alan E. McKenna
Jeremy C. McDiarmid
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
800 Boylston Street, 25th Floor
Boston, MA 02199-7610
617-267-2300

Dated: February 20, 2007
150853.1