# YOUNG CONAWAY STARGATT & TAYLOR, LLP

KAREN L. PASCALE
DIRECT DIAL: (302) 571-5001
DIRECT FAX: (302) 576-3516
kpascale@ycst.com

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(302) 571-1253 FAX
(800) 253-2234 (DE ONLY)
www.youngconaway.com

March 16, 2007

**BY E-FILING**

The Honorable Mary Pat Thynge
United States District Court
844 King Street
Wilmington, DE 19801

Re: *Honeywell International Inc., et al v. Apple Computer Inc., et al.*
C.A. Nos. 04-1337, -1338, and -1536-***

Dear Judge Thynge:

Pursuant to Local Rule 7.1.4, Optrex America, Inc. respectfully requests the opportunity to present oral argument on Plaintiffs' Motion for a Protective Order Precluding the Disclosure of Confidential Information to Optrex America, Inc.'s Proposed Expert/Consultant (D.I. 713).

Optrex respectfully suggests that if Your Honor agrees to hear the parties on this motion, it might be most convenient to do so during the telephone conference which has already been scheduled for Thursday, March 22, at 3:00 p.m. EDT, regarding Honeywell's motion to compel worldwide sales information from Optrex.

We thank the Court for its consideration of this request.

Respectfully submitted,

*/s/ Karen L. Pascale*

Karen L. Pascale (No. 2903)

cc: Dr. Peter T. Dalleo, Clerk (by hand)
All Counsel of Record (by e-filing and e-mail)
Thomas C. Grimm, Esquire (by hand)
Matthew L. Woods, Esquire (by e-mail)
Andrew M. Ollis, Esquire (by e-mail)

DB02:5840935.1

065004.1001