IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HONEYWELL INTERNATIONAL, INC. and HONEYWELL INTELLECTUAL PROPERTIES, INC., : : : : | | |
| Plaintiffs, : | | |
| : | | |
| v. : | Civil Action No. 04-1338-*** | |
| : | | |
| APPLE COMPUTER, INC., et al., : | | |
| : | | |
| Defendants. : | | |
| _____ : | | |
| HONEYWELL INTERNATIONAL, INC. and HONEYWELL INTELLECTUAL PROPERTIES, INC., : : : : | | |
| Plaintiffs, : | | |
| : | | |
| v. : | Civil Action No. 04-1337-*** | |
| : | | |
| AUDIOVOX COMMUNICATIONS CORP., et al., : : | | |
| : | | |
| Defendants. : | | |
| _____ : | | |
| OPTREX AMERICA, INC., : | | |
| : | | |
| Plaintiff, : | | |
| : | | |
| v. : | Civil Action No. 04-1536-*** | |
| : | | |
| HONEYWELL INTERNATIONAL, INC. and HONEYWELL INTELLECTUAL PROPERTIES, INC., : : : : | | |
| Defendants. : | | |

**ORDER**

At Wilmington this **10th** day of **April, 2007**.

IT IS ORDERED that the teleconference regarding the Protective Order dispute between Honeywell and Optrex scheduled for Tuesday, April 17, 2007 at 4:00 p.m. Eastern Time is canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE