**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC. and HONEYWELL INTELLECTUAL PROPERTIES INC., </br></br>　　Plaintiffs, </br></br>　　v. </br></br>APPLE COMPUTER, INC., et al., </br></br>　　Defendants. | )</br>)</br>)</br>)</br>)</br>) C.A. No. 04-1338-***</br>)</br>)</br>)</br>)</br>)</br>) |
| HONEYWELL INTERNATIONAL INC. and HONEYWELL INTELLECTUAL PROPERTIES INC., </br></br>　　Plaintiffs, </br></br>　　v. </br></br>AUDIOVOX COMMUNICATIONS CORP., et al., </br></br>　　Defendants. | )</br>)</br>)</br>)</br>)</br>) C.A. No. 04-1337-***</br>)</br>)</br>)</br>)</br>)</br>) |
| OPTREX AMERICA, INC., </br></br>　　Plaintiff, </br></br>　　v. </br></br>HONEYWELL INTERNATIONAL INC. and HONEYWELL INTELLECTUAL PROPERTIES INC., </br></br>　　Defendants. | )</br>)</br>)</br>) C.A. No. 04-1536-***</br>)</br>)</br>)</br>)</br>)</br>) |

**<u>NOTICE OF SERVICE</u>**

PLEASE TAKE NOTICE that on June 8, 2007, copies of:

*Optrex America, Inc.'s Third Supplemental Response to Honeywell's First Set of Interrogatories (No. 12)*,

were served upon the following counsel of record as indicated below:

### *By Hand Delivery and E-Mail*

Thomas C. Grimm [tgrimm@mnat.com]
Leslie A. Polizoti [lpolizoti@ mnat.com]
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, DE 19899-1347
*Attorneys for Honeywell International Inc. and Honeywell Intellectual Properties Inc.*

Steven J. Balick [sbalick@ashby-geddes.com]
John G. Day [jday@ashby-geddes.com]
ASHBY & GEDDES
500 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899
*Attorneys for Honeywell International Inc. and Honeywell Intellectual Properties Inc.*

### *By E-Mail*

Martin R. Lueck [MRLueck@rkmc.com]
Matthew L. Woods [MLWoods@rkmc.com]
Jacob S. Zimmerman [JSZimmerman@rkmc.com]
Marta M. Chou [MMChou@rkmc.com]
Stacie E. Oberts, Esquire [SEOoberts@rkmc.com]
ROBINS, KAPLAN, MILLER & CIRESI LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
*Attorneys for Honeywell International Inc. and Honeywell Intellectual Properties Inc.*

Alan E. McKenna [AEMckenna@rkmc.com]
Anthony A. Froio [AAFroio@rkmc.com]
Jeremy C. McDiarmid [JCMcDiarmid@rkmc.com]
ROBINS, KAPLAN, MILLER & CIRESI LLP
111 Huntington Avenue, Suite 1300
Boston, MA 02199-7610
*Attorneys for Honeywell International Inc. and Honeywell Intellectual Properties Inc.*

>Philip A. Rovner [provner@potteranderson.com]
>POTTER, ANDERSON & CORROON
>6th Floor, Hercules Plaza
>1313 N. Market Street
>Wilmington, DE 19801
>*Attorneys for Fuji Photo Film Co. Ltd. and Fuji Photo Film U.S.A. Inc.*
>
>Richard L. Horwitz [rhorwitz@potteranderson.com]
>David E. Moore [dmoore@potteranderson.com]
>POTTER ANDERSON & CORROON
>6th Floor, Hercules Plaza
>1313 N. Market Street
>P.O. Box. 951
>Wilmington, DE 19801
>*Attorneys for Hitachi Displays, Ltd., Samsung SDI America, Inc., Samsung SDI Co., Ltd., Wintek Corp., and Wintek Electro-Optics Corporation*
>
>Gary W. Lipkin [GWLipkin@duanemorris.com]
>DUANE MORRIS LLP
>1100 North Market Street, Suite 1200
>Wilmington, DE 19801-1246
>*Attorneys for InnoLux Display Corporation*
>
>David J. Margules [dmargules@bmf-law.com]
>John M. Seaman [jseaman@bmf-law.com]
>BOUCHARD MARGULES & FRIEDLANDER, P.A.
>222 Delaware Avenue, Suite 1400
>Wilmington, DE 19801
>*Attorneys for Citizen Watch Co., Ltd., and Citizen Displays Co., Ltd.*

PLEASE TAKE FURTHER NOTICE that on June 8, 2007, copies of this Notice of Service were served on counsel of record as indicated above.

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>*/s/ Karen E. Keller*
>Karen E. Keller (#4489) [kkeller@ycst.com]
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, DE 19801
>(302) 571-6600
>*Attorneys for Optrex America, Inc.*

June 8, 2007

3

*Of Counsel:*

    Richard D. Kelly
    Andrew M. Ollis
    Alexander E. Gasser
    John F. Presper
    OBLON, SPIVAK, MCCLELLAND,
    MAIER & NEUSTADT, P.C.
    1940 Duke Street
    Alexandria, VA 22314
    (703) 413-3000