**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC. )<br>and HONEYWELL INTELLECTUAL )<br>PROPERTIES INC., )<br>   )<br>   Plaintiffs, )<br>   )  C.A. No. 04-1338-***<br>   v. )<br>   )<br>APPLE COMPUTER, INC., et al., )<br>   )<br>   Defendants. )<br>_____ | |
| HONEYWELL INTERNATIONAL INC. )<br>and HONEYWELL INTELLECTUAL )<br>PROPERTIES INC., )<br>   )<br>   Plaintiffs, )<br>   )  C.A. No. 04-1337-***<br>   v. )<br>   )<br>AUDIOVOX COMMUNICATIONS )<br>CORP., et al., )<br>   )<br>   Defendants. )<br>_____ | |
| OPTREX AMERICA, INC., )<br>   )<br>   Plaintiff, )<br>   )  C.A. No. 04-1536-***<br>   v. )<br>   )<br>HONEYWELL INTERNATIONAL INC. )<br>and HONEYWELL INTELLECTUAL )<br>PROPERTIES INC., )<br>   )<br>   Defendants. )  | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that copies of:

*Optrex America, Inc.'s Revised Third Supplemental Response
to Honeywell's First Set of Interrogatories (No. 12)*,

were served upon the following counsel of record on the date and in the manner indicated:

### *By Hand on June 12, 2007*

Alan E. McKenna [AEMckenna@rkmc.com]
ROBINS, KAPLAN, MILLER & CIRESI LLP
111 Huntington Avenue, Suite 1300
Boston, MA 02199-7610

*Attorneys for Honeywell International Inc. and Honeywell Intellectual Properties Inc.*

### *By Hand Delivery and E-Mail on June 18, 2007*

Thomas C. Grimm [tgrimm@mnat.com]
Leslie A. Polizoti [lpolizoti@ mnat.com]
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, DE 19899-1347

*Attorneys for Honeywell International Inc. and Honeywell Intellectual Properties Inc.*

Steven J. Balick [sbalick@ashby-geddes.com]
John G. Day [jday@ashby-geddes.com]
ASHBY & GEDDES
500 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

*Attorneys for Honeywell International Inc. and Honeywell Intellectual Properties Inc.*

### *By E-Mail on June 18, 2007*

Martin R. Lueck [MRLueck@rkmc.com]
Matthew L. Woods [MLWoods@rkmc.com]
Jacob S. Zimmerman [JSZimmerman@rkmc.com]
Marta M. Chou [MMChou@rkmc.com]
Stacie E. Oberts, Esquire [SEOoberts@rkmc.com]
ROBINS, KAPLAN, MILLER & CIRESI LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015

*Attorneys for Honeywell International Inc. and Honeywell Intellectual Properties Inc.*

Alan E. McKenna [AEMckenna@rkmc.com]
Anthony A. Froio [AAFroio@rkmc.com]
Jeremy C. McDiarmid [JCMcDiarmid@rkmc.com]
ROBINS, KAPLAN, MILLER & CIRESI LLP
111 Huntington Avenue, Suite 1300
Boston, MA 02199-7610

*Attorneys for Honeywell International Inc. and Honeywell Intellectual Properties Inc.*

Philip A. Rovner [provner@potteranderson.com]
POTTER, ANDERSON & CORROON
6th Floor, Hercules Plaza
1313 N. Market Street
Wilmington, DE 19801

*Attorneys for Fuji Photo Film Co. Ltd. And Fuji Photo Film U.S.A. Inc.*

Richard L. Horwitz [rhorwitz@potteranderson.com]
David E. Moore [dmoore@potteranderson.com]
POTTER ANDERSON & CORROON
6th Floor, Hercules Plaza
1313 N. Market Street
P.O. Box. 951
Wilmington, DE 19801

*Attorneys for Hitachi Displays, Ltd., Samsung SDI America, Inc., Samsung SDI Co., Ltd., Wintek Corp., and Wintek Electro-Optics Corporation*

Gary W. Lipkin [GWLipkin@duanemorris.com]
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

*Attorneys for InnoLux Display Corporation*

David J. Margules [dmargules@bmf-law.com]
John M. Seaman [jseaman@bmf-law.com]
BOUCHARD MARGULES & FRIEDLANDER, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801

*Attorneys for Citizen Watch Co., Ltd., and Citizen Displays Co., Ltd.*

PLEASE TAKE FURTHER NOTICE that on June 18, 2007, copies of this Notice of Service were served on counsel of record as indicated above.

|  |  |
|---|---|
|  | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|  | /s/ *Karen L. Pascale* |
| June 18, 2007 | Karen L. Pascale (#2903) [kpascale@ycst.com] |
|  | The Brandywine Building |
|  | 1000 West Street, 17th Floor |
|  | Wilmington, DE 19801 |
|  | (302) 571-6600 |
|  | *Attorneys for Optrex America, Inc.* |

*Of Counsel:*

   Richard D. Kelly
   Andrew M. Ollis
   Alexander E. Gasser
   John F. Presper
   OBLON, SPIVAK, MCCLELLAND,
   MAIER & NEUSTADT, P.C.
   1940 Duke Street
   Alexandria, VA 22314
   (703) 413-3000