IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL, INC.<br>and HONEYWELL INTELLECTUAL<br>PROPERTIES, INC., | :<br>:<br>: |
| Plaintiffs, | : |
| v. | : Civil Action No. 04-1337-KAJ |
| AUDIOVOX CORP., et al., | : |
| Defendants. | : |

### ORDER

At Wilmington this **23rd** day of **October, 2007**,

IT IS ORDERED that Plaintiffs' Motion for Leave to File a Fourth Amended Complaint (D.I. 206) is granted.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE