IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|   |   |
|---|---|
| HONEYWELL INTERNATIONAL INC.; and HONEYWELL INTELLECTUAL PROPERTIES INC.;<br><br>   Plaintiffs,<br><br>v.<br><br>APPLE COMPUTER, INC., et al.<br><br>   Defendants. | Civil Action No. 04-1338-***<br>Civil Action No. 04-1337-***<br>Civil Action No. 04-1536-***<br>[CONSOLIDATED] |

**STIPULATION AND ORDER TO FURTHER AMEND SCHEDULING ORDER NO. 2**

IT IS HEREBY STIPULATED BY THE PARTIES, subject to the approval of the Court, that Scheduling Order No. 2 entered June 11, 2007 (D.I. 838 in C.A. No. 04-1338-***; D.I. 277 in C.A. No. 04-1337-***, and D.I. 128 in C.A. No. 04-1536-***), as amended on September 4, 2007 (D.I. 863 in C.A. No. 04-1338-***; D.I. 285 in C.A. No. 04-1337-***, and D.I. 137 in C.A. No. 04-1536-***), be further amended as follows:

| Event | Original Date (per D.I. 838, etc.) | Revised Date (per D.I. 863, etc.) | New Date |
|---|---|---|---|
| Discovery cut-off [¶ (1)(c)] | November 30, 2007 | December 3, 2007 | December 20, 2007 |
| Case dispositive motions and opening briefs [¶ (5)] | January 18, 2008 | (unchanged) | February 4, 2008 |
| Case dispositive answering briefs [¶ (5)] | February 15, 2008 | (unchanged) | March 5, 2008 |
| Case dispositive reply briefs [¶ (5)] | February 29, 2008 | (unchanged) | March 19, 2008 |
| Joint Claim Construction Chart [¶ (6)] | November 30, 2007 | (unchanged) | December 17, 2007 |

| Event | Original Date (per D.I. 838, etc.) | Revised Date (per D.I. 863, etc.) | New Date |
|---|---|---|---|
| Opening Claim Construction Briefs [¶ (6)] | January 18, 2008 | (unchanged) | February 4, 2008 |
| Responsive Claim Construction Briefs [¶ (6)] | February 15, 2008 | (unchanged) | March 3, 2008 |

All other provisions of Scheduling Order No. 2 shall remain unchanged.

Dated this 26th day of October 2007.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/Thomas C. Grimm*

Thomas C. Grimm (#1098)
Leslie A. Polizoti (#4299)
1201 North Market Street
Wilmington, DE 19899-1347
tgrimm@mnat.com
*Attorneys for Honeywell International Inc. and Honeywell Intellectual Properties Inc.*

ASHBY & GEDDES

*/s/ Lauren E. Maguire*

Steven J. Balick (#2114)
John G. Day (#2403)
Lauren E. Maguire (#4261)
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801
P.O. Box 1150
(302) 654-1888
lmaguire@ashby-geddes.com
*Attorneys for Honeywell International Inc. and Honeywell Intellectual Properties Inc.*

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Karen L. Pascale*

Karen L. Pascale (#2903)
Karen E. Keller (#4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
kpascale@ycst.com
*Attorneys for Optrex America, Inc.*

POTTER, ANDERSON & CORROON

*/s/ Philip A. Rovner*

Philip A. Rovner (#3215)
6th Floor, Hercules Plaza
1313 N. Market Street
Wilmington, DE 19801
provner@potteranderson.com
*Attorneys for FUJIFILM Corporation and FUJIFILM U.S.A. Inc.*

| POTTER, ANDERSON & CORROON | BOUCHARD MARGULES & FRIEDLANDER, P.A. |
|---|---|
| */s/ Richard L. Horwitz* | */s/ David J. Margules* |
| Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>6th Floor, Hercules Plaza<br>1313 N. Market Street<br>Wilmington, DE 19801<br>rhorwitz@potteranderson.com<br>*Attorneys for Samsung SDI Co., Ltd. and Samsung SDI America, Inc.* | David J. Margules (#2254)<br>222 Delaware Avenue, Suite 1400<br>Wilmington, DE 19801<br>dmargules@bmf-law.com<br>*Attorneys for Citizen Watch Co. Ltd. and Citizen Displays Co. Ltd.* |

