IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC. and HONEYWELL INTELLECTUAL PROPERTIES INC., <br><br> Plaintiffs, <br><br> v. <br><br> AUDIOVOX COMMUNICATIONS CORP.; AUDIOVOX ELECTRONICS CORPORATION; NIKON CORPORATION; NIKON INC.; NOKIA CORPORATION; NOKIA INC.; SANYO ELECTRIC CO., LTD.; SANYO NORTH AMERICA CORPORATION; SANYO EPSON IMAGING DEVICES CORPORATION, SUZHOU EPSON CO., LTD., SANYO EPSON IMAGING DEVICES (HONG KONG) LTD., and SANYO EPSON IMAGING DEVICES (PHILIPPINES) INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> C.A. No. 04-1337-*** |

**STIPULATION AND ORDER OF DISMISSAL**

NOTICE IS HEREBY GIVEN that pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiffs Honeywell International Inc. and Honeywell Intellectual Properties Inc. voluntarily dismiss their claims against Sanyo Epson Imaging Devices Corporation, Suzhou Epson, Sanyo Epson Imaging Devices (Hong Kong), and Sanyo Epson Imaging Devices (Philippines), with prejudice, pursuant to an Agreement setting out the terms and conditions of the parties' settlement, having an effective date of April 4, 2007.

Each party is to bear its own costs and attorneys fees.

| ASHBY & GEDDES | SMITH, KATZENSTEIN & FURLOW LLP |
|---|---|
| */s/ Lauren E. Maguire* | */s/ Robert J. Katzenstein* |
| Steven J. Balick (I.D. #2114)<br>John G. Day (I.D. #2403)<br>Lauren E. Maguire (I.D. #4261)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>302-654-1888<br><br>*Attorneys for Plaintiffs* | Robert J. Katzenstein (I.D. #378)<br>800 Delaware Avenue, 7th Floor<br>P.O. Box 410<br>Wilmington, DE 19899<br>302-652-8400<br><br>*Attorneys for Defendanst Sanyo Epson Imaging Devices Corporation, Suzhou Epson, Sanyo Epson Imaging Devices (Hong Kong), and Sanyo Epson Imaging Devices (Philippines)* |

Dated: November 1, 2007

SO ORDERED this _____ day of _____, 2007.

_____
United States Magistrate Judge