# YOUNG CONAWAY STARGATT & TAYLOR, LLP

KAREN L. PASCALE
DIRECT DIAL: (302) 571-5001
DIRECT FAX: (302) 576-3516
kpascale@ycst.com

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(302) 571-1253 FAX
(800) 253-2234 (DE ONLY)
www.youngconaway.com

January 31, 2008

**BY E-FILING**

The Honorable Mary Pat Thynge
United States District Court
844 King Street
Wilmington, DE 19801

      Re: *Honeywell International Inc., et al v. Apple Computer Inc., et al.*
          C.A. Nos. 04-1337, -1338, and -1536-*** (Consolidated)

Dear Judge Thynge:

      Further to the two issues identified in Mr. Grimm's letter of today (D.I. 979 in 04-1338), the parties have been negotiating a stipulation addressing the potential further deposition of Mr. Ted Wood. Although the parties have agreed on the substance of a stipulation, agreement has not yet been reached on all details surrounding the stipulation. Accordingly, for the sake of completeness, although Optrex believes the parties should be able to reach agreement regarding this stipulation, Optrex wanted to bring this matter to the Court's attention in view of the close of fact discovery today, should the parties not reach a full resolution.

      We hope to advise the Court of the outcome of final negotiations on the stipulation in the near future.

Respectfully,

*/s/ Karen L. Pascale*

Karen L. Pascale (#2903)

cc:  Dr. Peter T. Dalleo, Clerk (by hand)
       CM/ECF list (by e-filing)
       Thomas C. Grimm, Esquire (by hand)
       Matthew L. Woods, Esquire (by e-mail)
       Andrew M. Ollis, Esquire (by e-mail)