# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC. and ) <br> HONEYWELL INTELLECTUAL PROPERTIES INC. ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> APPLE COMPUTER, INC; et al., ) | C.A. No. 04-1338-JJF <br> (Consolidated) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on September 12, 2008 a true and correct copy of InnoLux Display Corporation's Responses and Objections to Plaintiff's Notice of Rule 30(b)(6) Deposition was served upon the following attorneys of record as follows:

**BY E-MAIL AND HAND DELIVERY**
The Honorable Vincent J. Poppiti
Special Master
Blank Rome LLP
1201 N. Market Street, Suite 800
Wilmington, DE 19801

**BY E-MAIL**

| | |
|---|---|
| REPRESENTING HONEYWELL INTERNATIONAL INC. AND HONEYWELL INTELLECTUAL PROPERTIES INC. (CA. 04-1337) | Steven J. Balick <br> sbalick@ashby-geddes.com <br> John G. Day <br> jday@ashby-geddes.com <br> Lauren B. Maguire <br> lmaguire@ashby-geddes.com |
| REPRESENTING AUDIOVOX ELECTRONICS CORPORATION (C.A. 04-1337) | William F. Taylor, Jr. <br> wtaylor@mccarter.com |
| REPRESENTING SONY ERICSSON MOBILE COMMUNICATIONS AB AND SONY ERICSSON MOBILE COMMUNICATIONS (USA) INC. (C.A. 04-1338) | Francis DiGiovanni <br> fdigiovanni@cblh.com |

| | |
|---|---|
| REPRESENTING NIKON CORPORATION AND NIKON INC. (C.A. 04-1337) | Richard L. Horwitz rhorwitz@potteranderson.com David B. Moore dmoore@potteranderson.com William J. Marsden, Jr. marsden@fr.com Barry W. Graham barry.graham@finnegan.com Darren M. Jiron darren.jiron@finnegan.com |
| REPRESENTING NOKIA CORPORATION AND NOKIA INC. (C.A. 04-1337) | Thomas L. Halkowski Halkowski@fr.com William J. Marsden, Jr. marsden@fr.com Lauren A. Degnan degnan@fr.com Andrew R. Kopsidas kopsidas@fr.com |
| REPRESENTING SAMSUNG SDI CO., LTD. (THIRD-PARTY DEFENDANT) (CA. 04-1337) | Richard L. Horwitz rhorwitz@potteranderson.com David B. Moore dmoore@potteranderson.com Alana A. Prills alanaprills@paulhastings.com Carolyn B. Morris carolynmorris@paulhastings.com Elizabeth L. Brann elizabethbrann@paulhastings.com Hamilton Loeb hamiltonloeb@paulhastings.com Stephen S. Korniczky stephenkorniczky@paulhastings.com |
| REPRESENTING SANYO ELECTRIC CO., LTD. AND SANYO NORTH AMERICA (C.A. 04-1337) | Richard L. Horwitz rhorwitz@potteranderson.com David B. Moore dmoore@potteranderson.com Michael A. Dorftnan Michael.dorfman@kattenlaw.com Timothy J. Vezeau timothy.vezeau@kattenlaw.com Richard P. Bauer richard.bauer@kattenlaw.com |

| | |
|---|---|
| REPRESENTING SEIKO EPSON CORPORATION (C.A. 04-1337) | Robert J. Katzenstein rjk@skfdelaware.com Robert J. Benson rjbenson@hhlaw.com |
| REPRESENTING HONEYWELL INTERNATIONAL, INC. AND HONEYWELL INTELLECTUAL PROPERTIES, INC (C.A. 04-1338) | Thomas C. Grimm tgrimm@mnat.com Matthew L. Woods mlwoods@rkmc.com Alan E. McKenna aemckenna@rkmc.com Stacie E. Oberts seoberts@rkmc.com |
| REPRESENTING APPLE (C.A.04-1338) | Thomas L. Halkowski halkowski@fr.com Kelly C. Hunsaker hunsaker@fr.com Frank B. Scherkenbach scherkenbach@fr.com |
| REPRESENTING ARGUS (C.A.04-1338) | Richard H. Cross, Jr. rcross@crosslaw.com Amy Evans aevans@crosslaw.com Brian D. Roche broche@reedsmith.com |
| REPRESENTING CASIO (C.A.04-1338) | Thomas L. Halkowski halkowski@fr.com John T. Johnson jjohnson@fr.com |
| REPRESENTING CITIZEN WATCH CO., LTD. AND CITIZEN DISPLAYS CO., LTD. (C.A.04-1338) | David J. Margules dmargules@bmf-law.com Sean Brennecke sbrennecke@bmf-law.com Stuart Lubitz slubitz@hhlaw.com David H. Ben-Meir dhben-meir@hhlaw.com Rose Hickman rahickman@hhlaw.com |

