**CROSS & SIMON, LLC**
ATTORNEYS AT LAW
913 NORTH MARKET STREET
11TH FLOOR
WILMINGTON, DELAWARE 19801
302-777-4200 / 302-777-4224 (FAX)
www.crosslaw.com

Amy E. Evans*
aevans@crosslaw.com

MAILING ADDRESS:
P.O. BOX 1380
WILMINGTON, DE 19899-1380

*Also admitted in New York

SUSSEX COUNTY OFFICE:
17577 NASSAU COMMONS BLVD.
SUITE 102
LEWES, DE 19958
(302) 644-4269
(302) 258-0815 (FAX)

September 15, 2008

**BY E-FILING, E-MAIL,
and HAND DELIVERY**
The Honorable Vincent J. Poppiti
Blank Rome LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE 19801

Re:

*Honeywell Intl Inc., et al v. Apple Computer Inc., et al*
1:04-cv-1338
*Honeywell Intl Inc., et al v. Audiovox Corporation, et al*
1:04-cv-1337
*Honeywell International Inc. et al v. Citizen Watch Co Ltd et al*
1:05-cv-874
*Optrex America Inc. v. Honeywell Intl Inc., et al*
1:04-cv-1536

Dear Judge Poppiti:

We write on behalf of Hartford Computer to share the concerns and positions set forth by Sony and Apple in their letters dated September 12, 2008. Three years ago Hartford Computer identified the suppliers of the LCD modules included in its accused products--AU Optronics, All Around Co., Ltd. and Picvue. AU Optronics was voluntarily dismissed on April 3, 2006. Based on the docket, it does not appear that All Around Co., Ltd. and Picvue have ever been served, and certainly have not participated in the instant litigation.

To the extent Hartford Computer is not dismissed from these proceedings, it would be difficult, if not impossible, to meaningfully participate in supplemental *Markman* proceedings as to modules and manufacturers that have never been the subject of discovery, or even infringement contentions by Honeywell. Accordingly, Hartford

CROSS & SIMON, LLC
September 15, 2008
Page 2 of 2

Computer respectfully requests that it too be dismissed on the same grounds as those set forth in Sony's and Apple's letters of September 12, 2008.

    Counsel is available at the Court's convenience to address any questions or concerns.

Respectfully submitted,

Amy Evans
(DE Bar No. 3829)

cc:    Michael Bregenzer, Esquire (via e-mail)
       Brian Roche (via e-mail)
       All Counsel of Record (via e-filing and/or e-mail)
       File Copy