# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

(302) 658-9200
(302) 658-3989 FAX

Thomas C. Grimm
(302) 351-9585
(302) 425-4661 FAX
tgrimm@mnat.com

September 17, 2008

**BY E-FILING, E-MAIL & HAND DELIVERY**

**DM 3**

The Honorable Vincent J. Poppiti
Blank Rome LLP
1201 N. Market Street, Suite 800
Wilmington, DE 19801

      Re: *Honeywell International Inc., et al. v. Apple Computer, Inc., et al.*
           C.A. Nos. 04-1337-JJF, 04-1338-JJF, 04-1536-JJF, 05-874-JJF

Dear Special Master Poppiti:

      To follow-up the discussion during the teleconference yesterday regarding InnoLux, I am enclosing copies of the following documents referred to by Mr. Froio on behalf of Honeywell: Mr. Rovner's October 24, 2006 letter and InnoLux's reply brief on its motion to dismiss for lack of jurisdiction filed by InnoLux on October 6, 2006 (D.I. 598 in C.A. 04-1338). In particular, we direct Your Honor's attention to Footnote 1 on page 1 of Mr. Rovner's October 24 letter, wherein he stated "The issues raised herein do not apply to Defendant Innolux Display Corporation. Because of its pending motion to dismiss, Innolux has not answered the complaint and has not engaged in discovery." Notwithstanding counsel's argument to the contrary, Mr. Rovner specifically copied "All Local Counsel of Record – By ECF" on his letter, to which InnoLux never objected or qualified.

      We also refer Your Honor to the first sentence in the first full paragraph on page 13 of InnoLux's reply brief wherein it stated "Because Honeywell failed to set forth grounds on which IDC could be subject to this Court's jurisdiction, there is no reason for Honeywell to undertake any jurisdictional discovery in this case." and to the first full paragraph on page 15 of that brief wherein InnoLux stated, "Because Honeywell has been unable to establish a *prima facie* case of jurisdiction over IDC, even under its alleged jurisdictional facts, Honeywell's request for jurisdictional discovery should be denied."

      In light of the foregoing, together with Mr. Froio's arguments during the hearing yesterday, we respectfully suggest that Your Honor "table" for now the issue concerning fact discovery and take it up if, and when, Your Honor determines that this Court has jurisdiction

The Honorable Vincent J. Poppiti
September 17, 2008
Page 2

over InnoLux. In the event that Your Honor finds that there is jurisdiction, Honeywell believes that there will be ample time to take the necessary infringement and damages discovery regarding InnoLux in advance of either a July 2009 or a November 2009 trial. Accordingly, Honeywell respectfully requests that Your Honor's draft proposed Schedules reflect "TBD" next to the "Substantive Fact Discovery" under the InnoLux sections of the Charts.

Thank you for your consideration and attention in this regard.

Respectfully,

*/s/ Thomas C. Grimm*

Thomas C. Grimm (#1098)

TCG/dla
Enclosures
cc:   Dr. Peter T. Dalleo, Clerk (by hand, w/encls.)
      All Counsel of Record (by e-filing and/or e-mail, w/encls.)
      (see attached Certificate of Service)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 17, 2008, the foregoing was caused to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered participants.

In addition, the undersigned hereby certifies that true and correct copies of the foregoing were caused to be served via electronic mail on September 17, 2008 upon the following parties:

