IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

HONEYWELL INTERNATIONAL, INC., and     :
HONEYWELL INTELLECTUAL PROPERTIES,     :
INC.,                                  :
                                       :
        Plaintiffs,                    :
                                       :  Civil Action No. 04-1337-JJF
    v.                                 :  (CONSOLIDATED)
                                       :
NIKON CORPORATION, et al.,             :
                                       :
        Defendants.                    :

**O R D E R**

WHEREAS, the Special Master issued a Report and Recommendation (D.I. 357) regarding the restructuring of pending Honeywell cases (04-1337-JJF, 04-1338-JJF, 04-1536-JJF, 05-874-JJF) that included a schedule for the efficient resolution of these cases;

WHEREAS, objections to the Report and Recommendation were due October 1, 2008;

WHEREAS, a number of Customer Defendants objected to the Special Master's schedule insofar as it requires them to set forth a meaningful position on this Court's tentative <u>Markman</u> ruling within seven days of the issuance of the tentative <u>Markman</u> ruling or a decision on the customer Defendants' motions to dismiss, whichever comes later (D.I. 363; D.I. 364; D.I. 365);

WHEREAS, this Court concludes that the customer Defendants should be allowed additional time to evaluate and respond to the tentative <u>Markman</u> ruling;

NOW THEREFORE, IT IS HEREBY ORDERED that the Special Master's Report and Recommendation (D.I. 157) is **ADOPTED** with the modification

that the Customer Defendants shall have 30 days to either stipulate to the Court's tentative <u>Markman</u> ruling or request supplemental briefing, and 45 days to complete discovery regarding claim construction, if necessary.

October 23, 2008
DATE

Joseph J. Farnan Jr.
UNITED STATES DISTRICT JUDGE