IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

HONEYWELL INTERNATIONAL, INC,  :
and HONEYWELL INTELLECTUAL     :
PROPERTIES INC.,               :
                               :
        Plaintiff,             :
                               :  Civil Action No. 04-1337-JJF
   v.                          :  (CONSOLIDATED)
                               :
NIKON CORPORATION, et al.,     :
                               :
        Defendants.            :
                               :

## ORDER

At Wilmington, this __9__ day of December 2008, for the reasons discussed in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that the following terms and/or phrases in United States Patent No. 5,280,371 ("the '371 patent") are tentatively assigned the following meanings:

1. The term "**display apparatus**" requires no construction.

2. The term "**light source**" means "a source for illuminating the LCD panel."

3. The term "**for providing a predetermined variation with viewing angle of light transmission from said light source through said lens arrays and said liquid crystal panel**" requires no construction.

4. The term "**first and second lens arrays, each having a plurality of individual lenslets**" means "two lens arrays, each

consisting of a member separate from the light source and having a plurality of light refracting structures."

5. The term **"disposed between said light source and said liquid crystal panel"** means "positioned between the light source and the liquid crystal panel, with an optical discontinuity at the interface of the light source and the lens array closest to the light source."

6. The term **"slight misalignment"** means "a misalignment of typically 2-16 degrees between an axis of the lens array and an axis of the pixel arrangement causing moiré effects."

 

_____
UNITED STATES DISTRICT JUDGE