IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL, INC., and HONEYWELL INTELLECTUAL PROPERTIES, INC., | : : : : |
| Plaintiffs, | : : |
| v. | : Civil Action No. 04-1337-JJF : (CONSOLIDATED) : |
| NIKON CORPORATION, et al., | : : |
| Defendants. | : |

**O R D E R**

WHEREAS, the Special Master issued a Report and Recommendation On Honeywell's Request To Lift The Stay And For Limited Discovery As To The Customer Defendants (D.I. 614);

WHEREAS, objections to the Report and Recommendation were due at the latest by April 2, 2009;

WHEREAS, no objections to the Report and Recommendation have been filed;

NOW THEREFORE, IT IS HEREBY ORDERED that the Special Master's Report and Recommendation (D.I. 614) is **ADOPTED**.

June 4, 2009
DATE

UNITED STATES DISTRICT JUDGE