IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC. and HONEYWELL INTELLECTUAL PROPERTIES INC., | : : : : : |
| Plaintiffs, | : : |
| v. | :  C.A. No. 04-1337-JJF : CONSOLIDATED : |
| NIKON CORPORATION, et al., | : : |
| Defendants. | : |

### O R D E R

At Wilmington, this 3 day of November 2009, for the reasons set forth in the Memorandum Opinion to be issued at a later date;

IT IS HEREBY ORDERED that Defendants' Motion For Summary Judgment Of Invalidity Based On The On Sale Bar (D.I. 771) is **GRANTED**.

_____
UNITED STATES DISTRICT JUDGE