```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF DELAWARE
```

HONEYWELL INTERNATIONAL INC.      :
and HONEYWELL INTELLECTUAL        :
PROPERTIES INC.,                  :
                                  :
          Plaintiffs,             :
                                  :
     v.                           :  C.A. No. 04-1337-JJF
                                  :  CONSOLIDATED
                                  :
NIKON CORPORATION, et al.,        :
                                  :
          Defendants.             :

## MEMORANDUM ORDER

The parties have submitted their letter positions (D.I. 931, 933) regarding the continuation of trial in this matter in light of the Court's Order (D.I. 905) granting summary judgment in favor of Defendants, Fujifilm Corporation, Fujifilm U.S.A. and Samsung SDI (the "Manufacturing Defendants") with regard to the issue of on-sale bar.  Plaintiffs, Honeywell International Inc. and Honeywell Intellectual Properties, Inc. ("Honeywell), contend that trial is still appropriate in this matter on the issues left unresolved by the Court's Order, including among other things, the issue of infringement.  The Manufacturing Defendants contend that the Court's ruling on invalidity is dispositive as to the remaining issues like infringement, and that a trial on any remaining issues would be a waste of the Court's and the parties' resources.

The Court does not understand Federal Circuit precedent to preclude the Court from conducting a trial on the remaining

matters in this action so that a complete record can be presented to the Federal Circuit for appeal.  However, because there is not agreement among the parties to continue to trial, the Court will not move forward with a trial at this time.

    IT IS SO ORDERED.

November 13, 2009
DATE

UNITED STATES DISTRICT JUDGE