# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## NOTICE OF DOCKETING

### 2010-1121 - HONEYWELL INTL V NOKIA CORP

**Date of docketing:** 12/11/2009

**Appeal from:** United States District Court / District of Delaware
case no. 04-CV-1337

**Appellant**(s): Honeywell Intellectual Properties Inc. and Honeywell International Inc.

**Critical dates include:**

- Date of docketing. See Fed. Cir. R. 12.
- Entry of appearance. (*Due within 14 days of the date of docketing.*) See Fed. Cir. R. 47.3.
- Certificate of interest. (*Due within 14 days of the date of docketing.*) See Fed. Cir. R. 47.4.
- Docketing Statement. (*Due within 14 days of the date of docketing, or within 30 days if the United States or its officer or agency is a party in the appeal.*) See the en banc order dated September 18, 2006. [Counsel can download a copy of the order and guidelines at www.cafc.uscourts.gov.]
- Requests for extensions of time. See Fed. Cir. R. 26 and 27. **N.B. Delayed requests are not favored by the court.**
- Briefs. See Fed. Cir. R. 31. **N.B. You will not receive a separate briefing schedule from the Clerk's Office.**
- Settlement discussions. See Fed. Cir. R. 33.
- Oral argument schedule conflicts. See Practice Note following Fed. Cir. R. 34.

Pro se parties should refer to the Guide for Pro Se Petitioners and Appellants.

**Attachments:**

- Official caption to all.
- Docketing Statement. (Only in cases where all parties are represented by counsel.)
- Rules of Practice to pro se parties. [Counsel can download the rules from www.cafc.uscourts.gov or call 202.275.8000.]
- Entry of appearance form to all.
- Certificate of interest form to parties represented by counsel.
- Informal brief form to pro se parties.
- Transcript Purchase Order form to appellants.
- Motion and Affidavit for Leave to Proceed in Forma Pauperis form to appellants owing the docketing fee.




Jan Horbaly
Clerk

cc: US District Court, District of Delaware
Thomas C. Grimm
William J. Marsden, Jr.
Ian G. DiBernardo
William J. Wade
Richard L. Horwitz
Robert J. Benson
Amy Elizabeth Evans

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

2010-1121

HONEYWELL INTERNATIONAL INC. and
HONEYWELL INTELLECTUAL PROPERTIES INC.,

Plaintiffs-Appellants,

v.

NOKIA CORPORATION and NOKIA INC.,

Defendants-Appellees,

and

SEIKO EPSON CORPORATION,

Defendant-Appellee,

and

ARGUS (also known as Hartford Computer Group Inc.),

Defendant-Appellee,

and

FUJIFILM CORPORATION and FUJIFILM U.S.A.,

Defendants-Appellees,

and

FUJITSU LIMITED, FUJITSU AMERICA, INC.,
FUJITSU COMPUTER PRODUCTS OF AMERICA, INC.,
TOSHIBA AMERICA, INC., TOSHIBA CORPORATION,
BOE-HYDIS TECHNOLOGY CO. LTD., SAMSUNG SDI AMERICA INC.,
and SAMSUNG SDI CO. LTD.,

Defendants-Appellees,

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).

and

MATSUSHITA ELECTRICAL INDUSTRIAL CO. and
MATSUSHITA ELECTRICAL CORPORATION OF AMERICA,

Defendants-Appellees,

and

ALL AROUND CO. LTD., PICVUE ELECTRONICS LIMITED,
CURITEL COMMUNICATIONS, INC., KONINKLIJKE PHILIPS ELECTRONICS N.V.,
HIGH TECH COMPUTER CORPORATION, and WISTRON CORPORATION,

Defendants-Appellees.

Appeal from the United States District Court for the District of Delaware in consolidated case nos. 04-CV-1337, 04-CV-1338, 04-CV-1536, and 05-CV-0874, Judge Joseph J. Farnan, Jr.

Authorized Abbreviated Caption[2]

HONEYWELL INTL V NOKIA CORP, 2010-1121

---

[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.

