# RICHARDS LAYTON & FINGER

William J. Wade
Director
302-651-7718
Wade@rlf.com

January 25, 2010

**BY FEDERAL EXPRESS**
Jan Horbaly, Clerk
United States Court of Appeals
 for the Federal Circuit
717 Madison Place, NW
Washington, DC 20439

        Re:    Appeal No. 2010-1121, *Honeywell Intl v. Nokia Corp.*

04CV1337 JJF

Dear Mr. Horbaly:

    In connection with the referenced appeal, I have received a Notice of Docketing and other materials from the Court on behalf of my clients Matsushita Electric Industrial Co. and Matsushita Electric Corporation of America ("Matsushita"), which I represented in the Delaware District Court in the action below. Because the action below was stayed with respect to Matsushita and it is therefore not a party to the Rule 54(b) judgment presently before the Court, it is respectfully requested that Matsushita not be identified as an Appellee in Appeal No. 2010-1121 and that it be relieved of any further responsibility in connection with the appeal.

    If you should have any questions concerning the foregoing or if I can provide any further information, please let me know.

                         Very truly yours,

                         William J. Wade

WJW/lll
cc:    Clerk, U.S. District Court, District of Delaware
       Thomas C. Grimm, Esquire
       William J. Marsden, Jr., Esquire
       Ian G. DiBernardo, Esquire
       Richard L. Horwitz, Esquire
       Robert J. Benson, Esquire
       Amy Elizabeth Evans, Esquire