

Potter
Anderson
& Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**Philip A. Rovner**
Partner
provner@potteranderson.com
(302) 984-6140   Direct Phone
(302) 658-1192   Fax

December 15, 2010

**BY E-FILE**

The Honorable Leonard P. Stark
U.S. District Court for the District of Delaware
U.S. Courthouse
844 North King Street
Wilmington, DE 19801

      Re:    Honeywell Int'l Inc., et al. v. Nikon Corporation, et al.,
             D. Del., C.A. No. 04-1337-LPS (Consolidated)

Dear Judge Stark:

      Defendants FUJIFILM Corporation, FUJIFILM U.S.A., Inc., Samsung SDI Co., Ltd. and Samsung SDI America Inc. write to supplement the November 9, 2010 Joint Status Report (D.I. 1019) for the limited purpose of notifying the Court that, on December 1, 2010, Plaintiffs Honeywell International Inc. and Honeywell Intellectual Properties Inc. ("Honeywell") filed a Petition for Panel Rehearing in the Court of Appeals for the Federal Circuit (the "Petition"). A copy of the Petition is attached hereto as Exhibit A.

      Under the Federal Circuit's rules, the filing of the Petition stays the issuance of the Federal Circuit's mandate. If the Petition is denied, the Federal Circuit then has seven days from entry of that order to issue its mandate. Given the stay of the Federal Circuit's mandate, the dates proposed by the Defendants in the Joint Status Report (D.I. 1019) for further briefing on their motion for attorneys' fees are no longer applicable. Defendants now propose that they be permitted to file an amended motion for attorneys' fees two weeks after the Federal Circuit's mandate issues, that Honeywell file its answering brief three weeks after Defendants' amended motion is filed and that Defendants file a reply two weeks after Honeywell files its answering brief. Defendants' time to file their bill of costs pursuant to Local Rule 54.1(a)(1) remains 14 days after issuance of the Federal Circuit's mandate.

The Honorable Leonard P. Stark
December 15, 2010
Page 2

                Respectfully,

                */s/ Philip A. Rovner*

                Philip A. Rovner
                provner@potteranderson.com

PAR/mes/993633
Enc.
cc: Counsel of Record – By CM/ECF