NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

HONEYWELL INTERNATIONAL INC., and
HONEYWELL INTELLECTUAL PROPERTIES INC.,
*Plaintiff-Appellants,*

v.

NOKIA CORPORATION, NOKIA INC., FUJITSU LIMITED, FUJITSU AMERICA, INC., FUJITSU COMPUTER PRODUCTS OF AMERICA, INC., ALL AROUND CO. LTD., BOE-HYDIS TECHNOLOGY CO. LTD., PICVUE ELECTRONICS LIMITED, CURITEL COMMUNICATIONS, INC., KONINKLIJK PHILIPS ELECTRONICS N.V., HIGH TECH COMPUTER CORPORATION, WISTRON CORPORATION, MATSUSHITA ELETRICAL INDUSTRIAL CO., MATSUSHITA ELECTRONICAL CORPORATION OF AMERICA, SEIKO EPSON CORPORATION, ARGUS (also known as Hartford Computer Group.), TOSHIBA AMERICA, INC., and TOSHIBA CORPORATION,
*Defendants,*

and

FUJIFILM CORPORATION and FUJIFILM U.S.A.,
*Defendants-Appellees,*

and

SAMSUNG SDI AMERICA INC. and SAMSUNG SDI



FILED
DEC 3 0 2011
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

CO. LTD.,
*Defendants-Appellees.*

2010-1121

Appeal from the United States District Court for the District of Delaware in consolidated Case Nos. 04-CV-1337, 04-CV-1338, 04-CV-1536, and 05-CV-0874, Judge Joseph J. Farnan, Jr.

## JUDGMENT

MARTIN R. LUECK, Robins, Kaplan, Miller & Ciresi L.L.P., of Minneapolis, Minnesota, argued for plaintiffs-appellants. With him on the brief were MATTHEW L. WOODS and STACIE E. OBERTS.

LAWRENCE ROSENTHAL, Stroock & Stroock & Lavan LLP, of New York, New York, argued for defendants-appellees Fujifilm Corporation, et al. With him on the brief were IAN G. DIBERNARDO, ANGIE M. HANKINS, and MATTHEW W. SIEGAL.

STEPHEN S. KORNICZKY, Sheppard, Mullin, Richter & Hampton LLP, of San Diego, California, argued for defendants-appellees Samsung SDI America Inc., et al.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, LINN, and PROST, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

NOV 0 1 2010
Date

*[signature]* Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 0 1 2010

JAN HORBALY
CLERK

Issued as Mandate: DEC 2 7 2010
COSTS:
Printing ................. $960.16
Total ..................... $960.16

Form 24

**FORM 24. Bill of Costs**

BILL OF COSTS (File original and three copies with the Clerk within 14 days of judgment.)

Docket No(s): A: 2010-1121 Caption: B: Honeywell Int'l v. Nokia Corp.
C: Honeywell International Inc. and Honeywell Intellectual Properties Inc.

The Clerk is requested to tax the following costs against: **Confidential Brief**

| ITEM | Number of copies | Number of pages | Actual cost | Allowable cost | Total billed | Total taxed |
|---|---|---|---|---|---|---|
| Docketing Fee (if paid in this court) | xxxxx | xxxxx | D: N/A | N/A | N/A | |
| Table of Designated Materials (original) | xxxxx | E: N/A | F: N/A | 6.00 | N/A | |
| Table of Compilation of Designated Materials (copying and collating) | G: N/A | H: N/A | N/A | 0.08 | N/A | |
| Brief (original) | xxxxx | E: 63 | $550.00 | 6.00 | $378.00 | |
| Brief (cover and binding) | G: 18 | xxxxx | $95.00 | 2.00 | $36.00 | |
| Brief (copying and collating) | G: 18 | H: 63 | Included | 0.08 | $90.72 | |
| Appendix (original - table of contents) | xxxxx | E: N/A | N/A | 6.00 | N/A | |
| Appendix (covers and binding) | G: N/A | xxxxx | N/A | 2.00 | N/A | |
| Appendix (copying and collating) | G: N/A | H: N/A | N/A | 0.08 | N/A | |
| Reply Brief (original) | xxxxx | E: N/A | N/A | 6.00 | N/A | |
| Reply Brief (covers and binding) | G: N/A | xxxxx | N/A | 2.00 | N/A | |
| Reply Brief (copying and collating) | G: N/A | H: N/A | N/A | 0.08 | N/A | |
| Other (describe): | N/A | J: N/A | N/A | | N/A | |
| GRAND TOTALS | | | | | $504.72 | |

City/County of New York ) District/State of New York ) SS

I, K: Lawrence Rosenthal, swear under penalty of perjury that the services for which costs are taxed were necessarily performed. Itemized statements of the costs incurred or Invoices are attached. Copies of this bill were served on all parties. The certificate of service is attached.

Signature: _____ Date: _____ w/o Attorney for: L: FUJIFILM CORPORATION and FUJIFILM U.S.A.

148

Form 24

FORM 24. Bill of Costs

**BILL OF COSTS** (File original and three copies with the Clerk within 14 days of judgment.)

Docket No(s): A: 2010-1121 Caption: B: Honeywell Int'l v. Nokia Corp.

C: Honeywell International Inc. and Honeywell Intellectual Properties Inc.

The Clerk is requested to tax the following costs against:

| ITEM | Number of copies | Number of pages | Actual cost | Allowable cost | Total billed | Total taxed |
|---|---|---|---|---|---|---|
| **Non-Confidential Brief** | | | | | | |
| Docketing Fee (if paid in this court) | xxxxx | xxxxx | D: N/A | N/A | N/A | |
| Table of Designated Materials (original) | xxxxx | E: N/A | F: N/A | 6.00 | N/A | |
| Table of Compilation of Designated Materials (copying and collating) | G: N/A | H: N/A | N/A | 0.08 | N/A | |
| Brief (original) | xxxxx | E: 63 | $550.00 | 6.00 | $378.00 | |
| Brief (cover and binding) | G: 11 | | $95.00 | 2.00 | $22.00 | |
| Brief (copying and collating) | G: | H: 63 | Included | 0.08 | $55.44 | |
| Appendix (original - table of contents) | xxxxx | E: N/A | N/A | 6.00 | N/A | |
| Appendix (covers and binding) | xxxxx | xxxxx | N/A | 2.00 | N/A | |
| Appendix (copying and collating) | G: N/A | H: N/A | N/A | 0.08 | N/A | |
| Reply Brief (original) | xxxxx | E: N/A | N/A | 6.00 | N/A | |
| Reply Brief (covers and binding) | G: N/A | | N/A | 2.00 | N/A | |
| Reply Brief (copying and collating) | G: N/A | H: N/A | N/A | 0.08 | N/A | |
| Other (describe): | I: N/A | J: N/A | N/A | N/A | N/A | |
| **GRAND TOTALS** | | | | | $455.44 | |

City/County of New York ) District/State of New York ) SS

I, K: Lawrence Rosenthal, swear under penalty of perjury that the services for which costs are taxed were necessarily performed. Itemized statements of the costs incurred or invoices are attached. Copies of this bill were served on all parties. The certificate of service is attached.

Signature: _____ Date: November 5, 2010 Attorney for: L: FUJIFILM CORPORATION and FUJIFILM U.S.A.