IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC. and HONEYWELL INTELLECTUAL PROPERTIES INC., <br><br> Plaintiffs, <br><br> v. <br><br> NOKIA CORPORATION, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 04-1337-LPS <br> (Consolidated) |

### DEFENDANTS FUJIFILM CORP. AND FUJIFILM U.S.A. INC.'S RESTATED MOTION FOR ATTORNEY FEES AND EXPENSES

Defendants FUJIFILM Corp. and FUJIFILM U.S.A. Inc. ("Fuji"), by and through their undersigned counsel, move pursuant to Rule 54 (d)(2) of the Federal Rules of Civil Procedure, 35 U.S.C. § 285, and the Court's inherent authority for an award of their attorney fees and expenses incurred in connection with the defense of Plaintiffs' claim of infringement of U.S. Patent No. 5,280,371. The grounds for this motion are more fully set forth in Fuji's brief and the supporting declarations of Lawrence Rosenthal, Angie M. Hankins, and Philip A. Rovner filed contemporaneously herewith.

|  |  |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Lawrence Rosenthal<br>Ian G. DiBernardo<br>Matthew W. Siegal<br>Angie M. Hankins<br>STROOCK & STROOCK & LAVAN LLP<br>180 Maiden Lane<br>New York, NY 10038<br>(212) 806-5400<br><br>Dated: February 18, 2011<br>1001982 | By: */s/ Philip A. Rovner*<br>   Philip A. Rovner (#3215)<br>   Hercules Plaza<br>   P.O. Box 951<br>   Wilmington, DE 19899-0951<br>   (302) 984-6000<br>   provner@potteranderson.com<br><br>*Attorneys for Defendants*<br>*FUJIFILM Corporation and*<br>*FUJIFILM U.S.A., Inc.* |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on February 18, 2011, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

**BY E-MAIL**

Thomas C. Grimm, Esq.
Benjamin Schladweiler, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
tgrimm@mnat.com
bschladweiler@mnat.com

**BY E-MAIL**

Martin R. Lueck, Esq.
Matthew L. Woods, Esq.
Stacie E. Oberts, Esq.
Peter N. Surdo, Esq.
Lauren E. Wood, Esq.
Robins, Kaplan, Miller & Ciresi L.L.P
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN  55402
mrlueck@rkmc.com
mlwoods@rkmc.com
seoberts@rkmc.com
pnsurdo@rkmc.com
lewood@rkmc.com

*Attorneys for Honeywell International Inc.,
and Honeywell Intellectual Properties Inc.*

**BY E-MAIL**

Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE  19899
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Stephen S. Korniczky, Esq.
Sheppard Mullin Richter & Hampton LLP
12275 El Camino Real, Suite 300
San Diego, CA 92130
skorniczky@sheppardmullin.com

*Attorneys for Samsung SDI Co., Ltd. and
Samsung SDI America, Inc.*

/s/ Philip A. Rovner
Philip A. Rovner