IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC.<br>and HONEYWELL INTELLECTUAL<br>PROPERTIES INC.,<br><br>        Plaintiffs,<br><br>    v.<br><br>NIKON CORPORATION, *et al.*,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    C.A. No. 04-1337-LPS<br>   (lead case)<br><br>   **JURY TRIAL DEMANDED** |

## DEFENDANT SAMSUNG SDI CO., LTD. AND SAMSUNG SDI AMERICA, INC.'S RESTATED MOTION FOR ATTORNEY FEES AND EXPENSES

Defendants Samsung SDI Co., LTD and Samsung SDI America, Inc. ("Samsung"), by and through their undersigned counsel, move pursuant to 35 U.S.C. § 285, Federal Rule of Civil Procedure 37, 28 U.S.C. § 1927, and this Court's inherent authority for an award of their attorneys fees, costs, and expenses incurred in connection with the defense of Plaintiffs' claim of infringement of U.S. Patent No. 5,280,371. This restated motion is made pursuant to the Court's Order of January 31, 2011. Samsung offers the accompanying Declarations of Stephen S. Korniczky and Richard L. Horwitz and documents annexed thereto, and relies, without providing new copies, on the evidence cited in the Court's Invalidity Opinion, Samsung's Motion for Summary Judgment of Invalidity, and the memoranda in support thereto. Samsung further incorporates by reference the papers and exhibits filed in co-defendants FUJIFILM Corporation and FUJIFILM U.S.A., Inc. ("Fuji") in the Motion for Attorneys Fees filed contemporaneously herewith, and various other pleadings of record in this matter.[1] The grounds for this motion are more fully set forth in Samsung's brief and supporting declarations filed contemporaneously herewith.

|  |  |
|---|---|
|  | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL: | By: */s/ David E. Moore* |
|  | Richard L. Horwitz (#2246) |
| Stephen S. Korniczky | David E. Moore (#3983) |
| SHEPPARD MULLIN RICHTER | Hercules Plaza, 6th Floor |
|   & HAMPTON LLP | 1313 N. Market Street |
| 12275 El Camino Real, Suite 200 | Wilmington, DE  19801 |
| San Diego, CA 92130 | Tel:  (302) 984-6000 |
| Tel:  (858) 720-8900 | rhorwitz@potteranderson.com |
|  | dmoore@potteranderson.com |
| Dated:  February 18, 2011 |  |
| 1002014 / 29140 | *Attorneys for Defendant Samsung SDI Co., Ltd. and Samsung SDI America, Inc.* |

---

[1] This case is a consolidation of Civil Action Nos. 04-1337 LPS, 04-1338 LPS and other cases.

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

        I, David E. Moore, hereby certify that on February 18, 2011, the within document was served via electronic mail and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

| | |
|---|---|
| Thomas C. Grimm | Philip A. Rovner |
| Benjamin Schladweiler | Potter Anderson & Corroon LLP |
| Morris, Nichols, Arsht & Tunnell | 1313 N. Market Street |
| 1201 N. Market Street | Hercules Plaza, 6th Floor |
| Wilmington, DE 19899-1347 | Wilmington, DE 19899 |
| tgrimm@mnat.com | provner@potteranderson.com |
| bschladweiler@mnat.com | *Attorneys for FujiFilm Corporation and* |
| *Attorneys for Honeywell International Inc.,* | *FujiFilm USA, Inc.* |
| *and Honeywell Intellectual Properties Inc.* | |
| | |
| Martin R. Lueck | Lawrence Rosenthal |
| Matthew L. Woods | Ian G. DiBernardo |
| Stacie E. Oberts | Matthew Siegal |
| Peter N. Surdo | Angie M. Hankins |
| Lauren E. Wood | Strook, Stroock & Lavan LLP |
| Robins, Kaplan, Miller Ciresi L.L.P. | 180 Maiden Lane |
| 2800 LaSalle Plaza | New York, NY 10038 |
| 800 LaSalle Avenue | (212) 806-5400 |
| Minneapolis, MN 55402 | lrosenthal@stroock.com |
| mrlueck@rkmc.com | idibernardo@stroock.com |
| mlwoods@rkmc.com | msiegal@stroock.com |
| seoberts@rkmc.com | ahankins@stroock.com |
| pnsurdo@rkmc.com | *Attorneys for FujiFilm Corporation and* |
| lewood@rkmc.com | *FujiFilm USA, Inc.* |
| *Attorneys for Honeywell International, Inc.* | |
| *and Honeywell Intellectual Properties, Inc.* | |

                                                  */s/ David E. Moore*
                                                   David E. Moore

996347 / 29140