IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC. and HONEYWELL INTELLECTUAL PROPERTIES INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>NOKIA CORPORATION, *et al.*,<br><br>    Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:  C.A. No. 04-1337-LPS<br>:  (Consolidated)<br>:<br>:<br>: |

## ORDER

At Wilmington this 30th day of March 2012:

For the reasons set forth in the Memorandum Opinion issued this same date,

IT IS HEREBY ORDERED that:

1.   The Restated Motion for Attorney Fees and Expenses (D.I. 1045), filed by defendants FUJIFILM Corp. and FUJIFILM U.S.A. Inc., is **DENIED**.

2.   The Restated Motion for Attorney Fees and Expenses (D.I. 1054), filed by defendants Samsung SDI Co., LTD and Samsung SDI America, Inc., is **DENIED**.

_____
UNITED STATES DISTRICT JUDGE