IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

HONEYWELL INTERNATIONAL INC. and : 
HONEYWELL INTELLECTUAL :
PROPERTIES INC., :
 :
    Plaintiffs, :
 :
v. :
 : C.A. No. 04-1337-LPS
NOKIA CORPORATION, *et al.*, : (Consolidated)
 :
    Defendants. :

## ORDER

At Wilmington this 30th day of March 2012:

For the reasons set forth in the Memorandum Opinion issued this same date,

IT IS HEREBY ORDERED that:

1. The Restated Motion for Attorney Fees and Expenses (D.I. 1045), filed by defendants FUJIFILM Corp. and FUJIFILM U.S.A. Inc., is **DENIED**.

2. The Restated Motion for Attorney Fees and Expenses (D.I. 1054), filed by defendants Samsung SDI Co., LTD and Samsung SDI America, Inc., is **DENIED**.

                                                                                                                                         *[signature]*

                                                       UNITED STATES DISTRICT JUDGE