SO ORDERED this _____ day of _____, 2007

_____
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I, Karen L. Pascale, hereby certify that on October 26, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

| | |
|---|---|
| John R. Alison | john.alison@finnegan.com |
| Parker H. Bagley | pbagley@milbank.com |
| Steven J. Balick | sbalick@ashby-geddes.com, dfioravanti@ashby-geddes.com, jday@ashby-geddes.com, lmaguire@ashby-geddes.com, mkipp@ashby-geddes.com, nlopez@ashby-geddes.com, rgamory@ashby-geddes.com, tlydon@ashby-geddes.com |
| Robert J. Benson | rjbenson@hhlaw.com |
| Robert Karl Beste, III | rkb@skfdelaware.com, vkm@skfdelaware.com |
| Elizabeth L. Brann | elizabethbrann@paulhastings.com |
| Christopher E. Chalsen | cchalsen@milbank.com |
| Hua Chen | huachen@paulhastings.com |
| Arthur G. Connolly, III | aconnollyIII@cblh.com, dkt@cblh.com, telwell@cblh.com |
| Frederick L. Cottrell, III | cottrell@rlf.com, garvey@rlf.com |
| John G. Day | jday@ashby-geddes.com, dfioravanti@ashby-geddes.com, dharker@ashby-geddes.com, lmaguire@ashby-geddes.com, mkipp@ashby-geddes.com, nlopez@ashby-geddes.com, rgamory@ashby-geddes.com, sbalick@ashby-geddes.com, tlydon@ashby-geddes.com |
| Francis DiGiovanni | fdigiovanni@cblh.com, dkt@cblh.com, ljarrell@cblh.com, nwashington@cblh.com |
| Kevin C. Ecker | kecker@stroock.com |
| Amy Elizabeth Evans | aevans@crosslaw.com |
| York M. Faulkner | york.faulkner@finnegan.com |
| Christopher J. Gaspar | cgaspar@milbank.com |
| Alexander E. Gasser | agasser@oblon.com |
| Anne Shea Gaza | gaza@rlf.com, garvey@rlf.com |
| Barry M. Graham | barry.graham@finnegan.com |
| Maria Granovsky | mgranovsky@mnat.com |
| Thomas C. Grimm | tcgefiling@mnat.com |
| Thomas Lee Halkowski | halkowski@fr.com, dob@fr.com, jrm@fr.com, kxk@fr.com, sub@fr.com |
| Angie Hankins | ahankins@stroock.com |

| Name | Email |
|---|---|
| Richard L. Horwitz | rhorwitz@potteranderson.com, iplitigation@potteranderson.com, iplitigation2@potteranderson.com, mbaker@potteranderson.com, nmcmenamin@potteranderson.com |
| Darren M. Jiron | darren.jiron@finnegan.com |
| John T. Johnson | jjohnson@fr.com, autuoro@fr.com, lperez@fr.com |
| Robert J. Katzenstein | rjk@skfdelaware.com, eys@skfdelaware.com |
| Richard D. Kelly | rkelly@oblon.com |
| Stephen S. Korniczky | stephenkorniczky@paulhastings.com |
| Hamilton Loeb | hamiltonloeb@paulhastings.com |
| David J. Margules | dmargules@BMF-law.com, lheritage@bmf-law.com |
| William J. Marsden, Jr | marsden@fr.com, dob@fr.com, kilby@fr.com, manis@fr.com, sub@fr.com |
| Donald R. McPhail | drmcphail@duanemorris.com |
| David Ellis Moore | dmoore@potteranderson.com, ntarantino@potteranderson.com |
| Carolyn E. Morris | carolynmorris@paulhastings.com |
| Matt Neiderman | mneiderman@duanemorris.com |
| Arthur I. Neustadt | aneustadt@oblon.com |
| Elizabeth A. Niemeyer | elizabeth.niemeyer@finnegan.com |
| Andrew M. Ollis | aollis@oblon.com |
| Karen L. Pascale | kpascale@ycst.com, corpcal@ycst.com, corporate@ycst.com |
| Adam Wyatt Poff | apoff@ycst.com, corpcal@ycst.com, corporate@ycst.com |
| Leslie A. Polizoti | lpolizoti@mnat.com |
| John F. Presper | jpresper@oblon.com |
| Alana A. Prills | alanaprills@paulhastings.com |
| Steven J Rizzi | steven.rizzi@weil.com |
| Lawrence Rosenthal | lrosenthal@stroock.com |
| Avelyn M. Ross | aross@velaw.com |
| Philip A. Rovner | provner@potteranderson.com, iplitigation@potteranderson.com, mstackel@potteranderson.com, nmcmenamin@potteranderson.com |
| Carl E. Schlier | cschlier@oblon.com |
| John M. Seaman | jseaman@bmf-law.com, jfielder@bmf-law.com |
| Chad Michael Shandler | shandler@rlf.com, pstewart@rlf.com |
| John W. Shaw | jshaw@ycst.com, corpcal@ycst.com, corporate@ycst.com |
| Matthew W. Siegal | msiegal@stroock.com |

| | |
|---|---|
| Monte Terrell Squire | msquire@ycst.com, corpcal@ycst.com, corporate@ycst.com |
| William F. Taylor , Jr | wtaylor@mccarter.com |
| William J. Wade | wade@rlf.com, casper@rlf.com |
| Roderick B. Williams | rickwilliams@velaw.com, smendoza@velaw.com |
| Edward R. Yoches | bob.yoches@finnegan.com |