| | |
|---|---|
| REPRESENTING CONCORD<br>(C.A.04-1338) | Richard L. Horwitz<br>rhorwitz@potteranderson.com<br>David B. Moore<br>dmoore@potteranderson.com |
| REPRESENTING DELL<br>(C.A.04-1338) | Richard L. Horwitz<br>rhorwitz@potteranderson.com<br>David B. Moore<br>dmoore@potteranderson.com<br>Avelyn M. Ross<br>aross@velaw.com<br>Willem G. Schuurman<br>bschuurman@velaw.com<br>Roderick B. Williams<br>rickwilliams@velaw.com |
| REPRESENTING EASTMAN KODAK<br>(C.A.04-1338) | Frederick L. Cottrell, III<br>cottrell@rlf.com<br>Chad M. Shandler<br>shandler@rlf.com<br>Neal Slifkin<br>nslifkin@harrisbeach.com<br>Paul J. Yesawich, III<br>pyesawich@harrisbeach.com<br>Laura W. Smalley<br>lsmalley@harrisbeach.com |
| REPRESENTING FUJIFILM CORPORATION<br>AND FUJIFILM U.S.A., INC.<br>(C.A.04-1338) | Philip A. Rovner<br>provner@potteranderson.com<br>Angie M. Hankins<br>ahankins@stroock.com<br>Matthew W. Siegal<br>msiegal@stroock.com<br>Lawrence Rosenthal<br>frosenthal@sfroock.com |

| | |
|---|---|
| REPRESENTING FUJITSU<br>(C.A.04-1338) | Richard L. Horwitz<br>rhorwitz@potteranderson.com<br>David B. Moore<br>dmoore@potteranderson.com<br>Parker H. Bagley<br>pbagley@milbank.com<br>Christopher B. Chalsen<br>cchalsen@milbank.com<br>Christopher J. Gaspar<br>cgaspar@milbank.com |
| REPRESENTING HOYA<br>(FORMERLY PENTAX)<br>(C.A.04-1338) | Adam W. Poff<br>apoff@ycst.com<br>Michael J. Fink<br>mfink@gbpatent.com<br>Neil F. Greenblum<br>ngreenblum@gbpatent.com<br>P. Branko Pejic<br>bpejic@gbpatent.com |
| REPRESENTING KYOCERA<br>(C.A.04-1338) | Robert J. Katzenstein<br>rjk@skfdelaware.com<br>Robert K. Beste, III<br>rkb@skfdelaware.com<br>Stuart Lubitz<br>slubitz@hhlaw.com<br>David H. Ben-Meir<br>dhben-meir@hhlaw.com<br>Rose Hickman<br>rahickman@hhlaw.com |
| REPRESENTING MEI/MBC (MATSUSHITA)<br>(C.A.04-1338) | William J. Wade<br>wade@rlf.com<br>Steven A. Reiss<br>steven.reiss@weil.com<br>David J. Lender<br>david.lender@weil.com |
| REPRESENTING NAVMAN<br>(C.A.04-1338) | Arthur G. Connolly, III<br>aconnollyIII@cblh.com<br>Brian M. Gottesman<br>bgottesman@cblh.com<br>Bradford P. Lyerla<br>blyerla@marshallip.com |

| | |
|---|---|
| REPRESENTING OLYMPUS<br>(C.A.04-l 338) | John W. Shaw<br>jshaw@ycst.com<br>Richard M. Rosati<br>rrosati@kenyon.com<br>George B. Badenoch<br>gbadenoch@kenyon.com |
| REPRESENTING OPTREX<br>(THIRD-PARTY PLAINTIFF)<br>(C.A.04-1338 AND 04-1536) | Karen L. Pascale<br>kpascale@ycst.com<br>Thomas J. Fisher<br>tfisher@oblon.com<br>Alexander B. Gasser<br>agasser@oblon.com<br>Richard D. Kelly<br>rkelly@oblon.com<br>Andrew M. Ollis<br>rkelly@oblon.com<br>John F. Presper<br>jpresper@oblon.com |
| REPRESENTING SAMSUNG SDI CO., LTD.<br>AND SAMSUNG SDI AMERICA, INC.<br>(C.A.04-1338) | Richard L. Horwitz<br>rhorwitz@potteranderson.com<br>David B. Moore<br>dmoore@potteranderson.com<br>Alana A. Prills<br>alanaprills@paulhastings.com<br>Carolyn B. Morris<br>carolynmorris@paulhastings.com<br>Elizabeth L. Brann<br>elizabethbrann@paulhastings.com<br>Hamilton Loeb<br>hamiltonloeb@paulhastings.com<br>Stephen S. Korniczky<br>stephenkorniczky@pau1hastings.com |
| REPRESENTING SONY CORPORATION<br>(C.A.04-1338) | John W. Shaw<br>jshaw@ycst.com<br>John Flock<br>jflock@kenyon.com<br>Robert L. Hails, Jr.<br>rhails@kenyon.com |
| REPRESENTING SONY ERICSSON<br>(C.A.04-1338) | Francis DiGiovanni<br>fdigiovanni@cblh.com |

| | |
|---|---|
| REPRESENTING TOSHIBA<br>(C.A.04-1338) | Richard L. Horwitz<br>rhorwitz@potteranderson.com<br>David B. Moore<br>dmoore@potteranderson.com<br>Arthur I. Neustadt<br>aneustadt@oblon.com<br>Carl B. Schlier<br>cschlier@oblon.com |

PLEASE TAKE FURTHER NOTICE that on September 12, 2008, a true and correct copy of this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF which will send notification that such filing is available for viewing and downloading to the counsel of record indicated above.

Additionally, on September 12, 2008, copies of this Notice of Service were served on counsel of record in the manner indicated above.

**DUANE MORRIS LLP**

/s/ Aimee M. Czachorowski
Aimee M. Czachorowksi (Del. I.D. No. 4670)
1100 North Market Street, 12th Floor
Wilmington, DE 19801
Tel: 302.657.4927
E-Mail: amczachorowski@duanemorris.com

DM1\1397295.1