| | |
|---|---|
| SPECIAL MASTER | Vincent J. Poppiti, Esq.<br>**poppiti@blankrome.com**<br><br>Elizabeth A. Sloan<br>**sloan@blankrome.com**<br><br>Tara L. Laster<br>**laster@blankrome.com**<br><br>Mary Levan<br>**levan@blankrome.com**<br><br>Carrie David<br>**david-c@blankrome.com** |
| REPRESENTING HONEYWELL INTERNATIONAL INC. AND HONEYWELL INTELLECTUAL PROPERTIES INC.<br><br>(C.A. 04-1337) | Steven J. Balick<br>**sbalick@ashby-geddes.com**<br><br>John G. Day<br>**jday@ashby-geddes.com**<br><br>Lauren E. Maguire<br>**lmaguire@ashby-geddes.com** |
| REPRESENTING AUDIOVOX ELECTRONICS CORPORATION<br><br>(C.A. 04-1337) | William F. Taylor, Jr.<br>**wtaylor@mccarter.com** |
| REPRESENTING AUDIOVOX COMMUNICATIONS CORP.<br><br>(C.A. 04-1337) | Matt Neiderman<br>**mneiderman@duanemorris.com**<br><br>D. Joseph English<br>**djenglish@duanemorris.com** |

| | |
|---|---|
| REPRESENTING NIKON CORPORATION AND NIKON INC.<br><br>(C.A. 04-1337) | Richard L. Horwitz<br>**rhorwitz@potteranderson.com**<br><br>David E. Moore<br>**dmoore@potteranderson.com**<br><br>Barry W. Graham<br>**barry.graham@finnegan.com**<br><br>Darren M. Jiron<br>**darren.jiron@finnegan.com** |
| REPRESENTING NOKIA CORPORATION AND NOKIA INC.<br><br>(C.A. 04-1337) | Thomas L. Halkowski<br>**halkowski@fr.com**<br><br>William J. Marsden, Jr.<br>**marsden@fr.com**<br><br>Lauren A. Degnan<br>**degnan@fr.com**<br><br>Andrew R. Kopsidas<br>**kopsidas@fr.com** |
| REPRESENTING SAMSUNG SDI CO., LTD. (THIRD-PARTY DEFENDANT)<br><br>(C.A. 04-1337) | Richard L. Horwitz<br>**rhorwitz@potteranderson.com**<br><br>David E. Moore<br>**dmoore@potteranderson.com**<br><br>Alana A. Prills<br>**alanaprills@paulhastings.com**<br><br>Carolyn E. Morris<br>**carolynmorris@paulhastings.com**<br><br>Elizabeth L. Brann<br>**elizabethbrann@paulhastings.com**<br><br>Hamilton Loeb<br>**hamiltonloeb@paulhastings.com**<br><br>Stephen S. Korniczky<br>**stephenkorniczky@paulhastings.com** |

| | |
|---|---|
| REPRESENTING SANYO ELECTRIC CO., LTD. AND SANYO NORTH AMERICA<br><br>(C.A. 04-1337) | Richard L. Horwitz<br>**rhorwitz@potteranderson.com**<br><br>David E. Moore<br>**dmoore@potteranderson.com**<br><br>Michael A. Dorfman<br>**Michael.dorfman@kattenlaw.com**<br><br>Timothy J. Vezeau<br>**timothy.vezeau@kattenlaw.com**<br><br>Richard P. Bauer<br>**richard.bauer@kattenlaw.com** |
| REPRESENTING SEIKO EPSON CORPORATION<br><br>(C.A. 04-1337) | Robert J. Katzenstein<br>**rjk@skfdelaware.com**<br><br>Robert J. Benson<br>**rjbenson@hhlaw.com** |
| REPRESENTING APPLE<br><br>(C.A.04-1338) | Thomas L. Halkowski<br>**halkowski@fr.com**<br><br>Kelly C. Hunsaker<br>**hunsaker@fr.com**<br><br>Frank E. Scherkenbach<br>**scherkenbach@fr.com** |
| REPRESENTING ARGUS/HARTFORD<br><br>(C.A.04-1338) | Richard H. Cross, Jr.<br>**rcross@crosslaw.com**<br><br>Amy Evans<br>**aevans@crosslaw.com**<br><br>Brian D. Roche<br>**broche@reedsmith.com**<br><br>Michael P. Bregenzer<br>**mbregenzer@reedsmith.com** |
| REPRESENTING CASIO<br><br>(C.A.04-1338) | Thomas L. Halkowski<br>**halkowski@fr.com**<br><br>John T. Johnson<br>**jjohnson@fr.com** |