DCT

UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
Appeal Information Sheet
United States District Court for the District of Delaware



Type of Case: PATENT INFRINGEMENT

Caption: Honeywell Intl Inc. et al v Nokia Corporation et al

Plaintiff(s): Honeywell International Inc. and Honeywell Intellectual Properties Inc., Optrex America Inc.*

Defendant(s): Audiovox Corporation*, Nikon Corporation *, Nikon Inc. *, Kokia Corporation, Nokia Americas*, Sanyo Electric Co., Ltd*, Sanyo North America*, Audiovox Electronics Corporation*, Audiovox Communications Corp.*, Seiko Epson Corporation, Sanyo Epson Imaging Devices Corporation*, Innolux Display Corporation*, Sony Corporation*, Apple Computer Inc.*, Citizen Watch Co Ltd*, Citizen Display Co Ltd *, Argus, Concord Cameras*, Dell Inc.*, Eastman Kodak Comp.*,Fujifilm Corporation, Fujifilm USA, Fujitsu Limited, Fujitsu America Inc., Fujitsu Computer Products of America Inc., Kyocera Wireless Corp.*, Matsushita Electrical Industrial Co., Matsushita Electrical Corporation of America, Navman NZ Limited*, Navman U.S.A. Inc.*, Olympus Corporation*, Olympus America Inc.*, Pentax Corporation*, Pentax U.S.A. Inc.*, Sony Corporation*, Sony Ericsson Mobile Communications AB*, Sony Ericsson Mobile Communications(USA) Inc.*, Toshiba America Inc., All Around Co Ltd., BOE-Hydis Technology Co Ltd., Picvue Electronics Limited, Samsung SDI America Inc., Samsung SDI Co Ltd., Hoya Corporation*, Audiovox Communications Corp.*, Nokia Inc.,

(List all parties. Use asterisk to indicate dismissed or withdrawn parties. Explain any discrepancy with caption used on judgment, order or opinion.)

Docket No.04-1337 JJF Date of Judgment/Order: 11/3/09, 12/9/08, 11/13/09, 8/12/09

Cross/Related Appeal: NO
Date of Notice of Appeal: 12/1/09
Date of Notice of Appeal Docketed: 12/1/09
Appellant is: Honeywell International Inc. and Honeywell Intellectual Properties Inc.

Fees: Court of Appeals Docket Fee Paid? Paid

U.S. Appeal? Yes

COUNSEL

(List name, firm, address and telephone number of lead counsel for each party. Indicate party represented.)

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 1 [illegible]

JAN HORBALY
CLERK

RECEIVED

[illegible] 2009

United States Court of Appeals
For The Federal Circuit

| Attorney for Plaintiff | Attorneys for Defendant |
|---|---|
| **Thomas C. Grimm**<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899 | **William J. Marsden , Jr.**<br>Fish & Richardson, P.C.<br>222 Delaware Avenue, 17th Floor<br>P.O. Box 1114<br>Wilmington, DE 19899-1114<br><br>**Robert J. Katzenstein**<br>Smith, Katzenstein, & Furlow<br>The Corporate Plaza<br>800 Delaware Ave.<br>P.O. Box 410<br>Wilmington, DE 19899<br><br>**Amy Elizabeth Evans**<br>Cross & Simon, LLC<br>913 North Market Street, 11th Floor<br>Wilmington, DE 19801<br><br>**Philip A. Rovner**<br>Potter Anderson & Corroon, LLP<br>1313 N. Market St., Hercules Plaza, 6th Flr.<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br><br>**William J. Wade**<br>Richards, Layton & Finger, PA<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801 |

COURT REPORTER(S)
(Name and Telephone Number)

| | |
|---|---|
| Leonard Dibbs | Phone: 302-573-6195 |
| Kevin Maurer | Phone: 302-573-6196 |
| Valerie Gunning | Phone: 302-573-6194 |
| Brian Gaffigan | Phone: 302-573-6360 |

IMPORTANT: Attach copy of opinion and/or order appealed from. Forward together with a certified copy of notice of appeal and certified copy docket entries.

By: E Strickler
Deputy Clerk

Date: December 4, 2009