I further certify that on October 26, 2007, I caused a copy of the foregoing document to be served upon the following counsel of record as indicated below:

### By Hand Delivery and E-Mail

Thomas C. Grimm [tgrimm@mnat.com]
Benjamin J. Schladweiler [bschladweiler@mnat.com]
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, DE 19899-1347
*Attorneys for Honeywell International Inc. and Honeywell Intellectual Properties Inc.*

Steven J. Balick [sbalick@ashby-geddes.com]
John G. Day [jday@ashby-geddes.com]
ASHBY & GEDDES
500 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899
*Attorneys for Honeywell International Inc. and Honeywell Intellectual Properties Inc.*

### By E-Mail

Martin R. Lueck [MRLueck@rkmc.com]
Matthew L. Woods [MLWoods@rkmc.com]
Jacob S. Zimmerman [JSZimmerman@rkmc.com]
Marta M. Chou [MMChou@rkmc.com]
Stacie E. Oberts, Esquire [SEOoberts@rkmc.com]
ROBINS, KAPLAN, MILLER & CIRESI LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
*Attorneys for Honeywell International Inc. and Honeywell Intellectual Properties Inc.*

Alan E. McKenna [AEMckenna@rkmc.com]
Anthony A. Froio [AAFroio@rkmc.com]
ROBINS, KAPLAN, MILLER & CIRESI LLP
111 Huntington Avenue, Suite 1300
Boston, MA 02199-7610
*Attorneys for Honeywell International Inc. and Honeywell Intellectual Properties Inc.*

Philip A. Rovner [provner@potteranderson.com]
POTTER, ANDERSON & CORROON
6th Floor, Hercules Plaza
1313 N. Market Street
Wilmington, DE 19801
*Attorneys for FUJIFILM Corporation and FUJIFILM U.S.A. Inc.*

Ian G. DiBernardo [idibernardo@stroock.com]
Kevin C. Ecker [kecker@stroock.com]
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, NY 10038
*Attorneys for FUJIFILM Corporation and FUJIFILM U.S.A. Inc.*

Richard L. Horwitz [rhorwitz@potteranderson.com]
David E. Moore [dmoore@potteranderson.com]
POTTER ANDERSON & CORROON
6th Floor, Hercules Plaza
1313 N. Market Street
P.O. Box. 951
Wilmington, DE 19801
*Attorneys for Samsung SDI America, Inc., and Samsung SDI Co., Ltd.*

Elizabeth L. Brann [elizabethbrann@paulhastings.com]
PAUL, HASTINGS, JANOFSKY & WALKER LLP
3579 Valley Centre Drive
San Diego, CA 92130
*Attorneys for Samsung SDI America, Inc., and Samsung SDI Co., Ltd.*

Matt Neiderman [MNeiderman@duanemorris.com]
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
*Attorneys for InnoLux Display Corporation*

Donald R. McPhail [DRMcPhail@duanemorris.com]
DUANE MORRIS LLP
1667 K Street, N.W.
Washington, DC 20006-1608
*Attorneys for InnoLux Display Corporation*

David J. Margules [dmargules@bmf-law.com]
BOUCHARD MARGULES & FRIEDLANDER, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
*Attorneys for Citizen Watch Co., Ltd., and Citizen Displays Co., Ltd.*

David H. Ben-Meir [dhben-meir@hhlaw.com]
HOGAN & HARTSON LLP
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
*Attorneys for Citizen Watch Co., Ltd., and Citizen Displays Co., Ltd.*

                            YOUNG CONAWAY STARGATT & TAYLOR, LLP

                            */s/ Karen L. Pascale*

October 26, 2007
                            Karen L. Pascale (#2903) [kpascale@ycst.com]
                            The Brandywine Building
                            1000 West Street, 17th Floor
                            Wilmington, DE 19801
                            (302) 571-6600
                                *Attorneys for Optrex America, Inc.*