| | |
|---|---|
| REPRESENTING CITIZEN WATCH CO., LTD. AND CITIZEN DISPLAYS CO., LTD.<br><br>(C.A.04-1338) | David J. Margules<br>**dmargules@bmf-law.com**<br><br>Stuart Lubitz<br>**slubitz@hhlaw.com**<br><br>David H. Ben-Meir<br>**dhben-meir@hhlaw.com**<br><br>Rose Hickman<br>**rahickman@hhlaw.com** |
| REPRESENTING CONCORD CAMERA<br><br>(C.A.04-1338) | Richard L. Horwitz<br>**rhorwitz@potteranderson.com**<br><br>David E. Moore<br>**dmoore@potteranderson.com**<br><br>Scott L. Lampert<br>**by facsimile only:** (954) 989-4103 |
| REPRESENTING DELL<br><br>(C.A.04-1338) | Richard L. Horwitz<br>**rhorwitz@potteranderson.com**<br><br>David E. Moore<br>**dmoore@potteranderson.com**<br><br>Avelyn M. Ross<br>**aross@velaw.com**<br><br>Willem G. Schuurman<br>**bschuurman@velaw.com**<br><br>Roderick B. Williams<br>**rickwilliams@velaw.com** |

| | |
|---|---|
| REPRESENTING EASTMAN KODAK<br><br>(C.A.04-1338) | Frederick L. Cottrell, III<br>**cottrell@rlf.com**<br><br>Chad M. Shandler<br>**shandler@rlf.com**<br><br>Neal Slifkin<br>**nslifkin@harrisbeach.com**<br><br>Paul J. Yesawich, III<br>**pyesawich@harrisbeach.com**<br><br>Laura W. Smalley<br>**lsmalley@harrisbeach.com** |
| REPRESENTING FUJIFILM CORPORATION AND FUJIFILM U.S.A., INC.<br><br>(C.A.04-1338) | Philip A. Rovner<br>**provner@potteranderson.com**<br><br>Angie M. Hankins<br>**ahankins@stroock.com**<br><br>Matthew W. Siegal<br>**msiegal@stroock.com**<br><br>Lawrence Rosenthal<br>**lrosenthal@stroock.com** |
| REPRESENTING FUJITSU<br><br>(C.A.04-1338) | Richard L. Horwitz<br>**rhorwitz@potteranderson.com**<br><br>David E. Moore<br>**dmoore@potteranderson.com**<br><br>Christopher E. Chalsen<br>**cchalsen@milbank.com**<br><br>Christopher J. Gaspar<br>**cgaspar@milbank.com** |

| | |
|---|---|
| REPRESENTING HOYA (FORMERLY PENTAX)<br><br>(C.A.04-1338) | Adam W. Poff<br>**apoff@ycst.com**<br><br>Michael J. Fink<br>**mfink@gbpatent.com**<br><br>Neil F. Greenblum<br>**ngreenblum@gbpatent.com**<br><br>P. Branko Pejic<br>**bpejic@gbpatent.com** |
| REPRESENTING INNOLUX DISPLAY CORPORATION<br><br>(C.A.04-1338) | Matt Neiderman<br>**mneiderman@duanemorris.com**<br><br>Donald R. McPhail<br>**drmcphail@duanemorris.com** |
| REPRESENTING KYOCERA<br><br>(C.A.04-1338) | Robert J. Katzenstein<br>**rjk@skfdelaware.com**<br><br>Robert K. Beste, III<br>**rkb@skfdelaware.com**<br><br>Stuart Lubitz<br>**slubitz@hhlaw.com**<br><br>David H. Ben-Meir<br>**dhben-meir@hhlaw.com**<br><br>Rose Hickman<br>**rahickman@hhlaw.com** |
| REPRESENTING MEI/MEC (MATSUSHITA)<br><br>(C.A.04-1338) | William J. Wade<br>**wade@rlf.com**<br><br>Steven A. Reiss<br>**steven.reiss@weil.com**<br><br>David J. Lender<br>**david.lender@weil.com** |

| | |
|---|---|
| REPRESENTING NAVMAN<br><br>(C.A.04-1338) | Arthur G. Connolly, III<br>**aconnollyIII@cblh.com**<br><br>Brian M. Gottesman<br>**bgottesman@cblh.com**<br><br>Bradford P. Lyerla<br>**blyerla@marshallip.com** |
| REPRESENTING OLYMPUS<br><br>(C.A.04-1338) | John W. Shaw<br>**jshaw@ycst.com**<br><br>Andrew A. Lundgren<br>**alundgren@ycst.com**<br><br>Richard M. Rosati<br>**rrosati@kenyon.com**<br><br>George E. Badenoch<br>**gbadenoch@kenyon.com** |
| REPRESENTING OPTREX<br>(THIRD-PARTY PLAINTIFF)<br><br>(C.A.04-1338 AND 04-1536) | Karen L. Pascale<br>**kpascale@ycst.com**<br><br>Thomas J. Fisher<br>**tfisher@oblon.com**<br><br>Alexander E. Gasser<br>**agasser@oblon.com**<br><br>Richard D. Kelly<br>**rkelly@oblon.com**<br><br>Andrew M. Ollis<br>**aollis@oblon.com**<br><br>John F. Presper<br>**jpresper@oblon.com** |

- 8 -

| | |
|---|---|
| REPRESENTING SAMSUNG SDI CO., LTD. AND SAMSUNG SDI AMERICA, INC.<br><br>(C.A.04-1338) | Richard L. Horwitz<br>**rhorwitz@potteranderson.com**<br><br>David E. Moore<br>**dmoore@potteranderson.com**<br><br>Alana A. Prills<br>**alanaprills@paulhastings.com**<br><br>Carolyn E. Morris<br>**carolynmorris@paulhastings.com**<br><br>Elizabeth L. Brann<br>**elizabethbrann@paulhastings.com**<br><br>Hamilton Loeb<br>**hamiltonloeb@paulhastings.com**<br><br>Stephen S. Korniczky<br>**stephenkorniczky@paulhastings.com** |
| REPRESENTING SONY CORPORATION<br><br>(C.A.04-1338) | John W. Shaw<br>**jshaw@ycst.com**<br><br>Andrew A. Lundgren<br>**alundgren@ycst.com**<br><br>John Flock<br>**jflock@kenyon.com**<br><br>Robert L. Hails, Jr.<br>**rhails@kenyon.com**<br><br>Michael M. Shen<br>**mshen@kenyon.com** |
| REPRESENTING SONY ERICSSON<br><br>(C.A.04-1338) | Francis DiGiovanni<br>**fdigiovanni@cblh.com** |

| | |
|---|---|
| REPRESENTING TOSHIBA<br><br>(C.A.04-1338) | Richard L. Horwitz<br>**rhorwitz@potteranderson.com**<br><br>David E. Moore<br>**dmoore@potteranderson.com**<br><br>Arthur I. Neustadt<br>**aneustadt@oblon.com**<br><br>Carl E. Schlier<br>**cschlier@oblon.com** |

and by facsimile upon the following:

| | |
|---|---|
| REPRESENTING CONCORD CAMERA CORP.<br><br>(C.A.04-1338) | Scott L. Lampert<br>**(954) 989-4103** |

    The undersigned also hereby certifies that on September 15, true and correct copies of the foregoing were caused to be served by hand, <u>in triplicate</u>, upon the Special Master:

The Honorable Vincent J. Poppiti
BLANK ROME LLP
201 North Market Street
Suite 800
Wilmington, DE 19801-4226

/s/ *Thomas C. Grimm*
_____
Thomas C. Grimm (#1098)